**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

D.N.N. and V.R.G.

*Petitioners*,

v.

NIKITA BAKER, et al.

*Respondents*.

Case No. 1:25-cv-1500

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Proceed Under Initials or Pseudonyms, as well as the accompanying Memorandum of Law, IT IS HEREBY ORDERED that:

1. Plaintiffs and any putative Class members who are afraid to come forward in their own names may proceed anonymously under their initials or as "John Does" and "Jane Does";
2. Plaintiffs may withhold or redact all personally identifiable information—including names, ages, dates of birth, alien registration ("A") numbers, or any other information that could identify them to ICE or the general public— in all subsequent pleadings, motions, brief, and exhibits;
3. Service of this Order shall be effectuated electronically by Plaintiffs on the U.S. Attorney for the District of Maryland by _____ am/pm on _____________ and shall be deemed good and sufficient service thereof.

IT IS SO ORDERED.

_________________
Date

_________________________
THE HONORABLE Julie Rebecca Rubin
United States District Judge