IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N., et al. | ) |
| | ) |
| Plaintiff, | ) |
| | )Civil No. |
| vs. | )1:25-cv-01500-JRR |
| | ) |
| NIKITA BAKER, et al., | )Baltimore, Maryland |
| | )May 14, 2025 |
| Defendants. | )12:00 Noon |
| | ) |

**TRANSCRIPT OF PROCEEDINGS - MOTIONS HEARING**
**BEFORE THE HONORABLE JULIE R. RUBIN**

A P P E A R A N C E S

On Behalf of the Petitioners:
Ian A. Rose, Esquire
Sirine Shebaya, Esquire

On Behalf of the Respondents:
Thomas Corcoran, Esquire
S. Nicole Nardone, Esquire

(Computer-aided transcription of stenotype notes)

Reported by: Ronda J. Thomas, RMR, CRR
Federal Official Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201

(12:00 Noon)

**THE COURT:** Good afternoon, everyone. All those in the gallery can be seated.

Jakiba, would you call the case?

**THE CLERK:** Absolutely. The matter now pending before this court is Civil No. JRR-25-cv-01500. D.N.N., et al. v Baker, et al. This matter now comes before this court for the purpose of a status conference.

Counsel for the petitioners, followed by counsel for the government, would you please introduce yourselves for the record.

**MR. ROSE:** Good afternoon, Your Honor. Ian Austin Rose for plaintiffs.

**MS. SHEBAYA:** Good afternoon, Sirine Shebaya with the National Immigration Project for plaintiffs.

**THE COURT:** Good afternoon.

**MR. CORCORAN:** Good afternoon, Your Honor. Tom Corcoran for the United States, for the defendants.

**THE COURT:** Good afternoon.

**MS. NARDONE:** Good afternoon, Nicole Nardone for the United States, defendants.

**THE COURT:** Good afternoon. All can be seated.

Just for purposes of housekeeping correction, we're here for a motions hearing, and that is we're here for a hearing on the Emergency Motion for Injunctive Relief under the All Writs

Act that was filed last night. That's Document 10 for the docket.

I appreciate, Mr. Corcoran and Ms. Nardone, your being here on, really, what is short order from the court. So I appreciate your attendance here this afternoon.

Mr. Rose, I'm happy to hear from you.

**MR. ROSE:** Thank you, Your Honor. Your Honor, this is an emergency hearing to preserve the status quo and ensure that our named plaintiffs are not summarily and illegally removed from the United States during the pendency of this action. Such removal would, we believe, frustrate plaintiffs' ability to litigate this case, testify to the matters alleged in the complaint and to represent this class.

The plaintiffs are both --

**THE COURT:** Just to be clear, no class has been certified but I understand your meaning.

**MR. ROSE:** Correct. Putative class. Excuse me, Your Honor.

So the plaintiffs are community members who have been living in the U.S. for years and who each have a protection from removal in the form of withholding of removal to their countries of origin. But they showed up for their routine check-ins with ICE at the Baltimore ICE office, were detained, and then were given single-page notices saying that they will be removed to Mexico, a country that they're not from and not

citizens of.

So we are concerned, frankly, that these plaintiffs will be imminently removed from the United States.

Unfortunately, these are uncommon times where there is precedent for such illegal removals and for us not being able to get those folks back to the United States, even when that removal might be illegal. So that's why we are asking this court to exercise its authority under the All Writs Act to enjoin their removal, at least temporarily, to preserve the status quo.

**THE COURT:** Okay. All right. Just to be clear, you've also cited in your papers that you want the court to apply what appears to be the standard applicable to stays pending appeal.

Do you mean to cite that case? Or did you mean something else?

**MR. ROSE:** Well, Your Honor, that would be in the alternative. We believe the primary authority is to issue a stay under the All Writs Act, based on the idea that it would --

**THE COURT:** No, I understood that. That's not my question. My question was about your alternative request for relief based on a case that I don't think applies. I think you're asking for me, essentially, to issue a TRO if I don't go through the All Writs Act, but that's not the case that you

cited.

**MR. ROSE:** Yes, Your Honor, just because the stay -- the stay standard in *Nken*, the Supreme Court case, applies in the context of immigration removal orders. So we believed that that would be an alternative standard for this court to apply.

**THE COURT:** Okay. I'm not quite sure that that's what Chief Justice Roberts said there, but I understand your meaning.

So first you think I should go through the door of the All Writs Act and, if not, some alternative means to stay the removal pending the pendency of the action or during the pendency of the action.

**MR. ROSE:** That's correct, Your Honor. We believe, if this court was inclined to pursue the avenue of the All Writs Act, we believe it does not need to reach anything about the merits of these claims.

**THE COURT:** I understand. I'm just going to ask you a couple of questions I'm not suggesting are determinative of the issue, but just so I can get a better sense of things.

At this time, Petitioner D.N.N. is being housed in the Dulaney facility in New Jersey; is that right?

**MR. ROSE:** As far as we're aware, Your Honor.

**THE COURT:** As far as you are aware, Petitioner V.R.G. you believe, not confirmed, is in Arizona; is that correct?

**MR. ROSE:** Correct, Your Honor. That was at the time

we filed this. We believe now that she is in Colorado.

**THE COURT:** You believe now that she's in Colorado?

**MR. ROSE:** Correct, Your Honor.

**THE COURT:** Not Arizona?

**MR. ROSE:** Correct.

**THE COURT:** All right. Thank you.

Mr. Corcoran, nice to see you.

**MR. CORCORAN:** It is good to see you, Your Honor. Well, we're here.

**THE COURT:** Yeah.

**MR. CORCORAN:** So I guess first, preliminarily, we believe that the plaintiffs in this case are covered by the D.V.D. class action suit in Massachusetts, which actually very -- it's a nationwide, class action suit, class certification, non-opt-out under Rule 23(b)(2). So that order in place by the District of Massachusetts governs these plaintiffs in this case.

**THE COURT:** So I just pulled that up as well. And just, not unlike you, I've also been, you know, caught on my --

**MR. CORCORAN:** Feet.

**THE COURT:** -- back on my heels --

**MR. CORCORAN:** Flat-footed.

**THE COURT:** -- flat-footed to get ready for this as well. I'm glad that you brought that up.

I wanted to ask all counsel about it, about whether they

contend that that -- I suppose maybe is something broader, but would certainly appear to require some sort of RFI if it's called for. But do you also, do you contend that that would also require that these petitioners not be removed or something else? I just want to make sure I'm getting at --

**MR. CORCORAN:** So let me just step back. These two petitioners have a final order of removal to be removed from this country. They have a withholding, the first one, D.N.N., withholding to Guatemala --

**THE COURT:** Right.

**MR. CORCORAN:** -- and the second one, V.R.G., withholding to El Salvador.

**THE COURT:** Yep.

**MR. CORCORAN:** Both of these individuals came in for their routine checks and were detained by ICE and given notice to be removed to Mexico, third-country removal, which very clearly implicates the D.V.D. TRO and nationwide PI that has been entered in Massachusetts.

My understanding is -- and I'm trying to get this straight. I don't know if either of them, at this time with ICE, has raised the issue of fear of removal to Mexico.

I saw in the pleadings that their lawyers apparently have sent emails.

I called ICE this morning, and I'm not so sure those emails have landed in the proper place. I don't really know

what the procedure is for raising a fear. I think ICE has told me that it is the individual that is supposed to raise the credible fear. But, be that as it may, I told ICE -- their lawyers have basically said this so don't do anything with these people.

**THE COURT:** Well, so let me just put a pin in something. I don't mean, Mr. Rose, to call out your papers without you being the one responding to my question. I kind of wrinkled my brow when I read a few times in the papers that Ms. N.N., that's D.N.N., must receive an RFI to express her return to Mexico. And then that's repeated again on Page 4 of the pending motion, that's Pages 3 and 4. And I, of course, was understanding that Ms. N.N. was a native of Guatemala.

But then it dawned on me that perhaps the concern about being removed to Mexico, whether it's a return to or not, you know, I'm not going to split hairs on that, was based on the case in O.C.G., and specifically the case that we're talking about, which is that that individual, likewise, had a withholding of removal to Guatemala, was removed from the United States, sent to Mexico, which in turn deported that individual to Guatemala much I'm sure to his consternation or her consternation.

So perhaps that is the concern that the papers intend to raise.

**MR. CORCORAN:** Yes, I believe that is a concern. Your

Honor, my understanding is that because they have the withholding, and if they've raised the credible fear to Mexico, they're going to be entitled to an RFI interview. And that RFI interview is conducted by USCIS, not ICE, and USCIS is working on a process to facilitate these interviews.

The one petitioner, D.N.N., is in New Jersey, that is correct. The second petitioner, V.R.G., is in Aurora, Colorado at the Denver Contract Detention Center.

So my understanding is that each, if they've raised the credible fear -- and I'm going to make sure that that happens. I don't know, like, there's a form or something, but I want to make sure that it gets to ICE. And that once they raise the fear of going to Mexico they can get their interviews. And they will be governed by the corners of the D.V.D. TRO, the nationwide PI which says that -- this is Docket Number 6-1.

Which actually if you go to the preliminary injunction memorandum opinion --

**THE COURT:** I'm looking at it.

**MR. CORCORAN:** -- it's kind of a hop, skip, and jump. But, basically, if you look at the PI memorandum opinion, it says the motion for class certification is granted and the motion for PI is granted in part, Docket 6. And if you look at Docket 6, Docket 6 says that --

**THE COURT:** Yeah, I'm looking at it.

**MR. CORCORAN:** -- you can't remove anyone unless and

until -- for a third country, unless and until the plaintiffs and their respective counsel are given notice. And these individuals in this case have been given notice of the intent to remove to Mexico, and then an opportunity to raise any issues regarding the Conventions against Torture and then til the agency makes a final agency addition.

So my understanding is that's the process that's going to happen here.

**THE COURT:** So but that doesn't really address the issue, does it, that the court -- and I'm saying this as an affirmative statement, I intend to raise a question for conversation just so that everybody is clear -- that doesn't really address the issue of the court's preservation of its potential jurisdiction to resolve the balance of the merits of the claims before it.

In other words, if the --

**MR. CORCORAN:** You mean detention claims?

**THE COURT:** No. Well, I mean all of the claims, so yes. The conditions of confinement claims under the Constitution and the APA.

In other words, it may be that -- and I'm not finding that -- but it may be that the court's ruling in that case, in the D.V.D. case, might give them an RFI but that doesn't mean that -- so, for example, if it were determined by the powers that be they have not demonstrated a reasonable fear and were,

therefore, subject to removal, that would still render vulnerable this court's capacity to maintain its jurisdiction, if it exists, to cure the rest of the case.

In other words, if they leave the country, what do I do with the rest of the case?

**MR. CORCORAN:** Yeah, so my understanding of the process -- and I'm sure Austin, Mr. Rose, can correct me if I'm wrong -- if they raise a credible fear of going to Mexico with an individual ERO, they go to an asylum officer and they have an interview. The asylum officer hears them out, and they either say "Yes, you do," or "No, you don't."

If they say "No, you don't," then they have the right to go to an immigration judge --

**THE COURT:** Right.

**MR. CORCORAN:** -- and contest that.

And if they lose at the immigration judge, they can go to the BIA and I think they can ultimately go to an appellate court.

So there is a process for if they are determined not to have a credible fear to actually go up the administrative procedure process. And that is the process that's been set up here in D.V.D.

So, I don't know -- I mean, my understanding is that the plaintiffs, if they have an issue with the RFI process, they should take that issue with the district court in Massachusetts

in order to -- because they are a class member, and they are asserting a credible fear, and they have the right to an RFI hearing under this order in Massachusetts.

**THE COURT:** I'm not quarreling with you about that. I guess what I mean to say is that I now have seven counts pending. I've got APA and the rest of it's Fifth Amendment for deprivation of this, that, and the other. I don't mean that in a diminishing way, I'm just summarizing.

Whether they get an RFI or not, I don't know -- I mean, those proceedings could, maybe would happen on some kind of parallel track, that's not what I do.

So my question is if they are -- whether or not they are determined to have a reasonable fear is not for my determination. I appreciate what you are saying that there is a procedure for that and that perhaps the D.V.D. case has granted them some form of comfort in the sense that they're supposed to be given an RFI if they demand it. But that doesn't necessarily help me understand what's to happen if it's determined that there isn't an RFI and they exhaust their remedies and they're out of luck.

And so the request or the intent to remove them to Mexico or some other country that isn't the United States moves along, that makes vulnerable as me, in terms of the court capacity, to maintain its jurisdiction over the claims at issue.

I'm not presiding over a case where they're asking me to

maintain or preserve their entitlement in the U.S., they're asking me to consider whether your clients have violated the Constitution and other statutes.

So, I mean, in other words, they may go through the RFI process, but I'm not sure how that answers the question about making sure that I am entitled to maintain the potential authority of the court to hear the merits of their complaints, to make sure I can hear their testimony live and --

**MR. CORCORAN:** The merits of which claims, Your Honor?

**THE COURT:** The merits of their claims 1 through 7.

**MR. CORCORAN:** One through 7. I just don't understand why those issues cannot be raised in the D.V.D. case? They are a member of the class, it's a non-opt-out class. If there's an issue with the issues that you see here in this case, I don't understand why they couldn't raise those in the D.V.D. case.

**THE COURT:** Let me look at it a different way, and I don't mean to frustrate you but let me look at it a different way or say it a different way.

Those issues, the questions that you're raising right now, whether it's, you know, to dismiss because it's moot or whatever other arguments could be made, I can't evaluate the merits of what you're queuing up right now unless I hang onto the case.

So if petitioners are removed, I no longer have the jurisdiction to evaluate the very question that you're asking

me to consider.

**MR. CORCORAN:** But wouldn't the Massachusetts court also have the jurisdiction to do that as a class member?

**THE COURT:** I don't know. That's for the Massachusetts court to consider.

**MR. CORCORAN:** It seems to me if they're a class member in a non-opt-out class, if they have an issue with the process, they go to the court that has the jurisdiction.

**THE COURT:** I'm not saying that you're mistaken. I'm saying I can't evaluate the merits of what you're teeing up right now, including whether this case should be transferred to Massachusetts, whether it should be subject to dismissal outright, unless I maintain jurisdiction over the case.

Right now, according to the papers, and I don't -- I'm not saying that you concede anything because I understand that you don't as a matter of law, but there doesn't seem to be a whole lot of question but that these petitioners are, in fact, being held in ICE detention in New Jersey and Colorado. They've been given notices of an expectation that they're going to be removed to Mexico.

I don't know how I'm supposed to resolve the very good points that you're raising right now, unless I hang onto the case jurisdictionally speaking.

**MR. CORCORAN:** Would, I mean, the case, 1500, to me it sounds like there's almost two cases. One is about the

conditions across the street.

**THE COURT:** I guess what I'm saying, Mr. Corcoran, I would want briefing on what you're saying and the plaintiffs are entitled to respond to those motions.

**MR. CORCORAN:** Okay, that's fair.

**THE COURT:** Yeah. I'm not saying that what you're saying, you know, doesn't hold water. I'm just saying I need more. I need some time, I need some papers, and I'm sure Mr. Rose is going to want a fulsome opportunity to brief the heck out of it, as he should, as you should.

But I don't want to be in a position of being asked basically to toss a case on the fly with no papers, very little authority. And I'm not saying that about you, Mr. Corcoran, because I know you've had about a hot five seconds with this case. But I need the time to breathe through this and read papers and authority rather than, you know, shooting from the hip about whether a judge in Massachusetts has provided the relief that the petitioners are seeking here.

**MR. CORCORAN:** So our understanding is that there's this suit -- candidly, I didn't even know he had filed the complaint, the amended complaint, on Monday. I did not know that until literally two minutes ago.

**THE COURT:** I understand.

**MR. CORCORAN:** All I saw was the emergency motion and then the complaint about the confinement.

**THE COURT:** Yeah.

**MR. CORCORAN:** The briefing, so I see really two different cases. One, I see the issue of their third-country removal, which is the subject of this emergency motion. And then I see a separate, like the complaint about the Fallon Federal Building.

**THE COURT:** That stuff, right.

**MR. CORCORAN:** But it's still one case, even if you dispose of the emergency petition, you still have the stuff about the confinement across the street.

**THE COURT:** Right.

**MR. CORCORAN:** So you wouldn't be losing jurisdiction of the case. You would be -- you would be addressing the issue of right before the court now, which is this emergency petition.

**THE COURT:** The emergency petition though, as I view it -- and, Mr. Rose, I don't mean to speak as though you're not sitting right in front of me because I'm going to look to you to explain -- but the emergency petition has nothing to do with the merits of the case. The emergency petition has to do with preservation of the court's capacity to determine the scope of its authority to provide the requested relief.

The threat to the court's continuing jurisdiction to make that decision is acute because both petitioners have been placed in ICE detention facilities and told they're about to be

removed. If they are removed, the case dies, effectively, unless they find other class potential representatives.

So I don't disagree with you that there are really two different issues, but unless I, you know, hold the horses --

**MR. CORCORAN:** Okay, Your Honor.

**THE COURT:** -- I don't know what else -- that's how I view it.

**MR. CORCORAN:** So you want briefing on the issue of whether this court -- briefing on something, I guess.

**THE COURT:** Well, what I'm saying is I don't see a way around providing some sort of relief so that I can, with the parties' assistance on briefing, iron out perhaps precisely what it is that you're asserting might put a conclusion to this case. But I can't -- I don't know that right now. So unless I hold onto it by making sure that D.N.N. and V.R.G. are not removed to Mexico, I can't resolve those issues.

And it is sort of a sanctity of the court's capacity to make its decision.

**MR. CORCORAN:** And it's the court's understanding that under the All Writs Act you have the authority to make something happen when the person is outside the jurisdiction?

**THE COURT:** Of the state?

**MR. CORCORAN:** Of the state?

**THE COURT:** Yes, it is my understanding. But all of that is to say, if the defendants intend to, and they're

entitled to, make a challenge based on subject matter or personal jurisdiction, or that the venue was no longer right, you retain all of that entitlement; but I can't consider all of those defenses and potential responses to the complaint without, at least temporarily or at least until I can figure out whether the case should go away or not, bar the removal of these petitioners so that I maintain the capacity to make the decision.

**MR. CORCORAN:** Okay.

**THE COURT:** So, again, I'm not showing my hand or making suggestion. I'm, you know, using examples because they're appropriate here. But I absolutely expect to hear lots of fulsome, robust argument set forth in briefing and followed by a hearing about whether or not D.N.N. and V.R.G.'s removal to New Jersey and Colorado divests the court of jurisdiction in one fashion or another or moot the habeas issue. We'll figure it out. But I can't do that if they leave.

**MR. CORCORAN:** Okay.

**THE COURT:** Mr. Rose.

**MR. ROSE:** Your Honor, I think that's exactly right. This is not just about D.V.D., this is about the ability of the plaintiffs to continue to litigate this case. That's why we're asking for a stay of the removal at least temporarily so we can resolve these issues, and we're happy to brief the issues further.

**THE COURT:** Okay. I'm going to take a very short recess. I will be issuing an order that I'm going to give all counsel here in hard copy so that you don't have to wait for it to be docketed.

But I would ask, Mr. Rose and Mr. Corcoran, once today's conclusion -- rather proceeding has concluded, excuse me, that you confer with one another about some of the more preliminary issues that are sure to come up: Venue, moot. All the stuff.

And I realize that this case -- that the details of the case are progressing quickly, you know, what was filed yesterday is no longer true, and you can't help that.

But I don't want to waste your time, the government's limited resources, my limited resources to go through a whole lot of hefty briefing to reach a conclusion that might be plain on its face. And I'm not being suggestive. I'm asking you to be cooperative and efficient about it.

If you need the court's assistance, I'm happy to confer with you.

Court's in brief recess.

**THE CLERK:** All rise. This Honorable Court is now in recess.

(A recess was taken from 12:28 p.m. to 12:35 p.m.)

**THE COURT:** I'm going to read into the record the court's order. And I'm handing counsel on both tables a hard copy of it also.

And also, Mr. Corcoran -- I almost called you Tom.

**MR. CORCORAN:** That's okay, Your Honor.

(Laughter.)

**THE COURT:** I've known Mr. Corcoran since I was 26.

I did want to commend to the parties' attention the case that came out of Vermont -- I know the plaintiffs' counsel know it well -- but it's the *Ozturk v. Hyde* case that cites a bunch of Supreme Court cases and other authority that may -- I'm not saying it does because I haven't thoroughly read it myself until this morning -- but it may, Mr. Corcoran, answer the question about whether the court retains jurisdiction over the petitioners' habeas petitions even though they're no longer in the state.

**MR. CORCORAN:** Oh, okay.

**THE COURT:** The court convened an emergency hearing today, May 14, 2025, at 12:00 p.m. on Plaintiffs'/Petitioners' Emergency Motion for Injunctive Relief filed May 13, 2025. All parties are represented by counsel.

Petitioners seek to enjoin the removal from the Continental United States during the pendency of this action.

Prior to filing the motion, petitioners initiated this action with a class action complaint and petition for writ of habeas corpus on May 9, 2025, seeking, *inter alia*, a writ of habeas corpus ordering petitioners' immediate release from custody of United States Immigration and Customs Enforcement,

ICE, placement in community-based alternatives to detention, or transferred to an adequate detention facility; and enjoining the government from removing petitioners from the Continental United States during the pendency of this action.

I've dropped a few footnotes in that paragraph, one of which just simply indicates that I'm going to refer to the "Petitioners" as "Petitioners" and that for the convenience of all the court is referring to the "Defendants/Respondents" as, collectively, the "Government."

Further, according to the motion, after this action was initiated, D.N.N. was relocated to ICE detention in New Jersey on May 10, and V.R.G. was relocated to ICE detention in Arizona on May 11. We now understand she's in Colorado.

All right. Moving back to the body of the order.

Petitioners, and the putative class they seek to represent, are civilly detained individuals confined by ICE in holding cells operated by the ICE Baltimore Field Office. Petitioners, individually and as proposed class representatives, challenge the lawfulness of their conditions of detention under the Administrative Procedure Act and the United States Constitution.

The All Writs Act permits court to, quote, "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of the law," end quote.

Further, the Supreme Court recognizes, quote, "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels," end quote.

That's a quote from the *Dean Foods* case out of the Supreme Court in 1966. It's cited in detail in the order.

As set forth fully on the record in open court, in order to preserve existing conditions, i.e. the status quo, and the potential jurisdiction of this court over this matter, while the court determines the scope of its authority to grant the requested relief, to ensure petitioners are able to participate in the adjudication of their requests for habeas and other relief, including participation in court proceedings and access to legal counsel for such purpose, to ensure the court is able to evaluate their respective claims for relief, based on their in-court testimony that may be offered, and to ensure the government has a fulsome opportunity to brief and present arguments in its defense: It is this 14th day of May 2025, in accordance with the court's authority under the All Writs Act, 28 U.S.C. § 1651(a): Ordered that the Defendants/Respondents, including all those acting for them or on their behalf, are enjoined from removing Petitioners D.N.N. and V.R.G. from the Continental United States during the pendency of this action, subject to further order of this court.

And it just notes that I provided a copy to Petitioners

and the Government's counsel in open court.

To be clear, for anyone listening, this is not a national injunction. And it is restricted in scope specifically to the Petitioners in this case.

Any questions from Mr. Rose or Mr. Corcoran?

**MR. ROSE:** No, Your Honor.

**THE COURT:** Mr. Corcoran?

**MR. CORCORAN:** No, Your Honor. You had mentioned briefing, is that something --

**THE COURT:** Yes. So what I think would be appropriate is for, Mr. Rose, you and Mr. Corcoran to get together like I asked you to before, put together some agreed upon briefing schedule, unless you need me to intervene, I'll grant whatever schedule you find appropriate, and then we'll be off to the races. Okay.

(All Counsel - "Thank you, Your Honor.")

**THE COURT:** Court's adjourned.

**THE CLERK:** All rise. This Honorable Court is now adjourned.

(Court adjourned at 12:40 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 20th day of May 2025.

Ronda J. Thomas

Ronda J. Thomas, RMR, CRR
Federal Official Reporter

MR. CORCORAN: [34]
MR. ROSE: [12] 2/12 3/7 3/17 4/17 5/2 5/13 5/22 5/25 6/3 6/5 18/20 23/6
MS. NARDONE: [1] 2/20
MS. SHEBAYA: [1] 2/14
THE CLERK: [3] 2/5 19/20 23/18
THE COURT: [50]

**0**

01500 [1] 2/6

**1**

10 [2] 3/1 21/12
101 [1] 1/23
11 [1] 21/13
12:00 [2] 1/7 2/1
12:00 p.m [1] 20/16
12:28 [1] 19/22
12:35 [1] 19/22
12:40 [1] 23/20
13 [1] 20/17
14 [2] 1/6 20/16
14th [1] 22/18
1500 [1] 14/24
1651 [1] 22/20
1966 [1] 22/6
1:25-cv-01500-JRR [1] 1/5

**2**

2025 [6] 1/6 20/16 20/17 20/23 22/18 24/12
20th [1] 24/12
21201 [1] 1/24
23 [1] 6/15
26 [1] 20/4
28 [2] 22/20 24/6

**4**

4th [1] 1/23

**7**

753 [1] 24/7

**A**

ability [2] 3/11 18/21
able [3] 4/5 22/11 22/14
about [22] 4/22 5/15 6/25 6/25 8/14 8/18 12/4 13/5 14/25 15/13 15/14 15/17 15/25 16/5 16/10 16/25 18/14 18/21 18/21 19/7 19/16 20/11
above [1] 24/9
above-entitled [1] 24/9
absolutely [2] 2/5 18/12
access [1] 22/13
accordance [1] 22/19
according [2] 14/14 21/10
across [2] 15/1 16/10
Act [10] 3/1 4/8 4/19 4/25 5/10 5/15 17/20 21/20 21/22 22/19
acting [1] 22/21
action [12] 3/10 5/11 5/12 6/13 6/14 20/20 20/22 20/22 21/4 21/10 22/4 22/23
actually [3] 6/13 9/16 11/20
acute [1] 16/24
addition [1] 10/6
address [2] 10/9 10/13
addressing [1] 16/13
adequate [1] 21/2
adjourned [3] 23/17 23/19 23/20
adjudication [1] 22/12
administrative [2] 11/20 21/20
affirmative [1] 10/11
after [1] 21/10
afternoon [9] 2/2 2/12 2/14 2/16 2/17 2/19 2/20 2/22 3/5
again [2] 8/11 18/10
against [1] 10/5
agency [2] 10/6 10/6
agency's [1] 22/3
ago [1] 15/22
agreeable [1] 21/24
agreed [1] 23/12
aid [1] 21/23
aided [1] 1/21
al [4] 1/3 1/6 2/6 2/7
alia [1] 20/23
all [29]
alleged [1] 3/12
almost [2] 14/25 20/1
along [1] 12/22
also [7] 4/12 6/19 7/3 7/4 14/3 19/25 20/1
alternative [4] 4/18 4/22 5/5 5/10
alternatives [1] 21/1
am [1] 13/6
amended [1] 15/21
Amendment [1] 12/6
another [2] 18/16 19/7
answer [1] 20/10
answers [1] 13/5
any [2] 10/4 23/5
anyone [2] 9/25 23/2
anything [3] 5/15 8/4 14/15
APA [2] 10/20 12/6
apparently [1] 7/22
appeal [1] 4/14
appear [1] 7/2
appears [1] 4/13
appellate [1] 11/17
applicable [1] 4/13
applies [2] 4/23 5/3
apply [2] 4/13 5/5
appreciate [3] 3/3 3/5 12/14
appropriate [4] 18/12 21/23 23/10 23/14
are [30]
argument [1] 18/13
arguments [2] 13/21 22/18
Arizona [3] 5/24 6/4 21/12
around [1] 17/11
as [19] 5/22 5/22 5/23 5/23 6/18 6/23 8/3 10/10 12/23 14/3 14/16 15/10 15/10 16/16 16/17 21/7 21/8 21/18 22/7
ask [3] 5/17 6/25 19/5
asked [2] 15/11 23/12
asking [7] 4/7 4/24 12/25 13/2 13/25 18/23 19/15
asserting [2] 12/2 17/13
assistance [2] 17/12 19/17
asylum [2] 11/9 11/10
attendance [1] 3/5
attention [1] 20/5
Aurora [1] 9/7
Austin [2] 2/12 11/7
authority [10] 4/8 4/18 13/7 15/13 15/16 16/22 17/20 20/8 22/10 22/19
avenue [1] 5/14
aware [2] 5/22 5/23
away [1] 18/6

**B**

back [4] 4/6 6/21 7/6 21/14
BAKER [2] 1/6 2/7
balance [1] 10/14
Baltimore [4] 1/6 1/24 3/23 21/17
bar [1] 18/6
based [6] 4/19 4/23 8/16 18/1 21/1 22/15
basically [3] 8/4 9/20 15/12
be [39]
because [10] 5/2 9/1 12/1 13/20 14/15 15/14 16/18 16/24 18/11 20/9
been [8] 3/15 3/19 6/19 7/18 10/3 11/21 14/18 16/24
before [6] 1/10 2/5 2/7 10/15 16/14 23/12
behalf [3] 1/14 1/16 22/21
being [8] 3/3 4/5 5/20 8/8 8/15 14/17 15/11 19/15
believe [9] 3/11 4/18 5/13 5/15 5/24 6/1 6/2 6/12 8/25
believed [1] 5/4
better [1] 5/19
BIA [1] 11/17
body [1] 21/14
both [4] 3/14 7/14 16/24 19/24
breathe [1] 15/15
brief [4] 15/9 18/24 19/19 22/17
briefing [9] 15/3 16/2 17/8 17/9 17/12 18/13 19/14 23/9 23/12
broader [1] 7/1
brought [1] 6/24
brow [1] 8/9
Building [1] 16/6
bunch [1] 20/7

**C**

call [2] 2/4 8/7
called [3] 7/3 7/24 20/1
came [2] 7/14 20/6
can [11] 2/3 2/22 5/19 9/13 11/7 11/16 11/17 13/8 17/11 18/5 18/23
can't [8] 9/25 13/21 14/10 17/14 17/16 18/3 18/17 19/11
candidly [1] 15/20
cannot [1] 13/12
capacity [5] 11/2 12/23 16/21 17/17 18/7
case [40]
cases [3] 14/25 16/3 20/8
caught [1] 6/19
cells [1] 21/17
Center [1] 9/8
certainly [1] 7/2
CERTIFICATE [1] 23/22
certification [2] 6/15 9/21
certified [2] 3/16 24/4
certify [1] 24/6
challenge [2] 18/1 21/19
channels [1] 22/4
check [1] 3/23
check-ins [1] 3/23
checks [1] 7/15
Chief [1] 5/7
cite [1] 4/15
cited [3] 4/12 5/1 22/6
cites [1] 20/7
citizens [1] 4/1
Civil [2] 1/4 2/6
civilly [1] 21/16
claims [9] 5/16 10/15 10/17 10/18 10/19 12/24 13/9 13/10 22/15
class [17] 3/13 3/15 3/17 6/13 6/14 6/14 9/21 12/1 13/13 13/13 14/3 14/6 14/7 17/2 20/22 21/15 21/18
clear [4] 3/15 4/11 10/12 23/2
clearly [1] 7/17
clients [1] 13/2
collectively [1] 21/9
Colorado [6] 6/1 6/2 9/7 14/18 18/15 21/13
come [1] 19/8
comes [1] 2/7
comfort [1] 12/16
commend [1] 20/5
community [2] 3/19 21/1
community-based [1] 21/1
complaint [7] 3/13 15/21 15/21 15/25 16/5 18/4 20/22
complaints [1] 13/7
Computer [1] 1/21
Computer-aided [1] 1/21
concede [1] 14/15
concern [3] 8/14 8/23 8/25
concerned [1] 4/2
concluded [1] 19/6
conclusion [3] 17/13 19/6 19/14
conditions [4] 10/19 15/1 21/19 22/8
conducted [1] 9/4
confer [2] 19/7 19/17
conference [2] 2/8 24/10
confined [1] 21/16
confinement [3] 10/19 15/25 16/10
confirmed [1] 5/24
conformance [1] 24/10
consider [4] 13/2 14/1 14/5 18/3
consternation [2] 8/21 8/22
Constitution [3] 10/20 13/3 21/21
contend [2] 7/1 7/3
contest [1] 11/15
context [1] 5/4
Continental [3] 20/20 21/3 22/23
continue [1] 18/22
continuing [1] 16/23
Contract [1] 9/8
convened [1] 20/15
convenience [1] 21/7
Conventions [1] 10/5
conversation [1] 10/12
cooperative [1] 19/16
copy [3] 19/3 19/25 22/25
Corcoran [13] 1/16 2/18 3/3 6/7 15/2 15/13 19/5 20/1 20/4 20/10 23/5 23/7 23/11
corners [1] 9/14
corpus [2] 20/23 20/24
correct [9] 3/17 5/13 5/24 5/25 6/3 6/5 9/7 11/7 24/7
correction [1] 2/23
could [2] 12/10 13/21
couldn't [1] 13/15
counsel [11] 2/9 2/9 6/25 10/2 19/3 19/24 20/6 20/18 22/14 23/1 23/16
countries [1] 3/22
country [7] 3/25 7/8 7/16 10/1 11/4 12/22 16/3
counts [1] 12/5
couple [1] 5/18
course [1] 8/12
court [39]
court's [13] 10/13 10/22 11/2 16/21 16/23 17/17 17/19 19/17 19/19 19/24 22/2 22/19 23/17
covered [1] 6/12
credible [6] 8/3 9/2 9/10 11/8 11/20 12/2
CRR [2] 1/22 24/16
cure [1] 11/3
custody [1] 20/25
Customs [1] 20/25
cv [2] 1/5 2/6

**D**

D.N.N [10] 1/3 2/6 5/20 7/8 8/10 9/6 17/15 18/14 21/11 22/22
D.V.D [9] 6/13 7/17 9/14 10/23 11/22 12/15 13/12 13/15 18/21
Dated [1] 24/12
dawned [1] 8/14
day [2] 22/18 24/12
Dean [1] 22/5
decision [3] 16/24 17/18 18/8
defendants [6] 1/7 2/18 2/21 17/25 21/8 22/20
Defendants/Respondents [2] 21/8 22/20
defense [1] 22/18
defenses [1] 18/4
demand [1] 12/17
demonstrated [1] 10/25
Denver [1] 9/8
deported [1] 8/20
deprivation [1] 12/7
detail [1] 22/6
details [1] 19/9
detained [3] 3/23 7/15 21/16
detention [9] 9/8 10/17 14/18 16/25 21/1 21/2 21/11 21/12 21/20
determination [1] 12/14
determinative [1] 5/18
determine [1] 16/21
determined [4] 10/24 11/19 12/13 12/19
determines [1] 22/10
did [3] 4/15 15/21 20/5

**D**

**didn't [1]** 15/20
**dies [1]** 17/1
**different [5]** 13/16 13/17 13/18 16/3 17/4
**diminishing [1]** 12/8
**disagree [1]** 17/3
**dismiss [1]** 13/20
**dismissal [1]** 14/12
**dispose [1]** 16/9
**district [6]** 1/1 1/1 6/16 11/25 24/5 24/6
**divests [1]** 18/15
**DIVISION [1]** 1/2
**do [13]** 4/15 7/3 7/3 8/4 11/4 11/4 11/11 12/11 14/3 16/19 16/20 18/17 24/6
**docket [5]** 3/2 9/15 9/22 9/23 9/23
**docketed [1]** 19/4
**Document [1]** 3/1
**does [3]** 5/15 10/10 20/9
**doesn't [6]** 10/9 10/12 10/23 12/18 14/16 15/7
**don't [27]**
**door [1]** 5/9
**dropped [1]** 21/5
**Dulaney [1]** 5/21
**during [5]** 3/10 5/11 20/20 21/4 22/23

**E**

**each [2]** 3/20 9/9
**effectively [1]** 17/1
**efficient [1]** 19/16
**either [2]** 7/20 11/11
**El [1]** 7/12
**else [3]** 4/16 7/5 17/6
**emails [2]** 7/23 7/25
**emergency [11]** 2/25 3/8 15/24 16/4 16/9 16/14 16/16 16/19 16/20 20/15 20/17
**end [2]** 21/25 22/4
**Enforcement [1]** 20/25
**enjoin [2]** 4/9 20/19
**enjoined [1]** 22/22
**enjoining [1]** 21/2
**ensure [4]** 3/8 22/11 22/14 22/16
**entered [1]** 7/18
**entitled [5]** 9/3 13/6 15/4 18/1 24/9
**entitlement [2]** 13/1 18/3
**ERO [1]** 11/9
**Esquire [4]** 1/14 1/15 1/16 1/17
**essentially [1]** 4/24
**et [4]** 1/3 1/6 2/6 2/7
**evaluate [4]** 13/21 13/25 14/10 22/15
**even [4]** 4/6 15/20 16/8 20/12
**everybody [1]** 10/12
**everyone [1]** 2/2
**exactly [1]** 18/20
**example [1]** 10/24
**examples [1]** 18/11
**excuse [2]** 3/17 19/6
**exercise [1]** 4/8
**exhaust [1]** 12/19
**existing [1]** 22/8
**exists [1]** 11/3
**expect [1]** 18/12
**expectation [1]** 14/19
**explain [1]** 16/19
**express [1]** 8/10

**F**

**face [1]** 19/15
**facilitate [1]** 9/5
**facilities [1]** 16/25
**facility [2]** 5/21 21/2
**fact [1]** 14/17
**fair [1]** 15/5
**Fallon [1]** 16/5
**far [2]** 5/22 5/23
**fashion [1]** 18/16
**fear [11]** 7/21 8/1 8/3 9/2 9/10 9/13 10/25 11/8 11/20 12/2 12/13
**Federal [3]** 1/23 16/6 24/16
**Feet [1]** 6/20
**few [2]** 8/9 21/5
**Field [1]** 21/17
**Fifth [1]** 12/6
**figure [2]** 18/5 18/16
**filed [5]** 3/1 6/1 15/20 19/10 20/17
**filing [1]** 20/21
**final [2]** 7/7 10/6
**find [2]** 17/2 23/14
**finding [1]** 10/21
**first [3]** 5/9 6/11 7/8
**five [1]** 15/14
**flat [2]** 6/22 6/23
**flat-footed [2]** 6/22 6/23
**Floor [1]** 1/23
**fly [1]** 15/12
**folks [1]** 4/6
**followed [2]** 2/9 18/13
**Foods [1]** 22/5
**footed [2]** 6/22 6/23
**footnotes [1]** 21/5
**foregoing [1]** 24/7
**form [3]** 3/21 9/11 12/16
**format [1]** 24/9
**forth [2]** 18/13 22/7
**frankly [1]** 4/2
**front [1]** 16/18
**frustrate [2]** 3/11 13/17
**fully [1]** 22/7
**fulsome [3]** 15/9 18/13 22/17
**further [4]** 18/25 21/10 22/1 22/24

**G**

**gallery [1]** 2/3
**get [7]** 4/6 5/19 6/23 7/19 9/13 12/9 23/11
**gets [1]** 9/12
**getting [1]** 7/5
**give [2]** 10/23 19/2
**given [6]** 3/24 7/15 10/2 10/3 12/17 14/19
**glad [1]** 6/24
**go [12]** 4/24 5/9 9/16 11/9 11/13 11/16 11/17 11/20 13/4 14/8 18/6 19/13
**going [14]** 5/17 8/16 9/3 9/10 9/13 10/7 11/8 14/19 15/9 16/18 19/1 19/2 19/23 21/6
**good [10]** 2/2 2/12 2/14 2/16 2/17 2/19 2/20 2/22 6/8 14/21
**got [1]** 12/6
**governed [1]** 9/14
**government [4]** 2/10 21/8 21/9 22/17
**government's [2]** 19/12 23/1
**governs [1]** 6/16
**grant [2]** 22/10 23/13
**granted [3]** 9/21 9/22 12/16
**Guatemala [4]** 7/9 8/13 8/19 8/21
**guess [4]** 6/11 12/5 15/2 17/9

**H**

**habeas [5]** 18/16 20/12 20/23 20/24 22/12
**had [4]** 8/18 15/14 15/20 23/8
**hairs [1]** 8/16
**hand [1]** 18/10
**handing [1]** 19/24
**hang [2]** 13/22 14/22
**happen [4]** 10/8 12/10 12/18 17/21
**happens [1]** 9/10
**happy [3]** 3/6 18/24 19/17
**hard [2]** 19/3 19/24
**has [11]** 3/15 7/17 7/21 8/1 12/15 14/8 15/17 16/19 16/20 19/6 22/17
**have [25]**
**haven't [1]** 20/9
**he [2]** 15/10 15/20
**hear [4]** 3/6 13/7 13/8 18/12
**hearing [7]** 1/10 2/24 2/24 3/8 12/3 18/14 20/15
**hears [1]** 11/10
**heck [1]** 15/10
**heels [1]** 6/21
**hefty [1]** 19/14
**held [2]** 14/18 24/8
**help [2]** 12/18 19/11
**her [2]** 8/10 8/22
**here [11]** 2/23 2/24 3/4 3/5 6/9 10/8 11/22 13/14 15/18 18/12 19/3
**hereby [1]** 24/6
**hip [1]** 15/17
**his [1]** 8/21
**hold [3]** 15/7 17/4 17/15
**holding [1]** 21/17
**Honor [20]** 2/12 2/17 3/7 3/7 3/18 4/17 5/2 5/13 5/22 5/25 6/3 6/8 9/1 13/9 17/5 18/20 20/2 23/6 23/8 23/16
**HONORABLE [3]** 1/10 19/20 23/18
**hop [1]** 9/19
**horses [1]** 17/4
**hot [1]** 15/14
**housed [1]** 5/20
**housekeeping [1]** 2/23
**how [3]** 13/5 14/21 17/6
**Hyde [1]** 20/7

**I**

**I'll [1]** 23/13
**I'm [43]**
**I've [4]** 6/19 12/6 20/4 21/5
**i.e [1]** 22/8
**Ian [2]** 1/14 2/12
**ICE [16]** 3/23 3/23 7/15 7/21 7/24 8/1 8/3 9/4 9/12 14/18 16/25 21/1 21/11 21/12 21/16 21/17
**idea [1]** 4/19
**illegal [2]** 4/5 4/7
**illegally [1]** 3/9
**immediate [1]** 20/24
**immigration [5]** 2/15 5/4 11/13 11/16 20/25
**imminently [1]** 4/3
**implicates [1]** 7/17
**inclined [1]** 5/14
**including [3]** 14/11 22/13 22/21
**indicates [1]** 21/6
**individual [4]** 8/2 8/18 8/21 11/9
**individually [1]** 21/18
**individuals [3]** 7/14 10/3 21/16
**initiated [2]** 20/21 21/11
**injunction [3]** 9/16 22/3 23/3
**Injunctive [2]** 2/25 20/17
**ins [1]** 3/23
**intend [3]** 8/23 10/11 17/25
**intent [2]** 10/3 12/21
**inter [1]** 20/23
**intervene [1]** 23/13
**interview [3]** 9/3 9/4 11/10
**interviews [2]** 9/5 9/13
**introduce [1]** 2/10
**iron [1]** 17/12
**is [65]**
**isn't [2]** 12/19 12/22
**issue [16]** 4/18 4/24 5/19 7/21 10/10 10/13 11/24 11/25 12/24 13/14 14/7 16/3 16/13 17/8 18/16 21/22
**issues [9]** 10/5 13/12 13/14 13/19 17/4 17/16 18/24 18/24 19/8
**issuing [1]** 19/2
**it [42]**
**it's [13]** 6/14 7/2 8/15 9/19 12/6 12/18 13/13 13/20 13/20 16/8 17/19 20/7 22/6
**its [9]** 4/8 10/13 11/2 12/24 16/22 17/18 19/15 22/10 22/18

**J**

**Jakiba [1]** 2/4
**Jersey [5]** 5/21 9/6 14/18 18/15 21/11
**JRR [2]** 1/5 2/6
**JRR-25-cv-01500 [1]** 2/6
**judge [3]** 11/13 11/16 15/17
**judicial [2]** 22/2 24/10
**JULIE [1]** 1/10
**jump [1]** 9/19
**jurisdiction [15]** 10/14 11/2 12/24 13/25 14/3 14/8 14/13 16/12 16/23 17/21 18/2 18/15 20/11 22/2 22/9
**jurisdictionally [1]** 14/23
**jurisdictions [1]** 21/24
**just [18]** 2/23 3/15 4/11 5/2 5/17 5/19 6/18 6/19 7/5 7/6 8/6 10/12 12/8 13/11 15/7 18/21 21/6 22/25
**Justice [1]** 5/7

**K**

**kind [3]** 8/8 9/19 12/10
**know [22]** 6/19 7/20 7/25 8/16 9/11 11/23 12/9 13/20 14/4 14/21 15/7 15/14 15/16 15/20 15/21 17/4 17/6 17/14 18/11 19/10 20/6 20/6
**known [1]** 20/4

**L**

**landed [1]** 7/25
**last [1]** 3/1
**Laughter [1]** 20/3
**law [2]** 14/16 21/25
**lawfulness [1]** 21/19
**lawyers [2]** 7/22 8/4
**least [4]** 4/9 18/5 18/5 18/23
**leave [2]** 11/4 18/17
**legal [1]** 22/14
**let [4]** 7/6 8/6 13/16 13/17
**like [4]** 9/11 14/25 16/5 23/11
**likewise [1]** 8/18
**limited [3]** 19/13 19/13 22/1
**listening [1]** 23/2
**literally [1]** 15/22
**litigate [2]** 3/12 18/22
**little [1]** 15/12
**live [1]** 13/8
**living [1]** 3/20
**Lombard [1]** 1/23
**longer [4]** 13/24 18/2 19/11 20/12
**look [5]** 9/20 9/22 13/16 13/17 16/18
**looking [2]** 9/18 9/24
**lose [1]** 11/16
**losing [1]** 16/12
**lot [2]** 14/17 19/14
**lots [1]** 18/12
**luck [1]** 12/20

**M**

**made [1]** 13/21
**maintain [7]** 11/2 12/24 13/1 13/6 14/13 18/7 22/2
**make [9]** 7/5 9/10 9/12 13/8 16/23 17/18 17/20 18/1 18/7
**makes [2]** 10/6 12/23
**making [3]** 13/6 17/15 18/11
**MARYLAND [4]** 1/1 1/6 1/24 24/6
**Massachusetts [9]** 6/13 6/16 7/18 11/25 12/3 14/2 14/5 14/12 15/17
**matter [6]** 2/5 2/7 14/16 18/1 22/9 24/9
**matters [1]** 3/12
**may [15]** 1/6 8/3 10/21 10/22 13/4 20/8 20/10 20/16 20/17 20/23 21/12 21/13 22/16 22/18 24/12
**May 10 [1]** 21/12
**May 11 [1]** 21/13
**May 13 [1]** 20/17
**May 14 [1]** 20/16
**May 9 [1]** 20/23
**maybe [2]** 7/1 12/10
**me [19]** 3/17 4/24 7/6 8/2

**M**

**me... [15]** 8/6 8/24 11/7 12/18 12/23 12/25 13/2 13/16 13/17 14/1 14/6 14/24 16/18 19/6 23/13
**mean [14]** 4/15 4/15 8/7 10/17 10/18 10/23 11/23 12/5 12/7 12/9 13/4 13/17 14/24 16/17
**meaning [2]** 3/16 5/8
**means [1]** 5/10
**member [4]** 12/1 13/13 14/3 14/7
**members [1]** 3/19
**memorandum [2]** 9/17 9/20
**mentioned [1]** 23/8
**Merit [1]** 24/4
**merits [8]** 5/16 10/14 13/7 13/9 13/10 13/22 14/10 16/20
**Mexico [13]** 3/25 7/16 7/21 8/11 8/15 8/20 9/2 9/13 10/4 11/8 12/21 14/20 17/16
**might [4]** 4/7 10/23 17/13 19/14
**minutes [1]** 15/22
**mistaken [1]** 14/9
**Monday [1]** 15/21
**moot [3]** 13/20 18/16 19/8
**more [2]** 15/8 19/7
**morning [2]** 7/24 20/10
**motion [9]** 2/25 8/12 9/21 9/22 15/24 16/4 20/17 20/21 21/10
**motions [3]** 1/10 2/24 15/4
**moves [1]** 12/22
**Moving [1]** 21/14
**Mr. [20]** 3/3 3/6 6/7 8/7 11/7 15/2 15/9 15/13 16/17 18/19 19/5 19/5 20/1 20/4 20/10 23/5 23/5 23/7 23/11 23/11
**Mr. Corcoran [11]** 3/3 6/7 15/2 15/13 19/5 20/1 20/4 20/10 23/5 23/7 23/11
**Mr. Rose [9]** 3/6 8/7 11/7 15/9 16/17 18/19 19/5 23/5 23/11
**Ms [1]** 3/3
**Ms. [2]** 8/10 8/13
**Ms. N.N [2]** 8/10 8/13
**much [1]** 8/21
**must [1]** 8/10
**my [17]** 4/21 4/22 6/19 6/21 7/19 8/8 8/9 9/1 9/9 10/7 11/6 11/23 12/12 12/13 17/24 18/10 19/13
**myself [1]** 20/9

**N**

**N.N [2]** 8/10 8/13
**named [1]** 3/9
**Nardone [3]** 1/17 2/20 3/3
**national [2]** 2/15 23/2
**nationwide [3]** 6/14 7/17 9/15
**native [1]** 8/13
**necessarily [1]** 12/18
**necessary [1]** 21/23
**need [7]** 5/15 15/7 15/8 15/8 15/15 19/17 23/13
**New [5]** 5/21 9/6 14/18 18/15 21/11
**nice [1]** 6/7
**Nicole [2]** 1/17 2/20
**night [1]** 3/1
**NIKITA [1]** 1/6
**Nken [1]** 5/3
**no [14]** 1/4 2/6 3/15 4/21 10/18 11/11 11/12 13/24 15/12 18/2 19/11 20/12 23/6 23/8
**non [3]** 6/15 13/13 14/7
**non-opt-out [3]** 6/15 13/13 14/7
**Noon [2]** 1/7 2/1
**NORTHERN [1]** 1/2
**not [42]**
**notes [2]** 1/21 22/25
**nothing [1]** 16/19
**notice [3]** 7/15 10/2 10/3
**notices [2]** 3/24 14/19
**now [15]** 2/5 2/7 6/1 6/2 12/5 13/19 13/22 14/11 14/14 14/22 16/14 17/14 19/20 21/13 23/18
**Number [1]** 9/15
**Number 6-1 [1]** 9/15

**O**

**O.C.G [1]** 8/17
**off [1]** 23/14
**offered [1]** 22/16
**office [2]** 3/23 21/17
**officer [2]** 11/9 11/10
**Official [3]** 1/23 24/1 24/16
**Oh [1]** 20/14
**okay [10]** 4/11 5/6 15/5 17/5 18/9 18/18 19/1 20/2 20/14 23/15
**once [2]** 9/12 19/5
**one [11]** 7/8 7/11 8/8 9/6 13/11 14/25 16/3 16/8 18/16 19/7 21/5
**open [2]** 22/7 23/1
**operated [1]** 21/17
**opinion [2]** 9/17 9/20
**opportunity [3]** 10/4 15/9 22/17
**opt [3]** 6/15 13/13 14/7
**order [11]** 3/4 6/15 7/7 12/1 12/3 19/2 19/24 21/14 22/6 22/7 22/24
**Ordered [1]** 22/20
**ordering [1]** 20/24
**orders [1]** 5/4
**origin [1]** 3/22
**other [11]** 10/16 10/21 11/4 12/7 12/22 13/3 13/4 13/21 17/2 20/8 22/12
**our [2]** 3/9 15/19
**out [12]** 6/15 8/7 11/10 12/20 13/13 14/7 15/10 17/12 18/6 18/17 20/6 22/5
**outright [1]** 14/13
**outside [1]** 17/21
**over [5]** 12/24 12/25 14/13 20/11 22/9
**Ozturk [1]** 20/7

**P**

**p.m [4]** 19/22 19/22 20/16 23/20
**page [3]** 3/24 8/11 24/9
**Page 4 [1]** 8/11
**Pages [1]** 8/12
**Pages 3 [1]** 8/12
**papers [8]** 4/12 8/7 8/9 8/23 14/14 15/8 15/12 15/16
**paragraph [1]** 21/5
**parallel [1]** 12/11
**part [1]** 9/22
**participate [1]** 22/11
**participation [1]** 22/13
**parties [1]** 20/18
**parties' [2]** 17/12 20/5
**pendency [6]** 3/10 5/11 5/12 20/20 21/4 22/23
**pending [6]** 2/5 4/14 5/11 8/12 12/6 22/3
**people [1]** 8/5
**perhaps [4]** 8/14 8/23 12/15 17/12
**permits [1]** 21/22
**person [1]** 17/21
**personal [1]** 18/2
**petition [6]** 16/9 16/15 16/16 16/19 16/20 20/22
**petitioner [4]** 5/20 5/23 9/6 9/7
**petitioners [20]** 1/14 2/9 7/4 7/7 13/24 14/17 15/18 16/24 18/7 20/19 20/21 21/3 21/7 21/7 21/15 21/18 22/11 22/22 22/25 23/4
**petitioners' [3]** 20/12 20/16 20/24
**petitions [1]** 20/12
**PI [4]** 7/17 9/15 9/20 9/22
**pin [1]** 8/6
**place [2]** 6/16 7/25
**placed [1]** 16/25
**placement [1]** 21/1
**plain [1]** 19/14
**Plaintiff [1]** 1/4
**plaintiffs [12]** 2/13 2/15 3/9 3/14 3/19 4/2 6/12 6/17 10/1 11/24 15/3 18/22
**plaintiffs' [3]** 3/11 20/6 20/16
**Plaintiffs'/Petitioners' [1]** 20/16
**pleadings [1]** 7/22
**please [1]** 2/10
**points [1]** 14/22
**position [1]** 15/11
**potential [5]** 10/14 13/6 17/2 18/4 22/9
**power [1]** 22/2
**powers [1]** 10/24
**precedent [1]** 4/5
**precisely [1]** 17/12
**preliminarily [1]** 6/11
**preliminary [2]** 9/16 19/7
**prescribed [1]** 22/4
**present [1]** 22/17
**preservation [2]** 10/13 16/21
**preserve [5]** 3/8 4/9 13/1 22/2 22/8
**presiding [1]** 12/25
**primary [1]** 4/18
**principles [1]** 21/24
**Prior [1]** 20/21
**procedure [4]** 8/1 11/21 12/15 21/20
**proceeding [1]** 19/6
**proceedings [4]** 1/10 12/10 22/13 24/8
**process [9]** 9/5 10/7 11/7 11/19 11/21 11/21 11/24 13/5 14/8
**progressing [1]** 19/10
**Project [1]** 2/15
**proper [1]** 7/25
**proposed [1]** 21/18
**protection [1]** 3/20
**provide [1]** 16/22
**provided [2]** 15/17 22/25
**providing [1]** 17/11
**pulled [1]** 6/18
**purpose [2]** 2/8 22/14
**purposes [1]** 2/23
**pursuant [1]** 24/6
**pursue [1]** 5/14
**put [3]** 8/6 17/13 23/12
**putative [2]** 3/17 21/15

**Q**

**quarreling [1]** 12/4
**question [9]** 4/22 4/22 8/8 10/11 12/12 13/5 13/25 14/17 20/11
**questions [3]** 5/18 13/19 23/5
**queuing [1]** 13/22
**quickly [1]** 19/10
**quite [1]** 5/6
**quo [4]** 3/8 4/10 22/3 22/8
**quote [5]** 21/22 21/25 22/1 22/4 22/5

**R**

**races [1]** 23/15
**raise [7]** 8/2 8/24 9/12 10/4 10/11 11/8 13/15
**raised [4]** 7/21 9/2 9/9 13/12
**raising [3]** 8/1 13/19 14/22
**rather [2]** 15/16 19/6
**reach [2]** 5/15 19/14
**read [4]** 8/9 15/15 19/23 20/9
**ready [1]** 6/23
**realize [1]** 19/9
**really [6]** 3/4 7/25 10/9 10/13 16/2 17/3
**Realtime [1]** 24/5
**reasonable [2]** 10/25 12/13
**receive [1]** 8/10
**recess [4]** 19/2 19/19 19/21 19/22
**recognizes [1]** 22/1
**record [3]** 2/11 19/23 22/7
**refer [1]** 21/6
**referring [1]** 21/8
**regarding [1]** 10/5
**Registered [1]** 24/4
**regulations [1]** 24/10
**release [1]** 20/24
**relief [9]** 2/25 4/23 15/18 16/22 17/11 20/17 22/11 22/13 22/15
**relocated [2]** 21/11 21/12
**remedies [1]** 12/20
**removal [17]** 3/11 3/21 3/21 4/7 4/9 5/4 5/11 7/7 7/16 7/21 8/19 11/1 16/4 18/6 18/14 18/23 20/19
**removals [1]** 4/5
**remove [3]** 9/25 10/4 12/21
**removed [13]** 3/9 3/25 4/3 7/4 7/7 7/16 8/15 8/19 13/24 14/20 17/1 17/1 17/16
**removing [2]** 21/3 22/22
**render [1]** 11/1
**repeated [1]** 8/11
**reported [2]** 1/22 24/8
**Reporter [5]** 1/23 24/1 24/4 24/5 24/16
**represent [2]** 3/13 21/16
**representatives [2]** 17/2 21/19
**represented [1]** 20/18
**request [2]** 4/22 12/21
**requested [2]** 16/22 22/11
**requests [1]** 22/12
**require [2]** 7/2 7/4
**resolve [4]** 10/14 14/21 17/16 18/24
**resources [2]** 19/13 19/13
**respective [3]** 10/2 21/23 22/15
**respond [1]** 15/4
**Respondents [3]** 1/16 21/8 22/20
**responding [1]** 8/8
**responses [1]** 18/4
**rest [3]** 11/3 11/5 12/6
**restricted [1]** 23/3
**retain [1]** 18/3
**retains [1]** 20/11
**return [2]** 8/11 8/15
**review [1]** 22/3
**RFI [11]** 7/2 8/10 9/3 9/3 10/23 11/24 12/2 12/9 12/17 12/19 13/4
**right [20]** 4/11 5/21 6/6 7/10 11/12 11/14 12/2 13/19 13/22 14/11 14/14 14/22 16/7 16/11 16/14 16/18 17/14 18/2 18/20 21/14
**rise [2]** 19/20 23/18
**RMR [2]** 1/22 24/16
**Roberts [1]** 5/7
**robust [1]** 18/13
**Ronda [3]** 1/22 24/4 24/16
**Rose [11]** 1/14 2/13 3/6 8/7 11/7 15/9 16/17 18/19 19/5 23/5 23/11
**routine [2]** 3/22 7/15
**RUBIN [1]** 1/10
**Rule [1]** 6/15
**ruling [1]** 10/22

**S**

**said [2]** 5/7 8/4
**Salvador [1]** 7/12
**sanctity [1]** 17/17
**saw [2]** 7/22 15/24
**say [5]** 11/11 11/12 12/5 13/18 17/25
**saying [14]** 3/24 10/10 12/14 14/9 14/10 14/15 15/2 15/3 15/6 15/7 15/7 15/13 17/10 20/9
**says [3]** 9/15 9/21 9/23
**schedule [2]** 23/13 23/14
**scope [3]** 16/21 22/10 23/3
**seated [2]** 2/3 2/22
**second [2]** 7/11 9/7
**seconds [1]** 15/14
**see [7]** 6/7 6/8 13/14 16/2 16/3 16/5 17/10
**seek [2]** 20/19 21/15
**seeking [2]** 15/18 20/23

## S

**seem [1]** 14/16
**seems [1]** 14/6
**sense [2]** 5/19 12/16
**sent [2]** 7/23 8/20
**separate [1]** 16/5
**set [3]** 11/21 18/13 22/7
**seven [1]** 12/5
**she [1]** 6/1
**she's [2]** 6/2 21/13
**Shebaya [2]** 1/15 2/14
**shooting [1]** 15/16
**short [2]** 3/4 19/1
**should [7]** 5/9 11/25 14/11 14/12 15/10 15/10 18/6
**showed [1]** 3/22
**showing [1]** 18/10
**simply [1]** 21/6
**since [1]** 20/4
**single [1]** 3/24
**single-page [1]** 3/24
**Sirine [2]** 1/15 2/14
**sitting [1]** 16/18
**skip [1]** 9/19
**so [40]**
**some [10]** 5/10 7/2 12/10 12/16 12/22 15/8 15/8 17/11 19/7 23/12
**something [8]** 4/15 7/1 7/4 8/7 9/11 17/9 17/21 23/9
**sort [3]** 7/2 17/11 17/17
**sounds [1]** 14/25
**speak [1]** 16/17
**speaking [1]** 14/23
**specifically [2]** 8/17 23/3
**split [1]** 8/16
**standard [3]** 4/13 5/3 5/5
**state [3]** 17/22 17/23 20/13
**statement [1]** 10/11
**STATES [15]** 1/1 2/18 2/21 3/10 4/3 4/6 8/20 12/22 20/20 20/25 21/4 21/21 22/23 24/5 24/11
**status [5]** 2/8 3/8 4/10 22/3 22/8
**statutes [1]** 13/3
**statutory [1]** 22/4
**stay [5]** 4/19 5/2 5/3 5/10 18/23
**stays [1]** 4/13
**stenographically [1]** 24/8
**stenographically-reported [1]** 24/8
**stenotype [1]** 1/21
**step [1]** 7/6
**still [3]** 11/1 16/8 16/9
**straight [1]** 7/20
**street [3]** 1/23 15/1 16/10
**stuff [3]** 16/7 16/9 19/8
**subject [5]** 11/1 14/12 16/4 18/1 22/24
**such [3]** 3/11 4/5 22/14
**suggesting [1]** 5/18
**suggestion [1]** 18/11
**suggestive [1]** 19/15
**suit [3]** 6/13 6/14 15/20
**summarily [1]** 3/9
**summarizing [1]** 12/8
**suppose [1]** 7/1
**supposed [3]** 8/2 12/17 14/21
**Supreme [4]** 5/3 20/8 22/1 22/5
**sure [13]** 5/6 7/5 7/24 8/21 9/10 9/12 11/7 13/5 13/6 13/8 15/8 17/15 19/8

## T

**tables [1]** 19/24
**take [2]** 11/25 19/1
**taken [1]** 19/22
**talking [1]** 8/17
**teeing [1]** 14/10
**temporarily [3]** 4/9 18/5 18/23
**terms [1]** 12/23
**testify [1]** 3/12
**testimony [2]** 13/8 22/16
**than [1]** 15/16
**Thank [3]** 3/7 6/6 23/16
**that [136]**
**that's [20]** 3/1 4/7 4/21 4/25 5/6 5/13 8/10 8/11 8/12 10/7 10/7 11/21 12/11 14/4 15/5 17/6 18/20 18/22 20/2 22/5
**their [20]** 3/21 3/22 4/9 7/15 7/22 8/3 9/13 10/2 12/19 13/1 13/7 13/8 13/10 16/3 21/19 21/23 22/12 22/15 22/15 22/21
**them [6]** 7/20 10/23 11/10 12/16 12/21 22/21
**then [9]** 3/24 8/11 8/14 10/4 10/5 11/12 15/25 16/5 23/14
**there [7]** 4/4 5/7 11/19 12/14 12/19 14/16 17/3
**there's [4]** 9/11 13/13 14/25 15/19
**therefore [1]** 11/1
**these [13]** 4/2 4/4 5/16 6/16 7/4 7/6 7/14 8/5 9/5 10/2 14/17 18/7 18/24
**they [39]**
**they're [12]** 3/25 9/3 12/16 12/20 12/25 13/1 14/6 14/19 16/25 17/25 18/12 20/12
**they've [3]** 9/2 9/9 14/18
**things [1]** 5/19
**think [7]** 4/23 4/23 5/9 8/1 11/17 18/20 23/10
**third [3]** 7/16 10/1 16/3
**third-country [2]** 7/16 16/3
**this [55]**
**Thomas [4]** 1/16 1/22 24/4 24/16
**thoroughly [1]** 20/9
**those [11]** 2/2 4/6 7/24 12/10 13/12 13/15 13/19 15/4 17/16 18/4 22/21
**though [3]** 16/16 16/17 20/12
**threat [1]** 16/23
**through [8]** 4/25 5/9 13/4 13/10 13/11 15/15 19/13 22/4
**til [1]** 10/5
**time [6]** 5/20 5/25 7/20 15/8 15/15 19/12
**times [2]** 4/4 8/9
**today [1]** 20/16
**today's [1]** 19/5
**together [2]** 23/11 23/12
**told [3]** 8/1 8/3 16/25
**Tom [2]** 2/17 20/1
**Torture [1]** 10/5
**toss [1]** 15/12
**track [1]** 12/11
**transcript [3]** 1/10 24/8 24/9
**transcription [1]** 1/21
**transferred [2]** 14/11 21/2
**TRO [3]** 4/24 7/17 9/14
**true [2]** 19/11 24/7
**trying [1]** 7/19
**turn [1]** 8/20
**two [5]** 7/6 14/25 15/22 16/2 17/3

## U

**U.S [2]** 3/20 13/1
**U.S.C [2]** 22/20 24/7
**ultimately [1]** 11/17
**uncommon [1]** 4/4
**under [9]** 2/25 4/8 4/19 6/15 10/19 12/3 17/20 21/20 22/19
**understand [9]** 3/16 5/7 5/17 12/18 13/11 13/15 14/15 15/23 21/13
**understanding [10]** 7/19 8/13 9/1 9/9 10/7 11/6 11/23 15/19 17/19 17/24
**understood [1]** 4/21
**Unfortunately [1]** 4/4
**UNITED [15]** 1/1 2/18 2/21 3/10 4/3 4/6 8/20 12/22 20/20 20/25 21/4 21/21 22/23 24/5 24/11
**unless [9]** 9/25 10/1 13/22 14/13 14/22 17/2 17/4 17/14 23/13
**unlike [1]** 6/19
**until [5]** 10/1 10/1 15/22 18/5 20/10
**up [8]** 3/22 6/18 6/24 11/20 11/21 13/22 14/10 19/8
**upon [1]** 23/12
**us [1]** 4/5
**usages [1]** 21/24
**USCIS [2]** 9/4 9/4
**using [1]** 18/11

## V

**V.R.G [6]** 5/23 7/11 9/7 17/15 21/12 22/22
**V.R.G.'s [1]** 18/14
**venue [2]** 18/2 19/8
**Vermont [1]** 20/6
**very [6]** 6/14 7/16 13/25 14/21 15/12 19/1
**view [2]** 16/16 17/7
**violated [1]** 13/2
**vs [1]** 1/5
**vulnerable [2]** 11/2 12/23

## W

**wait [1]** 19/3
**want [9]** 4/12 7/5 9/11 15/3 15/9 15/11 17/8 19/12 20/5
**wanted [1]** 6/25
**was [16]** 3/1 4/22 5/14 5/25 8/13 8/13 8/16 8/19 15/24 18/2 19/10 19/22 20/4 21/10 21/11 21/12
**waste [1]** 19/12
**water [1]** 15/7
**way [5]** 12/8 13/16 13/18 13/18 17/10
**we [12]** 3/11 4/2 4/7 4/18 5/4 5/13 5/15 6/1 6/1 6/11 18/23 21/13
**we'll [2]** 18/16 23/14
**we're [7]** 2/23 2/24 5/22 6/9 8/17 18/22 18/24
**well [8]** 4/17 6/9 6/18 6/24 8/6 10/18 17/10 20/7
**were [5]** 3/23 3/24 7/15 10/24 10/25
**what [18]** 3/4 4/13 5/6 8/1 11/4 12/5 12/11 12/14 13/22 14/10 15/2 15/3 15/6 17/6 17/10 17/13 19/10 23/10
**what's [1]** 12/18
**whatever [2]** 13/21 23/13
**when [3]** 4/6 8/9 17/21
**where [2]** 4/4 12/25
**whether [13]** 6/25 8/15 12/9 12/12 13/2 13/20 14/11 14/12 15/17 17/9 18/6 18/14 20/11
**which [10]** 6/13 7/16 8/18 8/20 9/15 9/16 13/9 16/4 16/14 21/6
**while [1]** 22/9
**who [2]** 3/19 3/20
**whole [2]** 14/16 19/13
**why [4]** 4/7 13/12 13/15 18/22
**will [4]** 3/24 4/2 9/14 19/2
**withholding [6]** 3/21 7/8 7/9 7/12 8/19 9/2
**without [2]** 8/8 18/5
**words [4]** 10/16 10/21 11/4 13/4
**working [1]** 9/4
**would [16]** 2/4 2/10 3/11 4/17 4/20 5/5 7/2 7/3 11/1 12/10 14/24 15/3 16/13 16/13 19/5 23/10
**wouldn't [2]** 14/2 16/12
**wrinkled [1]** 8/9
**writ [2]** 20/22 20/23
**writs [10]** 2/25 4/8 4/19 4/25 5/10 5/14 17/20 21/22 21/23 22/19
**wrong [1]** 11/8

## Y

**Yeah [5]** 6/10 9/24 11/6 15/6 16/1
**years [1]** 3/20
**Yep [1]** 7/13
**yes [6]** 5/2 8/25 10/19 11/11 17/24 23/10
**yesterday [1]** 19/11
**you [68]**
**you're [11]** 4/24 13/19 13/22 13/25 14/9 14/10 14/22 15/3 15/6 16/17 17/13
**you've [2]** 4/12 15/14
**your [29]**
**yourselves [1]** 2/10