IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. and V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**PETITIONERS-PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs D.N.N. and V.R.G. ("Plaintiffs") on behalf of themselves and all others similarly situated, by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 23 to proceed as a class action and for certification of the following Class: All persons who are now or in the future will be detained in the Hold Rooms at the Immigration and Customs Enforcement Baltimore Field Office.

For the reasons set forth in the accompanying Memorandum of Law in Support, which is incorporated by reference, the proposed Class satisfies all requirements of Fed. R. Civ. P. 23, and Plaintiffs are each appropriate Class Representatives. Plaintiffs respectfully request this Court GRANT Plaintiffs' Motion for Class Certification, allow this action to proceed as a class action, certify the identified Class, appoint Plaintiffs as Class Representatives of the same, and appoint National Immigration Project, Amica Center for Immigrant Rights, and Crowell & Moring LLP as Class counsel.

1

Dated: June 6, 2025

Respectfully Submitted,

/s/ Jerome A. Murphy
Jerome A Murphy (D. Md. Bar No. 27678)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2895
JMurphy@crowell.com

Jared A. Levine (NY Bar No. 4897211)**
Daniella Schmidt (NY Bar No. 5186283)**
Luke Taeschler (NY Bar No. 5308325)**
Emily Werkmann (NY Bar No. 5750229)**
**CROWELL & MORING LLP**
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com
DSchmidt@crowell.com
LTaeschler@crowell.com
Ewerkmann@crowell.com

Ian Austin Rose (D. Md. Bar No. 22079)
Daniel Melo (N.C. Bar No. 48654)*
Amelia Dagen (D.C. Bar No. 90004838)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
**NATIONAL IMMIGRATION PROJECT**
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 788-2509
Austin.rose@amicacenter.org
Dan.melo@amicacenter.org
Amelia@amicacenter.org

Sirine Shebaya (D. Md. Bar No. 07191)
Matthew Vogel (LA Bar No. 35363)*
Yulie Landan (CA Bar No. 348958)*
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org
matt@nipnlg.org
yulie@nipnlg.org

*Pro bono counsel for Plaintiffs*

*Admitted *pro hac vice*
** *Pro Hac Vice* forthcoming