**DECLARATION OF D.N.N.**

I, D.N.N., make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is D.N.N. I am one of the named plaintiffs in this lawsuit. At approximately 9am on May 7, 2025, ICE detained me in the Baltimore Holding Rooms at ICE's Baltimore Field Office. They detained me in the holding cells there until the morning of May 10, 2025, when they transferred me to another facility. I am currently detained in Newark, New Jersey.

2. On May 8, 2025, I met with my attorney Lucelia Justiniano and related my experience in the holding cells to her. I confirm that the contents of her declaration are accurate.

3. I understand that this lawsuit is brought by myself and another person on behalf of all the people who are currently detained or will be detained in the future in the Baltimore Holding Rooms. I intend to represent these people and accept my responsibilities as a class representative.

I declare under the penalty perjury that the above is true and correct to the best of my knowledge:

Signed DN___________________ (initials) Dated: June 6, 2025

**<u>Declaración de D.N.N.</u>**

Yo, D.N.N., hago la siguiente declaración basada en mi conocimiento personal y declaro bajo pena de perjurio de conformidad con el Título 28 del Código de los Estados Unidos, Sección 1746, que lo siguiente es verdadero y correcto:

1. Mi nombre es D.N.N. Soy una de las demandantes en esta demanda. A las aproximadamente 9:00 a.m. del 7 de mayo de 2025, ICE me detuvo en las salas de detención de Baltimore de su Oficina Local en Baltimore. Me mantuvieron en las celdas hasta la mañana del 10 de mayo de 2025, cuando me trasladaron a otro centro de detención. Estoy actualmente detenido en Newark, New Jersey.

2. El 9 de mayo de 2025, me reuní con mi abogada Lucelia Justiniano y le conté mi experiencia en las celdas de detención. Yo confirmo que toda la información en esa declaración es correcta.

3. Entiendo que esta demanda la presento yo y otra persona en nombre de todas las personas que se encuentran actualmente detenidas o que estarán detenidas en el futuro en las salas de detención de Baltimore. Tengo la intención de representarlas y acepto mis responsabilidades como representante de la clase.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto según mi leal saber y entender:

DN

Firmado:________________(initiales en lugar de nombre) Dated: June 6, 2025