**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,

*Petitioners-Plaintiffs*,

v.

NIKITA BAKER, *et al.*,

*Respondents-Defendants*.

Case No. 1:25-cv-01613

**DECLARATION OF AMELIA DAGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Amelia Dagen, hereby declare as follows:

1. My name is Amelia Dagen. I am over 18 years of age and competent to make this declaration. I am a Senior Attorney at Amica Center for Immigrant Rights ("Amica Center").

2. Beginning in March 2025, Amica Center began receiving reports regarding noncitizens detained at the Immigration and Customs Enforcement ("ICE") Field Office in Baltimore, specifically in the holding cells ("Baltimore Hold Rooms"). Many of the reports came through Amica Center's hotline, but other reports came from other immigration practitioners whose clients had been detained. Amica Center began tracking all reports of noncitizens detained at the Baltimore Hold Rooms and contacting individuals who were detained at the Baltimore Hold Rooms.

3. When Amica Center received reports of noncitizens being detained at the Baltimore

Hold Rooms and then transferred to another ICE facility, Amica Center staff—including paralegals and attorneys—would use the ICE Detainee Locator to track the noncitizen's detention location. Once the noncitizen's location was determined, Amica Center staff would coordinate a legal phone call with the facility. During the initial phone call, Amica Center staff would gather information regarding the noncitizen's experience at the Baltimore Hold Rooms, using interpretation services if needed. After the call, Amica Center staff would draft a declaration and then coordinate a second phone call with the noncitizen. During that second phone call, Amica Center staff would read the declaration back to the noncitizen, word for word and confirm its accuracy. For those noncitizens who were able to sign the declaration directly, Amica Center staff coordinated with ICE facilities to obtain that signature. If a signature was not possible, given the urgency of this litigation and the quick-moving nature of ICE detention, the Amica Center staff member would attest to the accuracy of the declaration and the process used to obtain the declaration.

4. On several occasions, we received reports from immigration practitioners or other Amica Center staff that there were noncitizens who had been detained at the Baltimore Hold Rooms and were willing to share their experiences, but were too scared to have their identities known to ICE as declarants in the above-captioned case. For those individuals who were willing to participate under their initials, Amica Center staff followed the same process as described above and completed declarations using the noncitizen's initials. For those noncitizens who were too afraid to even use their initials, Amica Center staff and private immigration practitioners submitted declarations regarding their knowledge of the individual's circumstances, based on phone and in-person communications with the noncitizen.

5. My colleague Daniel Melo and I coordinated the communications and declaration collection for this litigation. We ensured that declarations were completed by Amica Center staff

and external, licensed attorneys. I affirm that all submitted declarations with the Plaintiffs' Motion for Class Certification are true and correct copies and contain information that is based on personal knowledge and declared under penalty of perjury.

6. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Salomon Manrique Parra, dated April 1, 2025.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Mirsa Polanco Cruz, dated April 2, 2025.

8. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Rachel Girod, dated March 27, 2025.

9. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of B.R.R., dated May 29, 2025.

10. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Randy Hiro Henna Vasquez, dated May 22, 2025.

11. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Yandel Falcon Nieves, dated March 20, 2025.

12. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of O.P.L., dated May 19, 2025.

13. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Bradley Jenkins, dated May 15, 2025.

14. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Tess Davey, dated March 28, 2025.

15. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of April Amaya-Luis, dated March 31, 2025.

16. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Jose Munoz Anibal Ponce, dated March 27, 2025.

17. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Marisa Tillman, Esq., dated March 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025

*/s/ Amelia Dagen*__________________

Amelia Dagen (D.C. Bar No. 90004838)
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 998-3105
amelia@amicacenter.org