# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF SALOMON MANRIQUE PARRA**

I, Salomon Manrique Parra, make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Salomon Manrique Parra, of Mexico, have two USC children. They are Salomon Manrique Hernandez, age 13; and Gretel Manrique Hernandez, age 12. I have been here in the United States for over 15 years.

2. Before my detention, I worked in construction.

3. I have never committed any crimes. In fact, I was arrested unlawfully when ICE was looking for somebody who they state looked like me. I am currently in removal proceedings, and I will be submitting a cancellation of removal application. Additionally, I might have a U visa case because I was a victim of robbery twice in Salisbury, Maryland.

4. ICE arrested me on February 5, 2025 at Salisbury, Maryland. I was taken to the Baltimore ICE Field Office holding rooms.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

5. I was detained in the holding room at the Baltimore ICE Field Office from February 5, 2025, until February 11, 2025. The room I was in was roughly 12 x 18 ft. in size.

6. In the holding room, I was with about 20 other men. There was absolutely no privacy. There was one toilet that was in the cell. If we had to use the bathroom, everyone was able to see. I was barely able to move. I had no blanket and had to sleep on the floor. Well, I had to sit on the floor because there was no room to extend my body.

7. We were giving three meals a day. However, the meals were not sufficient. For breakfast, it was bread with some water. For lunch, it was a beans and a small soup. For dinner it was the same thing as lunch. I was wearing the same clothing as when I entered into the jail. I was not able to brush my teeth, wash my face, or wash my body.

8. Eventually, I was transferred from the Baltimore ICE Field Office to Farmville, Virginia around February 12, 2025.

9. An immigration judge granted me a bond on March 19, 2025. I am able to review this declaration with my attorney, Steven C. Planzer, Esq. of Planzer Law LLC.

I, Salomon Manrique Parra, affirmed that the above declaration is true and accurate. I had my attorney, Steven C. Planzer, who is fluent in Spanish, read this declaration back to me in Spanish.

Executed this 1st day of April, 2025, in Salisbury, Maryland.

Salomon Manrique Parra