# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF MIRSA POLANCO CRUZ**

I, Mirsa Polanco Cruz, make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Mirsa Polanco Cruz from El Salvador. I came to the United States in 2006. My son was born here in 2015.

2. This is the first time I have been detained or scheduled for an immigration court hearing. I am now in immigration proceedings. I was supposed to have my first hearing in Louisiana on March 17, at 8:30 am, but the court was cancelled that morning for everyone.

3. ICE arrested me on February 26, 2025 outside the home where I rented a room for me and my son. I was taken to Baltimore ICE Field Office holding room. When ICE decided to detain me, they did not tell me anything. The official asked for someone else, and I said I did not know that person. Then he just said you're not here legally and you're coming with me. The person who arrested me did not speak any Spanish.

4. They detained me in the morning, around 8 am, and I was in the holding room in Baltimore around 9am. In the afternoon, around 2 or 3, I was processed by the same official who only spoke English. He tried to call an interpreter, but the connection was very bad, and we could not understand each other. I was allowed to make one phone call then to my family. I was not allowed to make any other phone calls for the next five days. I could not contact an attorney.

5. After, when I saw someone who spoke Spanish, I tried to ask about what was going on. They said you have to speak to the one who arrested you, he's in charge of your case. No one ever explained to me why I was there or what was happening.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

6. I was detained in the holding room at the Baltimore ICE Field Office from the morning of February 26 until the afternoon of Sunday, March 2, a total of five days.

7. The room I was in was very small. People were added after I got there until there were 13 of us, all women. I did not know any of the other women. The room was crowded; we could all lie down but only if we squeezed together (*bien pegados*).

8. I was in shock. Women were crying and yelling. There were no beds or any furniture. We had to lie on the floor. It was inhumane.

9. There was one toilet, inside of the room. There was no shower and no way for us to bathe or wash up. We remained in the clothes we were wearing when detained for the next five days. There was no toothbrush, no deodorant, and no other hygiene products, except soap, which was useless without a shower.

10. We were fed three times a day, with beans in aluminum bags. It was not good. There was no variety.

11. I did not see anyone receiving medical care. We weren't allowed to make any phone calls, so I could not call a lawyer. My family contacted lawyers and was only able to hire one after I got to Louisiana. There was no privacy.

12. I did not see anything that would have allowed people to talk to clergy. None arrived. I did not see anything to read, like a prayer book or bible.

13. I was transferred from the Baltimore ICE Field Office to the South Louisiana ICE Processing Center overnight on March 2, arriving in the early morning March 3. No one was informed of my transfer until I got here and was able to call my family.

I, Erin Argueta, Amica Center for Immigrant Rights, affirm that Mirsa Polanco Cruz authorized me to sign this declaration on her behalf. Due to the urgency of the situation, I am not able to visit Ms. Polanco Cruz in person to obtain her signature. I spoke with Ms. Polanco Cruz by video call, documented her statement, and drafted this declaration accordingly. At around 4 p.m. ET/ 3 p.m. CT on April 2, 2025, I read the declaration back to Ms. Polanco Cruz word for word to confirm its accuracy, and she affirmed that it was accurate.

Executed this 2nd day of April, 2025, in Washington, D.C.

Erin Argueta
Amica Center for Immigrant Rights