# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

# DECLARATION OF B.R.R.

I make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am a man who was born in Guatemala. I have a family here in the United States. I am married to my wife Maria, who has a work permit in the United States. We live in Takoma Park, MD.

2. Before my detention, I worked at a truck repair company in Laurel, Maryland as a mechanical assistant. My responsibilities included looking at car emissions as well as changing car parts. I worked at this company for four years.

3. I first came to the United States in 2019, and I am currently in immigration proceedings.

4. ICE arrested me on April 29th, 2025. I was on my way to work when I took the wrong turn and accidentally turned onto an army base. The police were then called, where they arrested me and then took me to immigration custody. I was then taken to the Baltimore Hold Room. The officers asked me to sign a document that said I entered the country illegally. The other paper they asked me to sign asked if I wanted to leave voluntarily or see a judge. I said I wanted to see a judge. When they first picked me up, they did not tell me where I was going.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

5. I was detained in the holding room at the Baltimore ICE Field Office from April 29th to May 5th, for approximately seven nights and eight days. The cell was very small, about the size of a bedroom.

6. In the holding room, during the day, I was held in a room with about twenty other people. While at the Baltimore Hold Room, I was having terrible pain all over my whole body. The dirty conditions of the cell and the horrible food that they gave us put me in pain for three days. For these three days, I asked to see a doctor, they said that there was no doctor, and they wouldn't be able to help me. They also said they couldn't give me any medicine for the pain. We were not treated as human beings in the Baltimore Holding cell.

7. While I was at the cell, a man was there and needed insulin. He was lying on the floor, unresponsive. He wasn’t able to speak. He asked the officials for insulin, and they told him to try and remain calm. They told him they didn’t have a doctor. He was then later taken to the hospital because he almost died.

8. There was nothing to shower or bathe in and there was only one toilet in the whole cell for everyone. There was no change of clothes given either.

9. When I arrived, the official told me I had the right to make a call, and only one call. In the holding cell itself, there was only one phone, and I could not communicate with my family. You needed credit card information to call and neither my family nor I had that information.

10. ICE notified me that I was going to be moved the night of May 4th. I was transferred out of the Baltimore Holding cell and moved to Texas on May 5th, 2025. No one should ever have to receive treatment that occurred in the Baltimore Holding Cell.

Certifico que he revisado esta declaración con el equipo legal del Centro Amica para los Derechos de los Inmigrantes. Hemos trabajado juntos para hacer revisiones y asegurar que toda la información aquí es verdadera y correcta.

Signature

5/29/25

Date

I certify that I have reviewed this statement with the legal team at the Amica Center for Immigrant Rights. We have worked together to make revisions and ensure that all information here is true and correct.

Signature

05/29/25

Date