# Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# DECLARATION OF RANDY HIRO HENNA VASQUEZ

I, Randy Hiro Henna Vasquez, make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## My Background

1. I am Randy Hiro Henna Vasquez from Peru. I have family members in the United States, including my aunt who is a U.S citizen. My aunt's husband is a Legal Permanent Resident, and their kids are all U.S citizens.

2. I am currently in removal proceedings.

3. I was arrested by ICE on April 14, 2025, after an incident with the police. The ICE officers handcuffed my hands and ankles and drove me to the Baltimore ICE Field Office. When ICE decided to detain me, they did not inform me of their reason for arresting me or tell me where I would be held. I was kept in the holding cell for two nights. The night I arrived, I was not allowed to make any phone calls.

4. In the holding room, I was held with around 4 other men the first night, and 10 other men the second night.

5. The conditions in the holding cell were very bad. They fed us two times a day. In the morning, we were given a small cup of instant soup and a small water bottle. In the evening, they gave us a sandwich and a small water bottle.

6. We weren't able to ask for any extra food. When we tried to ask, they ignored us. The officer would just walk around and look at us through the glass windows. At times it looked like they were laughing at us.

7. It was very cold in the holding cell. I was very uncomfortable throughout the day. The officers gave us inflatable mattresses and aluminum blankets to sleep at night.

8. There was no access to showers. I spoke to some people who were held in the holding cell for 6-7 days, and didn't shower that entire time.

9. I was transferred from the Baltimore ICE Field Office around 9:00am to Farmville Detention Center on April 16, 2025.

I, Emma Yznaga, Amica Center for Immigrant Rights, affirm that Randy Hiro Henna Vasquez authorized me to sign this declaration of his behalf. Due to the urgency of the situation, I have not been able to visit Mr. Henna Vasquez in person to obtain his signature. I spoke with Mr. Henna Vasquez by phone, documented his statement, and drafted this declaration accordingly. At 4:00 pm on May 22, 2025, I read the declaration back to Mr. Henna Vasquez word for word to confirm its accuracy and Mr. Henna Vasquez affirmed that it was accurate.

Executed this 22nd day of May, 2025, in Washington, D.C.

/s/ Emma Yznaga
Emma Yznaga
Amica Center for Immigrant Rights