# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| XXXXXX, et al.,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>XXXXX, et al,<br><br>*Respondents-Defendants*. | Civil Action No.: X:XX-xx-XXXXX-XXX |

**DECLARATION OF [FULL NAME]**

I, Iverson Yandel Falcon Nieves, make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Iverson Yandel Falcon Nieves from Venezuela. My mother also lives in the United States and she has multiple applications pending for humanitarian forms of relief. My girlfriend is a Lawful Permanent Resident.

2. Before my detention, I worked at a barbershop called Melissa Hair Salon. My responsibilities included assisting the barbers and cleaning the shop. I support my girlfriend as well as my young daughters who are in Venezuela and Colombia.

3. Last year, I was hit by a car as a pedestrian and broke my leg in multiple places. I have regular medical check-ups and follow-up surgeries. I also have medication that I take for the pain. I take this medication every day.

4. I currently have an asylum application pending affirmatively with USCIS, since I entered the United States as an Unaccompanied Child. I was in removal proceedings, but my case was terminated in Immigration Court on January 6, 2025.

5. ICE arrested me on March 19, 2025, while I was at work, at 3171 Mount Pleasant St. NW, Washington, D.C. 20010. I was taken to the Baltimore ICE Field Office holding room and processed for approximately one hour. When ICE decided to detain me, they did not inform me of their decision or tell me where I would be held. I have not received any documents relating to my arrest or detention.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

6. I was detained in the holding room at the Baltimore ICE Field Office from March 19, 2025. I was held for over twenty-four hours and was transferred to the Winn Corrections Center in Louisiana on March 20, 2025.

7. In the holding room, I was held in a 12ft/12ft room with about twenty other men. There was just a bench to sit on and each of us got an air mattress overnight, but they were small and deflated easily. I was also provided with a jacket, but it was so cold in the room that the jacket did not help much; it was still very cold. During the night, the lights were kept on. There was never a time that the lights were off.

8. While I was held there, I was given one small bowl of soup and a water bottle on the evening of March 19, 2025, and one piece of bread and a water bottle on the morning of March 20, 2025. That is all the food and water I received. I was allowed to use the bathroom when I needed to, but there was no shower.

9. I believe there were more rooms with more people and that the women and children were kept separate from the men.

10. I was also never provided with an interpreter. Some of the officers spoke a little Spanish, but otherwise, the officers used English, but I am not fluent in English.

11. I was able to speak to my attorney in person twice, but I know she had to wait for a long time. I was also given one phone call to my mother.

12. I have an injury that is still healing. Last year, I broke my leg in multiple places after an auto accident. I have had two major surgeries for it, and I still have regular check-ups. It often still hurts, especially when it is cold. I take medication every day to help with the pain. I was not able to get any medication while in the Baltimore Holding Room. It hurt so much over night in the cold that I could not sleep.

13. I was treated like a criminal and a dog by the ICE Officers. They yelled at me often, and always in English, so I did not understand what they were telling me.

14. I was transferred from the Baltimore ICE Field Office to Winn Corrections Center on March 25, 2025. My counsel was not informed of my transfer.

I, Marisa Tillman, Catholic Charities of the Archdiocese of Washington, DC., affirm that my client, Iverson Yandel Falcon Nieves, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to obtain Iverson Yandel Falcon Nieves' signature. I spoke with Iverson Yandel Falcon Nieves through glass at the Baltimore ICE Field Office, documented his statement, and drafted this declaration accordingly. At 11:00am on March 20, 2025, I read the declaration back to Iverson Yandel Falcon Nieves word for word to confirm its accuracy, and Iverson Yandel Falcon Nieves affirmed that it was accurate.

Executed this 20th day of March, 2025, in Baltimore, Maryland.

Marisa V. Tillman, Esq.
Catholic Charities of the Archdiocese of Washington, D.C.