# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF O.P.L.**

I, O. P.L., make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am a man, and I was born in Guatemala. I have an aunt and uncle with US citizenship, and I have two kids with US citizenship. My family lives in Maryland.

2. Before my detention, I worked as an electrician for cameras and sound at APT. I was tasked with installing the cameras and monitoring sound systems for schools. I worked at this company for 12 years. I was very responsible at my job.

3. I first came to the United States in 2013 and have been residing in the United States for twelve years. I am currently in Immigration Proceedings.

4. The police arrested me on April 25th, 2025 in the street in Belair, Maryland. I was driving and they arrested me because I missed my court date for driving without a license plate. For three days, I was held in a jail in Belair, Maryland. After, I was taken to the Baltimore Hold Room on April 28th. When ICE picked me up from the cell in Belair, I asked them where they were taking me. I asked on many occasions, but they didn't say a single word. I was given three documents when I got there; one was about seeing a judge, one was about receiving a bond, and the other was about deportation. I only signed the two documents with information about a judge and a bond.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

5. I was detained in the holding room at the Baltimore ICE Field Office from April 28th at 8:00 am to April 30th at 3:00 PM, for approximately 54 hours. The room was very small, about 8 feet wide to 17 feet long.

6. In the holding room, I was with about fourteen other people. They were all men. There were people of all ages. The youngest was about 19 years old, and the oldest was about 62 years old. There was space to walk, but when we had the mattresses on the floor to sleep at night, there was nowhere to move.

7. In the cell, the food was terrible, the room was very cold. We were not given anything to bathe, to shower, or to brush our teeth. We were not given a change of clothes. Some of the officers, not all of them, were racist. They seemed very angry and upset that we were asking for anything. For example, when we asked for toilet paper, they were annoyed and did not give us any.

8. There was only one telephone in the cell. I was only able to use the telephone because my family had to put money in my account. You needed credit card details to use the phone.

9. I do not have any medical problems. However, there were people with medical issues in the cell. While I was at the cell, I was with a man who was diabetic. He asked for insulin but was never given any. I saw him ask for insulin and the officials did not give him any. He was there the day I arrived, and he was taken to the hospital on April 30th, the day I left. On the morning of April 30th, he was on the floor and was having difficulty breathing. That morning, they had to take him to the hospital. Later, he was transferred to Moshannon and told me he was in the hospital for many days.

10. On April 30th, in the afternoon, I was notified I would be transferred from the Baltimore Hold Room to Moshannon Valley Processing Center. I have been at Moshannon Valley since.

I certify that I have reviewed this statement with the legal team at the Amica Center for Immigrant Rights. We have worked together to make revisions and ensure that all information here is true and correct.

Signature

5/19/25
Date