# Exhibit 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF BRADLEY JENKINS**

I, Bradley Jenkins, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**Background**

1. I am a Managing Attorney at Amica Center for Immigrant Rights.

2. I spoke with an individual who was held at the Baltimore Hold Rooms for more than twelve hours. Due to the sensitivity of his immigration status and medical conditions—described below—he wishes to remain unnamed due to fear of retaliation from the government and the disclosure of his personally identifying information to the public.

3. This individual is a U.S. Lawful Permanent Resident and has family in the U.S., including two daughters who are U.S. citizens.

4. He first received his permanent resident status in 2017. He is currently in removal proceedings.

5. Before his detention, he was working as a security officer. He was financially supporting his daughters.

6. He has a medical condition, HIV, which requires him to take Genvoya. He has to take this medication once a day. If he doesn't take this medication on a regular basis, he gets rashes and has shortness of breath.

7. ICE arrested him on March 3, 2025 at the Baltimore Field Office. He was taken to the Baltimore Hold Room and processed. When ICE decided to detain him, they did not inform him of their decision or tell him where he would be held. They gave each person who arrived a document to sign about removal. They did not explain what the document said, and it was about 50 pages. He does not completely remember what it said. He refused to sign it without consulting an attorney.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

8. He was detained in the holding room at the Baltimore ICE Field Office from March 3rd at 11:00 am to March 4th at about 6:00 am, approximately 19-20 hours.

9. When he first arrived, there were about four other people in the holding cell. By the end of the day, there were about thirteen people in the cell, including him. The cell he was in had

all men. Everyone there was completely vulnerable, many couldn't speak English, and could not speak with an attorney.

10. They were all sleeping on the ground with no pillows or blankets. It was incredibly cold. The restroom was inside the holding cell and was disgusting. There was no privacy. Only six people could lie on concrete seats, everyone else was on the ground. This individual was cold and shivering when he woke up. No one could talk to anyone. There was no case manager. No one had access to a pastor.

11. While he was at the Baltimore Hold Room, he was not allowed to speak to an attorney, nor allowed to call his family. The officers said to him, "there is nothing your attorney can do for you." There was a phone in the cell but every time he tried to call, he could not reach anyone. To call someone, he needed his credit card information. He did not have this because he was detained.

12. He is prescribed medication for HIV and has to take it every day. If he doesn't take it, the virus will multiply. He was really scared for his life, because he has taken that medication for five years. After not having his medication, he was having shortness of breath. He told the officer that he needed to take his medication. The officer said he would reach out to the nurse and the nurse would bring him his medication. However, there was apparently no nurse in the facility. No one ever came back to give him the medication. After not seeing the nurse for four hours, he asked the officer for his medication again. The officer said he was "disturbing his peace."

13. After asking for his medication multiple times, he was moved to an empty holding cell and was put into isolation for four hours. He never received the medication. He only received the medication about two to three days later, after he had been transferred. As they moved him to that different cell, he saw approximately 22 more people in additional holding cells within the Baltimore Hold Rooms.

14. He was transferred from the Baltimore ICE Field Office to Moshannon Valley Processing Center at approximately 6:00 am on March 4th. The morning of March 4th, they told him he would be transferred in about 15 minutes. They did not notify him of where he was going to be transferred. As he was being transferred, one of the detainees from the additional holding cells informed him that they had been at the Baltimore Hold Rooms since Saturday, March 1st, three days earlier.

I, Bradley Jenkins, Managing Attorney at Amica Center for Immigrant Rights, affirm that my I was authorized to sign this declaration on behalf of this individual. Due to the urgency of the situation, I was not able to visit him in person, but I spoke with him by phone, documented his statement, and drafted this declaration accordingly. At 11:00 AM on March 24, 2025, I read the declaration back to this individual word for word to confirm its accuracy, and he affirmed that it was accurate.

Executed this 15th day of May, 2025, in Silver Spring, Maryland.

__*/s/ Bradley Jenkins*________________________

Bradley Jenkins
Amica Center for Immigrant Rights