# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# DECLARATION OF APRIL AMAYA-LUIS

I, April Amaya Luis, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## My Background

1. I am April Amaya Luis from Mexico. I have lived in Maryland for over two decades. I am married to a U.S. citizen and we live in Kent County, Maryland.

2. I did not hold legal status in the United States, but I have a pending asylum application.

3. ICE arrested me on February 4, 2025 when I was reporting to my probation officer in Chestertown, MD. I attended the probation appointment without any issue, but when I was leaving, ICE officers were waiting for me. They asked me who I was, but they used my deadname. I am a transgender woman, so I identified myself by my right, legal name. The ICE officers took my ID from my wallet and handcuffed me. The handcuffs were very tight. I told the officer that my arm was painfully twisted in the handcuffs during the long drive, but they did not help me. They took me to an office in Sailsbury, MD where they took all my things: they took my shoes, my jewelry, everything. They gave me documents and asked me to sign them, but I refused, because I did not understand them in English and I did not know what they said. Finally, the ICE officers let me make a phone call and I called my family to let them know that I had been detained.

4. I cannot describe the experience of being detained like this. It was horrible to not understand what was happening and not know why I had been detained. By that evening, ICE took me to the Baltimore ICE Field Office holding rooms at 31 Hopkins Plaza, in Baltimore, MD. I did not know how long I would be there or what would happen to me.

## Conditions at the Baltimore ICE Field Office Holding Rooms

5. I was detained in a holding room at the Baltimore ICE Field Office from the evening of February 4, 2025 until February 11, 2025, a total of approximately seven days and seven nights.

6. In Baltimore, I was held in an empty room. It was Holding Room #5, the last one at the end of a row of rooms like this. I was alone, I think because I am a transgender woman. I barely saw anyone the whole time I was detained at the Baltimore hold rooms.

7. The room did not have any windows and there were no clocks on the walls, so I could not tell how much time had passed since I had been placed in the room. The ICE officers never

let me out of the rooms, I never saw daylight, and I did not taste any fresh air the whole time I was at the Baltimore office hold rooms.

8. The only things in the room were the walls, a sink, and a toilet. ICE brought me water bottles sometimes, but it was not enough clean water, so I drank the water from the sink, even though it did not taste clean.

9. In these rooms, there was nowhere to sleep. Everything was made of concrete – the walls, the floors, and a raised structure that sort of looked like a stage. The ICE officers did not give me anything to sleep on, so I slept on the floor or on the stage. Because everything was made of concrete though, it was impossible to be comfortable or to sleep well; the floors were also cold, and I was not given a blanket to help me stay warm. I was so cold and I complained to the officers, so they gave me a jacket, but that was it. The jacket is the only thing I had to stay warm the whole time I was there.

10. I was at the Baltimore hold rooms for more than seven days and in that whole time, I was not able to change my clothes or have access to any clean clothing. There was no way to clean yourself, because there were no showers, washcloths, or towels. It was disgusting to be locked up without any way to stay clean or even change my clothes.

11. At the beginning of my time in the Baltimore hold rooms, the food was bad. The ICE officers only gave me peanut butter and jelly sandwiches for the first two days, nothing else. I am not used to eating like that and my stomach was bothering me a lot. I asked the ICE officers for different food because the sandwiches were bothering my stomach. After that, for the next five days, they gave me much less food, sometimes no food at all. On multiple days they only gave me water, but no food. I lost about twenty pounds while I was in the Baltimore hold rooms.

12. I was so hungry that I felt pain in my stomach. I asked the ICE officers to bring me medicine for my stomach pain, but the denied my request for medication. This went on until I was transferred out of the Baltimore hold rooms on February 11, 2025.

13. I was not allowed to use the phone. I asked the ICE officers to let me the phone to call my husband, an attorney, or even the Mexican consulate, but they did not let me use the phone to contact anyone. I would often hear other people being brought into the other holding rooms and I could hear the newly detained people calling people on the phone, but ICE never let me call anyone.

14. Throughout my time in the Baltimore hold rooms, my mental state was awful. I was so stressed about what was happening to me. I felt incredibly isolated because I was held in the room alone, and the ICE officers did not come to check on me. When I heard people outside the hold room, I would bang on the door and ask them what day it was or what time it was. I would ask them to let me use the phone to call someone, but they ignored me.

15. I became so stressed that I began to pull my hair out. I would bang my head on the concrete wall, because I did not know what to do. Even when I began hurting myself like this, the

ICE officers did not come to check on me or make sure I was okay. Things were so bad I wanted to die.

16. After the first two days or so, I was able to speak with my immigration attorney, Rachel Girod, in person. I was so grateful to see her. I wish I had been able to speak with her more than once, but that was the only time I was able to see or speak with her the entire time I was at the Baltimore hold rooms.

17. While I was at the Baltimore hold rooms, my attorney, Rachel, asked for bond for me. A bond hearing was scheduled before Immigration Judge Golparvar for February 12, 2025.

18. I was transferred from the Baltimore ICE Field Office to Krome Detention Center, which is an all-male ICE facility, on February 11, 2025. I do not think my immigration attorney was notified that I would be transferred before I was sent to Krome.

Executed this 31st day of March 2025, in Baltimore, Maryland.

April Amaya Luis
Kent County, MD