# Exhibit 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# DECLARATION OF JOSE MUNOZ ANIBAL PONCE

I, Jose Munoz Anibal Ponce, make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## My Background

1. I am Jose Munoz Anibal Ponce from Honduras. I have a wife and two children in the United States, all of whom do not have immigration status. My wife is also 40 weeks pregnant and due to give birth any day.

2. Before my detention, I worked in construction around Maryland, Virginia, and Washington, D.C. I financially supported my family of five.

3. I have no immigration status and an in-absentia removal order.

4. ICE arrested me on Friday, March 21, 2025 in Columbia, Maryland. I was taken to the Baltimore ICE Field Office holding room and processed for approximately half an hour. When ICE decided to detain me, they informed me of their decision and told me I was being taken to detention in Baltimore. But they did not give me any paperwork at the moment of my arrest or show me an arrest warrant. While they were processing me, they made me sign documents, but they did not explain to me in Spanish what they meant.

## Conditions at the Baltimore ICE Field Office Holding Rooms

5. I was detained in the holding room at the Baltimore ICE Field Office from around 12 p.m. on March 21, 2025 until approximately 8 a.m. on March 24, 2025.

6. In the holding room, I was held in a very small cell about 7 feet by 8 feet with five other men. I was arrested with my pregnant wife and 15-year-old daughter, but we were separated at the Baltimore ICE Field Office and the two of them were later released. My daughter, Maria Kenia Munoz Hernandez, has very delicate health and is often sick. I was worried for her health and the health of my pregnant wife and unborn child after all of us were arrested.

7. I was treated like a little animal during the three days I was held at the Baltimore ICE office. I was not allowed to leave the cell during the entire time I was there. There was no

window to the outside. The lights were left on 24 hours a day. The food they gave us was disgusting. Three times a day, they gave us water, a small sandwich, and sometimes a bowl of beans. The food was so gross I could not eat it. I barely ate anything the entire time I was there. By the time I was transferred, I was very weak from the lack of food.

8. Conditions inside the cell were very bad. For three days, I had no shower and no change of clothes. At night they gave us small mattresses to sleep on, but they would come into the cell at 6 a.m. every morning and take them from us. The entire day, we sat on the floor like animals.

9. For the first two days I was detained, I had no access to phone calls or any way to reach my family. Other detained men were given access to a phone call as soon as they were arrested, but I wasn't. On Sunday, an officer took mercy on me and let me call my family. I was only allowed one phone call. After that one call, I had no access to a phone to contact an attorney or way to look for help with my case.

10. I was transferred from the Baltimore ICE Field Office to El Valle Detention Facility in Raymondville, Texas on the morning on Monday, March 24, 2025.

I, Katherine E. Hyde, Amica Center for Immigrant Rights, affirm that Jose Munoz Anibal Ponce authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Mr. Anibal Ponce in person to obtain his signature. I spoke with Mr. Anibal Ponce by phone, documented his statement, and drafted this declaration accordingly. At 4:30 p.m. on March 27, 2025, I read the declaration back to Mr. Anibal Ponce word for word to confirm its accuracy, and Mr. Anibal Ponce affirmed that it was accurate.

.

Executed this 27th day of March, 2025, in Baltimore, Maryland.

Katherine E. Hyde

____________________________

Katherine E. Hyde
Amica Center for Immigrant Rights