# Exhibit 12

**DECLARATION OF MARISA TILLMAN, ESQ.**

I, Marisa Tillman, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a senior attorney with Catholic Charities of the Archdiocese of Washington, D.C. I am based in Silver Spring, Maryland. My practice focuses on the representation of Unaccompanied Children in their affirmative and defensive filings for relief. I have represented immigrant clients for approximately four years.

2. My client was arrested in the morning of March 19, 2025, and was held at the holding room at the Baltimore Field Office for around twenty-four hours. He was transferred to the Winn Corrections Center in Louisiana on March 20, 2025. I was not advised of this transfer.

3. My client was in a motor vehicle accident as a pedestrian in 2024 and broke his leg in multiple places as a result. He still walks with a limp, takes medication, and has regular checkups and surgeries. He requires certain accommodations such as taking breaks from standing and walking. The holding room did not provide my client with the medication he needed to manage the pain from this injury.

4. I believe that the holding room at the Baltimore ICE Field Office was inadequate to provide for my client's medical needs and that it could ultimately harm his health and the healing process of his leg that he was held for so long at this holding facility.

Executed this 20th day of March, 2025, at Baltimore, Maryland.

[signature]

Marisa V. Tillman, Esq.
Senior Attorney, Immigration Legal Services
Catholic Charities of the Archdiocese of Washington, D.C.
12247 Georgia Ave,
Silver Spring, MD 20902