**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated,*<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**DECLARATION OF DANIEL MELO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Daniel Melo, hereby declare as follows:

1. My name is Daniel Melo. I am over 18 years of age and competent to make this declaration. I, along with my colleagues Ian Austin Rose and Amelia Dagen, seek to be appointed class counsel for the proposed Class, as defined in the above-captioned litigation. I make this declaration based on my personal knowledge in support of Plaintiffs' Motion for Class Certification.

2. I am a Senior Attorney with the Amica Center for Immigrant Rights (previously called "CAIR Coalition" and hereinafter "Amica Center"). Working within a department of Amica Center called the Immigration Impact Lab, I bring federal litigation on behalf of detained non-citizens along the East Coast. I focus on habeas and Freedom of Information Act ("FOIA") litigation in federal district court, and I also litigate appeals and Petitions for Review in federal

circuit court. Prior to my role at Amica Center, I represented hundreds of noncitizens before the U.S. Citizenship and Immigration Services, the Executive Office of Immigration Review, federal district courts, and federal circuit courts in benefit applications, removal defense, habeas litigation, and appeals. He is admitted in the Third, Fourth, and Eleventh Circuits as well as the District Courts for the Eastern and Middle Districts of North Carolina and the Western District of Pennsylvania. He graduated from Charlotte School of Law in 2015 and is barred in the State of North Carolina. I am appearing *pro hac vice* in the above-captioned case. Through these cases and others, I have come to have distinctive knowledge and specialized skill in the areas of immigrant rights and civil rights litigation in federal courts.

3. My colleague Amelia Dagen is also a Senior Attorney at the Immigration Impact Lab at Amica Center. She focuses on habeas litigation in federal district court, as well as appeals and Petitions for Review before the Board of Immigration Review and in federal circuit court. In her practice, she has litigated multiple habeas actions and brought federal litigation in seven district courts and three federal circuit courts. She has also served as co-counsel in a complex multi-plaintiff lawsuit on behalf of immigrant legal service providers. *See Amica Center for Immigration Rights et al. v. U.S. Department of Justice et al.*, 1:25-cv-298 (D.D.C. Jan. 31, 2025). Prior to her role at Amica Center, she was a fellow at the DC Affordable Law Firm, where she also practiced immigration law. She has represented dozens of noncitizens before U.S. Citizenship and Immigration Services, the Executive Office for Immigration Review, federal district courts, and federal circuit courts in benefit applications, removal defense, habeas litigation, appeals, and Petitions for Review. She is barred in the District of Columbia and is admitted in the U.S. Circuit Courts for the Third, Fourth, and Tenth Circuits, as well as the District Court for the District of

Columbia. She graduated from Georgetown University Law Center in 2022. She is appearing *pro hac vice* in the above-captioned case.

4. My colleague Ian Austin Rose is a Managing Attorney at the Immigration Impact Lab at Amica Center. He focuses on habeas and class-wide detention litigation in federal district court, and also litigates appeals and Petitions for Review in federal circuit court. Prior to his current role, he was an Equal Justice Works fellow at Amica Center (then CAIR Coalition), and he carried out a two-year fellowship in which he litigated approximately 20 individual and group habeas actions. He has also served as lead counsel on two class action lawsuits challenging the Washington and Philadelphia ICE Field Office's practice of continuing to detain non-citizens after they win protection from deportation. *See Rodriguez Guerra v. Perry*, 1:23-cv-1151 (E.D. Va. Aug. 3, 2023); *Sobirjanov et al. v. Wamsley et al.,* 2:24-cv-4129 (E.D. Pa. Aug. 21, 2024). He graduated from Georgetown University Law Center in 2021. He is barred in the State of Maryland and is also admitted in the U.S. Circuit Courts for the Third and Fourth Circuits and the U.S. District Courts for the District of Maryland and the Western District of Pennsylvania.

5. Amica Center is a non-profit organization that represents and provides *pro se* assistance to noncitizens detained in Virginia, Pennsylvania, Georgia, and other states. Neither Amica Center nor the attorneys referenced in this declaration are receiving compensation or reimbursement from any individual plaintiff or class member in this case. Together with co-counsel, we will fairly and adequately represent and protect the interests of the individual plaintiffs and the proposed class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025 */s/ Daniel Melo*__________________

Daniel Melo (N.C. Bar No. 48654)
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 916-8180
Daniel.melo@amicacenter.org