**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**DECLARATION OF SIRINE SHEBAYA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Sirine Shebaya, hereby declare as follows:

1. My name is Sirine Shebaya. I am over 18 years of age and competent to make this declaration. I, along with my colleagues Matthew Vogel and Yulie Landan, seek to be appointed class counsel for the proposed Class, as defined in the above-captioned litigation. I make this declaration based on my personal knowledge in support of Plaintiffs' Motion for Class Certification.

2. I am the Executive Director of the National Immigration Project of the National Lawyers Guild ("National Immigration Project"). In this capacity, I lead our civil rights litigation and advocacy efforts, including litigation on behalf of immigrants in detention. Prior to joining the National Immigration Project, I was the Interim Legal Director for Muslim Advocates, where I managed and litigated a range of civil rights and immigrants' rights cases. Prior to that, I was

Program Director of the Virginia Justice Program at the Capital Area Immigrants' Rights Coalition (now known as Amica Center), and before that a Staff Attorney with the American Civil Liberties Union of Maryland.

3. I am a 2012 graduate of Yale Law School, where I was awarded the Khosla Memorial Fund for Huma Dignity Prize. I was first admitted to practice in New York in March 2013, and have since been admitted to practice in Maryland, the District of Columbia, and before ten federal district and circuit courts as well as the United States Supreme Court. I have been awarded the Capital Area Muslim Bar Association Award for Outstanding Pro Bono Service and Commitment to Advancing Justice, the Americans for Democratic Action Winn Newman Equality Award, the National Immigration Project Daniel Levy Award, and the Columbia University Graduate School of Arts and Sciences Outstanding Alumni Award.

4. I have represented detained and incarcerated persons in dozens of federal civil rights cases and in habeas corpus petitions in Maryland, Virginia, California, Louisiana, Mississippi, Colorado, Texas, and the District of Columbia.

5. I have served as lead counsel or co-counsel in several class action and complex federal civil rights lawsuits on behalf of immigrants, including: *Ms. L v. ICE*, No. 3:18-cv-00428, (S.D. Cal. filed Feb. 26, 2018) (class action); *Sanchez-Acosta v. Sessions*, No. 1:18-cv-00872 (E.D. Va. filed Oct. 2, 2018) (class action); *Alvarez v. LaRose*, No. 3:20-cv-00782 (S.D. Cal., filed Apr. 25, 2020) (class action); *Emami v. Nielsen*, 365 F. Supp. 3d 1009 (N.D. Cal. Feb. 4, 2019) (class action); *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md., filed Mar. 24, 2020) (class action); *Dora v. Sessions*, No. 18-1938 (D.D.C., filed August 17, 2018); *Iranian Alliances Across Borders, et al. v. Trump, et al.*, No. 17-2921 (D. Md., filed Oct. 3, 2017); *Artiga v. Farrelly*, 270 F. Supp. 3d 851 (D. Md. 2017); *Jarpa v. Mumford*, 211 F. Supp. 3d 706 (D. Md. 2016); *Abdulkadir, et al. v. Hardin,*

*et al.*, No. 19-120 (M.D. Fla., filed Feb. 27, 2019); *Oldaker v. Giles*, No. No. 7:20-cv-224 (M.D. Ga., filed Dec. 21, 2020).

6. Through these cases and others, I have come to have distinctive knowledge and specialized skill in the areas of immigrant rights and civil rights litigation in federal courts.

7. Matthew Vogel is a Supervising Attorney with the National Immigration Project. Prior to joining the National Immigration Project, he was a Staff Attorney at the Orleans Public Defenders in New Orleans, Louisiana, where he advised and trained public defenders on the immigration consequences of criminal legal system involvement. He also defended clients in death penalty and juvenile life without parole cases, and carried a docket of upper-level felonies and misdemeanors. Prior to that, he served as a law clerk to the Honorable Keith P. Ellison of the U.S. District Court for the Southern District of Texas. He is a 2013 graduate of Yale Law School, where he was awarded the Charles G. Albom Prize. He was first admitted to practice law in November 2013 in Louisiana and has since been admitted to the U.S. Court of Appeals for the Fifth Circuit and the U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana. He regularly represents detained persons through habeas cases seeking release from immigration detention and in various other civil rights cases, including in Maryland, Virginia, Alabama, California, Georgia, Louisiana, Mississippi, and Texas.

8. He has served as co-counsel in several class action and complex civil rights lawsuits on behalf of immigrants, including: *Alvarez v. LaRose*, No. 3:20-cv-00782 (S.D. Cal., filed Apr. 25, 2020) (class action); *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md., filed Mar. 24, 2020) (class action); *Immigrant Defenders Law Center v. Mayorkas*, No. 2:20-cv-09893-JGB-SHK (C.D. Cal., filed Oct. 28, 2020) (class action); *Oldaker v. Giles*, No. No. 7:20-cv-224 (M.D. Ga., filed Dec. 21, 2020).

9. Yulie Landan is a Justice Catalyst Fellow with the National Immigration Project. She is a 2022 graduate of Stanford Law School, where she received the Judge Shelton E. Henderson Prize for Outstanding Performance in the Immigrants' Rights Clinic. She was first admitted to practice law in March 2023 in California and has since been admitted to five federal district and circuit courts. Prior to joining the National Immigration Project, she served as a law clerk to the Honorable R. Guy Cole, Jr. of the U.S. Court of Appeals for the Sixth Circuit. She has represented detained persons in federal civil rights cases in Virginia, Georgia, Louisiana, and the District of Columbia. She serves and has served as co-counsel in complex civil rights lawsuits on behalf of immigrants, including *Oldaker v. Giles*, No. 7:20-cv-224 (M.D. Ga., filed Dec. 21, 2020), *Argueta Anariba v. United States*, No. 1:24-cv-767 (D.D.C., filed Mar. 15, 2024), *Rodriguez Guerra v. Perry*, No. 1:23-cv-1151 (E.D. Va., filed Aug. 19, 2023) (class action); *Sobirjanov v. Wamsley*, No. 2L24-cv-04129 (E.D. Pa., filed Aug. 12, 2024).

10. Founded in 1980, the National Immigration Project is a legal advocacy organization that works to promote justice and equality of treatment in all areas of immigration law, the criminal legal system, and social policies related to immigration. The National Immigration Project advances these objectives in part through litigation, including class actions, in federal and state courts. The National Immigration Project represents detained persons in several jurisdictions across the country in civil rights litigation and challenges to detention.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2025

*/s/ Sirine Shebaya*

Sirine Shebaya (D. Md. Bar No. 07191)

National Immigration Project
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org