**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**DECLARATION OF JEROME A. MURPHY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jerome A. Murphy, hereby declare as follows:

1. My name is Jerome A. Murphy. I am over 18 years of age and competent to make this declaration. I, along with my partner Jared Levine, seek to be appointed class counsel for the proposed Class, as defined in the above-captioned litigation. I make this declaration based on my personal knowledge in support of Plaintiffs' Motion for Class Certification.

2. I am a partner in the law firm Crowell & Moring, LLP. I practice in federal and state courts throughout the country, representing clients in class actions and multi-district litigations.

3. I am a 1992 graduate of Maryland School of Law, where I graduated with honors and was awarded the Order of the Coif. I attended law school while on active duty with the U.S. Army under the Funded Legal Education Program. Following law school, I served as an Army judge advocate, first as a Trial Counsel (prosecutor), then as a Defense Counsel and Senior Defense

Counsel, representing soldiers and officers in courts-martial and administrative proceedings. I joined Crowell & Moring in 1998 and have represented clients in class actions and multi-district litigations since then.

4. I was first admitted to practice in Maryland in 1992 and have since been admitted to practice in the District of Columbia, and before multiple federal district and circuit courts. I also serve as the outside general counsel for the Equal Rights Center, a D.C.-based national civil rights testing and advocacy organization, which often serves as plaintiff in civil rights litigation.

5. I have represented incarcerated persons in federal civil rights cases in the District of Columbia and Maryland.

6. Through these cases and others, I have come to have distinctive knowledge and specialized skill in civil rights litigation in federal courts.

7. Jared Levine is also a partner in Crowell & Moring. His practice focuses on complex litigation at both the trial and appellate levels in state and federal courts throughout the United States.

8. Jared is a 2010 graduate of Rutgers Law School, where he was the class valedictorian and the recipient of the Order of the Coif, the Saul Tischler Memorial Award, the Harry A. Moore Prize, and the Rutgers Outstanding Scholastic Achievement Award for International Law.

9. Jared was first admitted to practice in New York and New Jersey state courts in 2011 and has since been admitted to practice in the Eastern and Southern Districts of New York, the Eastern District of Michigan, the Courts of Appeals for the Second, Third, Fourth, Fifth, and Eleventh Circuits, and the US Supreme Court.

10. Jared has served as co-counsel in federal class action litigations in California, New

York, Michigan, Delaware, and Florida. In addition he has experience litigating Administrative Procedures Act challenges to immigration regulations, including *S.A.P. et al. v. Barr et al.*, No. 1:19-cv-03549 (D.D.C., filed Nov. 25, 2019) and *E.Q. et al. v. U.S. Department of Homeland Security et al.*, 1:25-cv-00791 (D.D.C., filed Mar. 17, 2025).

11. Through these cases and others, he has come to have distinctive knowledge and specialized skill in class action and administrative law litigation in federal courts.

12. Crowell & Moring LLP is an international law firm with over 600 attorneys and offices in Boston, Brussels, Chicago, Denver, Doha, London, Los Angeles, New York, Orange County, San Francisco, Shanghai, and Washington, DC. Crowell regularly represents Fortune 100 companies in high-stakes regulatory disputes, internal investigations, class action lawsuits, government enforcement actions, and complex litigation involving both private parties and the government.

13. This declaration is provided in conjunction with the declarations of our co-counsel from Amica Center for Immigrant Rights and the National Immigration Project of the National Lawyers Guild.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025

*/s/ Jerome A. Murphy*________________

Jerome A. Murphy (D. Md. Bar No. 27678)
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2985
jmurphy@crowell.com