**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**[PROPOSED] ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Petitioners-Plaintiffs' Motion for Class Certification, is GRANTED.

The Court accordingly CERTIFIES the following class: All persons who are now or in the future will be detained at the Hold Rooms of the Immigration and Customs Enforcement Baltimore Field Office.

The Court hereby appoints Plaintiffs as Class Representatives and appoints National Immigration Project, Amica Center for Immigrant Rights, and Crowell & Moring LLP as Class counsel.

Dated: June __, 2025

______________________________
HON. JULIE REBECCA RUBIN
United States District Judge