IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**PETITIONERS-PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Petitioners-Plaintiffs D.N.N. and V.R.G. ("Plaintiffs") on behalf of themselves and all others similarly situated, by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 65 for a preliminary injunction against Defendants in the above-captioned action.

For the reasons set forth in the accompanying Memorandum of Law in Support, which is incorporated by reference, Plaintiffs can establish the four factors required when seeking a preliminary injunction: (1) they are likely to succeed on the merits; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) an injunction is in the public interest.

Plaintiffs respectfully request this Court GRANT Plaintiffs' Motion for Preliminary Injunction and issue an order enjoining Defendants and their agents and employees from: (i) operating the hold rooms at the Immigration and Customs Enforcement Baltimore Field Office (the "Baltimore Hold Rooms") as a residential (*i.e.* overnight or multi-day) facility and (ii) subjecting Plaintiffs and Class Members to punitive and unconstitutional conditions of confinement in the Baltimore Hold Rooms.

| | |
|---|---|
| Dated: June 12, 2025 | Respectfully Submitted, |

/s/ Jerome A. Murphy
Jerome A Murphy (D. Md. Bar No. 27678)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2895
JMurphy@crowell.com

Jared A. Levine (NY Bar No. 4897211)**
Daniella Schmidt (NY Bar No. 5186283)**
Luke Taeschler (NY Bar No. 5308325)**
Emily Werkmann (NY Bar No. 5750229)**
**CROWELL & MORING LLP**
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com
DSchmidt@crowell.com
LTaeschler@crowell.com
Ewerkmann@crowell.com

Ian Austin Rose (D. Md. Bar No. 22079)
Daniel Melo (N.C. Bar No. 48654)*
Amelia Dagen (D.C. Bar No. 90004838)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
**NATIONAL IMMIGRATION PROJECT**
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 788-2509
Austin.rose@amicacenter.org
Dan.melo@amicacenter.org
Amelia@amicacenter.org

Sirine Shebaya (D. Md. Bar No. 07191)
Matthew Vogel (LA Bar No. 35363)*
Yulie Landan (CA Bar No. 348958)*
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org
matt@nipnlg.org
yulie@nipnlg.org

*Pro bono counsel for Plaintiffs*

*Admitted *pro hac vice*
** *Pro Hac Vice* forthcoming