**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**DECLARATION OF AMELIA DAGEN**

I, Amelia Dagen, hereby declare as follows:

1. My name is Amelia Dagen. I am over 18 years of age and competent to make this declaration. I am a Senior Attorney at Amica Center for Immigrant Rights.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email communication I received on March 7, 2025 from Rachel Ullman, the Chair of the Baltimore ICE/ERO/OPLA liaison committee for the DC Chapter of the American Immigration Lawyers Association ("AILA"). This email was sent to the listserv for the AILA DC Chapter.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Department of Homeland Security Office of Inspector General's January 20, 2019 report, *ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards*, available at https://www.oig.dhs.gov/sites/default/files/assets/2019-02/OIG-19-18-Jan19.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2025

*/s/ Amelia Dagen*__________________

Amelia Dagen (D.C. Bar No. 90004838)
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Suite 701
Washington, DC 20036
(202) 998-3105
amelia@amicacenter.org