**Amelia Dagen**

| | |
|---|---|
| **From:** | rachel@rachelullman.com <washdc@lists.aila.org> |
| **Sent:** | Friday, March 7, 2025 4:41 PM |
| **To:** | Chapter - Washington DC |
| **Cc:** | AILA Liaison Baltimore ICE |
| **Subject:** | [washdc] BAL ICE ERO update on use of holding facility |

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Dear friends and colleagues,

I have spoken with our Baltimore ICE ERO Field Office Director, Matthew Elliston, and he has confirmed the following information pertaining to the use of their Baltimore holding facility.

When detention facilities in Pennsylvania and Virginia are full, BAL ICE has needed to hold some people for longer than 12 hours in order to find available bed space outside of Maryland.

BAL ICE has obtained a waiver of the 12 hour time limit for hold rooms.

Those who are in the BAL ICE holding facility are provided with blankets, food, and necessary medical care. FOD Elliston has ordered cots, but they have not yet arrived.

Rachel Ullman
for the liaison committee

chair, Baltimore ICE/ERO/OPLA liaison committee, AILA DC Chapter
past chair, MSBA Immigration Law Section
past co-chair, Bar Association Montgomery County Immigration Section

**The Law Office of Rachel S Ullman, PC**
**27 West Jefferson Street, Suite 201**
**Rockville, MD 20850**

e-mail: rachel@rachelullman.com
website: rachelullman.com

phone: 301.994.8800

This Email, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this email in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this email or any attachments to it and you must delete this message. You are requested to notify the sender by return email.

---
You are currently subscribed to washdc as: [amelia@amicacenter.org]

To change your email address go to https://www.aila.org/my-aila/profile/edit

You can also unsubscribe or make changes at https://www.aila.org/my-aila/profile/listserv

If you are on a list you have an account with AILA.
If you have never logged into aila.org the forgot password link is https://www.aila.org/my-aila/forgot-password
Enter the email address that the list is using for you and it will send you a password link.

Have problems? Email listservs@aila.org