**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**[PROPOSED] ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Petitioners-Plaintiffs' Motion for Preliminary Injunction, is GRANTED.

The Court accordingly ORDERS the following:

1. Defendants and their agents and employees are hereby enjoined from operating the hold rooms at the Immigration and Customs Enforcement Baltimore Field Office (the "Baltimore Hold Rooms") as a residential (*i.e.* overnight or multi-day) facility; and
2. Defendants and their agents and employees are hereby enjoined from subjecting Petitioners-Plaintiffs and Class Members to punitive and unconstitutional conditions of confinement in the Baltimore Hold Rooms.

Dated: July __, 2025

______________________________
HON. JULIE REBECCA RUBIN
United States District Judge