IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NIKITA BAKER, *in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office,* et al., <br><br> *Defendants*. | Civil Action No.: 1:25-cv-01613 |

**DECLARATION OF JOSE GUERRERO**

I, Guerrero, Jose, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an Assist Field Office Director in/at the Baltimore Flied Office, serving the Department of Homeland Security ("DHS") approximately 15 years.

2. As the Assist Field Office Director, my responsibilities include managing the 6th floor holding cells and the well-being of all individuals while in Immigration and Customs Enforcement ("ICE") custody until their transfer to a DHS detention facility. In my role as Assist Field Office Director, I have access to records maintained in the ordinary course of business by ICE, including documentary evidence concerning ICE Baltimore and the individuals who fall within its responsibility.

3. I am aware that Ms. NN and Ms. RG have filed a Petition for Writ of Habeas Corpus and Complaint in this Court.

4. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, and other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

5. I am familiar with the ICE Holding Facility located at 31 Hopkins Plaza, Baltimore, Maryland (the "Holding Facility").

6. The purpose of the Holding Facility is to process aliens arrested pursuant to removal proceedings, or pending removal from the United States, before being transported to an ICE detention facility.

7. The Holding Facility consists of three large and two small cells. The large cells may hold up to 35 individuals, while the small cells may each hold up to 15 individuals.

8. The small cells are rarely used and are generally reserved for individuals requiring segregation for safety purposes.

9. ERO conducts a risk classification assessment of each individual after arrest, based on age, sex, criminal history, and gang affiliation to establish whether individuals pose a threat to other individuals.

10. The cells are segregated based on sex and the risk classification assessment.

11. During May and June of 2025, the population of the Holding Facility has ranged from a low of 7 to a high approximately 100. The population is fluid and may change dramatically from day to day, depending on detention center availability and flight schedules.

12. The average population of the Holding Facility on any given day during the months of May and June has been approximately 60-65 individuals. These individuals are either in the process of being removed from the United States subject to final orders of removal or are subject to mandatory detention under the Immigration and Nationality Act during their removal proceeding.

13. Many of the individuals in the Holding Facility have criminal records or are affiliated with violent gangs.

14. Absent the availability of the Holding Facility, ERO Baltimore would not be able to process individuals for detention and would be unable to effectuate any arrests as required pursuant to the Immigration and Nationality Act.

15. Each cell contains a toilet and sink, separated from the open area by a mid-height privacy wall.

16. ERO Baltimore aims to hold individuals no longer than twelve hours in the Holding Facility while processing and locating facilities for their long-term detention.

17. Due to increased operational demands based on the President's executive orders declaring a national emergency, ERO Baltimore received a waiver on February 5, 2025, for an additional 48 hours to hold individuals in the Holding Facility for processing. After receiving the waiver, ERO Baltimore still aimed to process individuals as quickly as operationally feasible. *See* February 5, 2025, Waiver.

18. On June 24, 2025, ERO issued a waiver nationwide granting all ICE holding facilities up to 72 hours to process individuals for transport to a long-term detention facility. *See* June 24, 2025, Waiver.

19. The State of Maryland prohibits detention facilities within the State from contracting with ICE to hold aliens while in removal proceedings. Consequently, ERO Baltimore must locate facilities outside the State of Maryland with available housing space for long term detention. Locating available housing out of state extends the processing time for aliens upon arrest.

20. A dedicated ERO Baltimore Officer is responsible for tracking the length of time individuals are in the Holding Facility and ensuring individuals are processed out within 72 hours.

21. ERO Baltimore provides inflated mattresses and blankets for any individuals in the Holding Facility overnight and has done so since March 17, 2025.

22. ERO Baltimore provides jumper suits (sweatsuit top and bottom), socks, and sneakers upon arrival.

23. ERO Baltimore provides jackets for individuals upon request.

24. ERO Baltimore provides water to any individual upon request and there is a sink in each cell.

25. ERO Baltimore issues individuals a set of toiletries that include a toothbrush, toothpaste, and moist towelettes for use while in the Holding Facility.

26. ERO Baltimore Officers purchases meals daily for individuals in the Holding Facility. Officers provide three meals per day. ERO has purchased meals from local restaurants and snacks from local convenience stores. The Officers take dietary limitations and requests into account in providing meals.

27. ERO Baltimore currently utilizes a vendor that provides pre-made ready-to-eat meals for each individual three times per day. ERO Baltimore has been utilizing the current vendor for meal requests and purchases since February 2025.

28. During an arrest, ERO Officers ask aliens if they have any medical conditions, require any ongoing medical treatment, or need to bring any medication with them. ERO Baltimore authorizes family members to bring medication to aliens who did not have it with them at the time of arrest. ERO Baltimore requests family members bring both necessary prescription and over the counter medication.

29. Medication is placed in an individual's property bag to be distributed as scheduled. ERO Baltimore maintains a log to ensure individuals receive medications as prescribed.

30. If aliens require medication during their time in the Holding Facility, they are taken to the University of Maryland Medical Center, approximately three blocks from the Holding Facility, or Mercy Hospital, approximately four blocks from the facility.

31. ERO Baltimore offers all aliens the opportunity to make a phone call upon arrival at the Holding Facility.

32. Each cell has a phone for free public use by all individuals at any time. Upon request, ERO Baltimore will allow individuals to use phones outside of the cells to address private issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____  _____
                              Jose Guerrero
                              Assistant Field Office Director