Office of Enforcement and Removal Operations
U.S. Department of Homeland Security
30 Hopkins Plaza, Suite 700
Baltimore, MD 21201



January 30, 2025

| | |
|---|---|
| MEMORANDUM FOR: | Monica Burke<br>Assistant Director<br>Custody Management |
| THROUGH: | Francisco Madrigal<br>Deputy Assistant Director<br>Oversight, Compliance and Acquisitions Division<br><br>Craig S. Morse<br>Unit Chief<br>Oversight, Compliance and Acquisitions Division |
| FROM: | Nikita Baker,<br>Deputy Field Office Director<br>ERO Baltimore |
| SUBJECT: | ERO Baltimore Field Office Hold Room -Waiver Request |

Purpose

The purpose of this memorandum is to request a waiver for the ERO Baltimore Field Office 12-hour hold room utilization time, as it relates to 11087.2: *Operations of ERO Holding Facilities (January 31, 2024), Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers,* which states the following: "Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours". The ERO Baltimore Field Office does not have any detention space within our area of responsibility (AOR). As a result, the Baltimore Field Office must request detention space nationwide to facilitate the transfer of aliens arrested by our law enforcement officers. This process has caused significant hold room times for the ERO Baltimore Field Office while awaiting transfer approval requests.

Background: On July 1, 2021, the Maryland Dignity Not Detention Act went into effect which prohibits state and local law enforcement from entering into agreements to detain aliens for federal civil immigration violations. Additionally, it prevents the sharing of personal information with federal immigration authorities without a judicial warrant. This law eliminated all detention space for the ERO Baltimore Field Office within the state of Maryland. On January 20, 2025, President Trump signed an Executive Order order declaring a national emergency for immigration. An increased nationwide operating posture has been implemented making detention space less readily available. This has significantly impacted the ERO Baltimore field office hold room times while pending approval and transfer of aliens for detention space.

Discussion: The ERO Baltimore Field Office would like to request an extension of 48 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfer.

Recommendation: I recommend that you approve a waiver to policy 11087.2: *Operations of ERO Holding Facilities (January 31, 2024) Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers.*

www.ice.gov

| Approve/date _____ | Disapprove/date _____ |
|---|---|
| Modify/date _____ | Needs more discussion/date _____ |