# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **D.N.N**, *et al.*, | |
| **Plaintiffs/Petitioners,** | |
| v. | Civil No.: 1:25-cv-01613-JRR |
| **NIKITA BAKER**, *et al.*, | |
| **Defendants/Respondents.** | |

## ORDER

It is this 2nd day of July 2025 **ORDERED**:

The parties shall appear at **10:00 a.m. on July 29, 2025**, in Courtroom 3A, for a hearing on Plaintiffs' Motion for Preliminary Injunction. (ECF No. 36; the "PI Motion.")

Contemporaneous with the filing of briefs, the parties shall deliver three (3) courtesy copies to chambers assembled in binders.[1] If one courtesy copy consumes more than one binder, binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2). Each binder shall include a full table of contents of all papers and exhibits.

As no expedited preliminary discovery has been sought, none is granted.

The parties shall advise chambers as promptly as possible if they intend to call witnesses. By no later than **July 22, 2025**, the parties shall file a joint report setting forth the number and names/titles of any witnesses each side intends to call (to be categorized as "will call" and "may call"), and any other matters the parties wish to convey to the court. Further, by **July 24, 2025, at 12:00 p.m.**, the parties shall provide three (3) courtesy copies of any hearing exhibit binders for

---

[1] To the extent any briefs have already been filed, the parties shall provide courtesy copies within three (3) business days.

use by the courtroom deputy, witness stand, and the bench.[2] The binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2), as necessary. Each binder shall include a full table of contents of all exhibits contained in all binders (be there more than one). All exhibits shall be tagged and numbered prior to the hearing in accordance with Local Rule 106.7.a. The parties shall meet with one another prior to the hearing to review and make available for copying/electronic transmission one another's exhibits in accordance with Local Rule 106.7.b. Parties are advised that the court follows Local Rule 107.5.b regarding admission of exhibits in evidence.

July 2, 2025                                                                 /S/

                                                                _____
                                                                Julie R. Rubin
                                                                United States District Judge

---

[2] If no witnesses are to be called, obviating the need for witness stand exhibit binders, only two (2) sets of exhibit binders need be provided.

2