# Exhibit B

**DECLARATION OF D.N.N.**

I, D.N.N., make the following updated declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is D.N.N. I am one of the named plaintiffs in this lawsuit. At approximately 9am on May 7, 2025, ICE detained me in the Baltimore Holding Rooms at ICE's Baltimore Field Office. They detained me in the holding cells there until the morning of May 10, 2025.

2. I was very surprised when they detained me at my check-in. I had been attending check-ins regularly since I won my immigration case back in 2012. I always showed up and followed the rules. At my last check-in in 2023, ICE said I didn't have to report for another two years because nothing had changed and they did not expect anything to change.

3. When ICE detained me on May 7, they never explained why. They did not say I had violated any rules. They did not even give me any paperwork when I was at Baltimore. The only thing they said is that they would try to deport me to Mexico. When my family came to drop off my medicine and to find out what was going on, ICE gave them a paper saying that ICE had told me about removal to Mexico. ICE did not give my family any other papers. They also took all the papers I arrived with.

4. In the two months I have been detained, ICE still hasn't done anything in my case. I have not had any interview with ICE about my detention or about my fear of deportation to Mexico. I can't be deported to Guatemala because a judge granted me protection from deportation there.

5. On May 10, ICE transferred me to a place called Delaney in New Jersey. I was there for about a month. While I was there, it took them a week to give me any of my medication. Eventually they gave me Ozempic and medicine for depression and anxiety. But not my other medications. At one point I felt and hurt the same knee that I had previously injured. I only got some pain pills for that. Around June 13, they sent me to a facility in El Paso, Texas.

6. The facility in Texas was basically a big tent. We slept on the ground. It was a lot like what I experienced in Baltimore. For the first several days, I did not get any medicine at all. They said they cannot give me insulin and that they also cannot give me Ozempic, which I was taking before I was detained. Eventually, they gave me a different pill they said would help with my Type 2 diabetes, but it caused me a lot of pain in my head and stomach, so I stopped taking it and explained to them why. They did not check my blood sugar while I was there. They did not give me my depression medication either. The officers explained it was just a temporary facility so they could not provide much medical care.

7. At all the facilities where I have been detained, the food is very bad for my diabetes. They give me a lot of things with flour and with sugar. Sometimes I don't eat it because I know it's bad for me. But sometimes I am so hungry that I have no choice.

8. On June 27, they transferred me again, this time to a facility called Otero in New Mexico. For more than a week, I did not get any medicine or see the nurse. When I finally saw the nurse, they said they can't give me Ozempic because it's too expensive. Instead they gave me Metformin for my diabetes. But that made me feel very tired and dizzy, like I was going to collapse. They checked my blood sugar recently and it was 200 mg/dl, which is much higher than what it should be.

9. I need to be with my family. My daughter, who is almost four years old, has been showing signs of autism. Before I was detained, I took her to many different professionals. With the help of government and school officials, I had just started a plan to help my daughter with her development. But I cannot help her from detention and it breaks my heart.

10. Before I was detained, I was also in the process of becoming a legal guardian for my friend's teenage daughter, who was abandoned by her parents. I have a guardianship hearing in the county court at the end of August and have an attorney for that. But I cannot become her guardian if I am detained. Now, this poor girl who needs my support is forced to help take care of my daughter while I'm gone.

11. I also have a son and a nephew who live with me. They are both in their early 20s but they still need their mother. And they cannot take care of my daughter by themselves. Their fathers are not in the picture. The only mature adult in their lives right now is my partner, the father of my young daughter. He lives elsewhere and does his best to come by and look out for my children (I call them all my children). But he can't do that alone.

12. Before I was detained, I was working at the Goodwill. I love my job and am good at it. I hope to return to that job if I am released. This will help my family because it's more difficult for them to get by without my income.

13. I came to this country fleeing political persecution. I have built a life and a family here. I just want to return to my family, especially my young daughter who needs me. I ask the court to please give me that opportunity.

I declare under the penalty perjury that the above is true and correct to the best of my knowledge:

Signed____________________ (initials)

Dated: July 11, 2025

**Declaración de D.N.N.**

Yo, D.N.N., hago la siguiente declaración basada en mi conocimiento personal y declaro bajo pena de perjurio de conformidad con el Título 28 del Código de los Estados Unidos, Sección 1746, que lo siguiente es verdadero y correcto:

1. Mi nombre es D.N.N. Soy uno de los demandantes en esta demanda. Aproximadamente a las 9 a.m. del 7 de mayo de 2025, el ICE me detuvo en las Salas de Detención de Baltimore de la Oficina Local del ICE en Baltimore. Me mantuvieron en las celdas hasta la mañana del 10 de mayo de 2025.

2. Me sorprendió mucho que me detuvieran. Había estado asistiendo a las citas regularmente desde que gané mi caso de inmigración en 2012. Siempre me presenté y seguí las reglas. En mi última cita en 2023, el ICE me dijo que no tenía que presentarme hasta dentro de dos años porque nada había cambiado y no esperaban que nada cambiara.

3. Cuando el ICE me detuvo el 7 de mayo, nunca explicaron por qué. No dijeron que hubiera violado ninguna regla. Ni siquiera me entregaron ningún documento mientras estaba en Baltimore. Lo único que dijeron fue que intentarían deportarme a México. Cuando mi familia vino a dejar mis medicamentos y a averiguar qué estaba pasando, el ICE les dio un documento que decía que me habían informado sobre mi deportación a México. El ICE no les dio a mi familia ningún otro documento. También se llevaron todos los documentos que traía.

4. En los dos meses que llevo detenido, el ICE aún no ha hecho nada en mi caso. No he tenido ninguna entrevista con el ICE sobre mi detención ni sobre mi temor a ser deportado a México. No puedo ser deportado a Guatemala porque un juez me otorgó protección contra la deportación allí.

5. El 10 de mayo, el ICE me trasladó a un lugar llamado Delaney en Nueva Jersey. Estuve allí aproximadamente un mes. Mientras estuve allí, tardaron una semana en darme algún medicamento. Finalmente me dieron Ozempic y medicamentos para la depresión y la ansiedad. Pero no mis otros medicamentos. En un momento dado, sentí y me lastimé la misma rodilla que me había lesionado antes. Solo me dieron unos analgésicos para eso. Alrededor del 13 de junio, me enviaron a un centro en El Paso, Texas.

6. El centro en Texas era básicamente una gran tienda de campaña. Dormíamos en el suelo. Fue muy parecido a lo que experimenté en Baltimore. Durante los primeros días, no me dieron ningún medicamento. Dijeron que no podían administrarme insulina ni Ozempic, que tomaba antes de mi detención. Finalmente, me dieron otra pastilla que, según dijeron, me ayudaría con la diabetes tipo 2, pero me causaba mucho dolor de cabeza y estómago, así que la dejé y les expliqué el motivo. No me midieron el nivel de azúcar en sangre mientras estuve allí. Tampoco me dieron mi medicamento para la depresión. Los agentes

explicaron que era solo un centro temporal, por lo que no podían brindarme mucha atención médica.

7. En todos los centros donde he estado detenida, la comida es muy perjudicial para mi diabetes. Me dan muchas cosas con harina y azúcar. A veces no las como porque sé que me hacen daño. Pero a veces tengo tanta hambre que no tengo otra opción.
8. El 27 de junio me trasladaron de nuevo, esta vez a un centro llamado Otero en Nuevo México. Durante más de una semana, no recibí ninguna medicina ni vi a la enfermera. Cuando finalmente vi a la enfermera, me dijeron que no podían darme Ozempic porque es demasiado caro. En su lugar, me dieron Metformin para mi diabetes. Pero eso me hizo sentir muy cansado y mareado, como si fuera a desmayarme. Me revisaron la azúcar de sangre y estaba en 200 mg/dl, que es mucho más alto de lo que debería ser.
9. Necesito estar con mi familia. Mi hija, que tiene casi cuatro años, ha estado mostrando síntomas de autismo. Antes de que me detuvieran, la llevé a muchos profesionales diferentes. Con la ayuda del gobierno y las autoridades escolares, acababa de comenzar un plan para ayudar a mi hija con su desarrollo. Pero no puedo ayudarla desde la detención y me rompe el corazón.
10. Antes de que me detuvieran, también estaba en proceso de convertirme en tutora legal de la hija adolescente de una amiga, quien fue abandonada por sus padres. Tengo una audiencia de tutela en el tribunal del condado a finales de agosto y cuento con un abogado para ello. Pero no puedo convertirme en su tutora si me detienen. Ahora, esta pobre chica, que necesita mi apoyo, se ve obligada a ayudar a cuidar de mi hija mientras estoy ausente.
11. También tengo un hijo y un sobrino que viven conmigo. Ambos tienen veintipocos años, pero aún necesitan a su madre. Y no pueden cuidar de mi hija solos. Sus padres no están presentes. El único adulto maduro en sus vidas ahora mismo es mi pareja, el padre de mi hija pequeña. Él vive en otro lugar y hace todo lo posible por venir y cuidar de mis hijos (a todos los llamo mis hijos). Pero no puede hacerlo solo.
12. Antes de ser detenido, trabajaba en Goodwill. Me encanta mi trabajo y soy bueno en él. Espero volver a ese trabajo si me liberan. Esto ayudará a mi familia, ya que es más difícil para ellos sobrevivir sin mis ingresos.
13. Vine a este país huyendo de la persecución política. He construido una vida y una familia aquí. Solo quiero volver con mi familia, especialmente con mi hija pequeña, que me necesita. Le pido al tribunal que me dé esa oportunidad.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto según mi leal saber y entender:

Firmado:__________________(iniciales en lugar de nombre) Fecha: July 11, 2025