# Exhibit C

**DECLARATION OF V.R.G.**

I, V.R.G., make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is V.R.G. I am one of the named plaintiffs in this lawsuit. At approximately 9:00 am on May 8, 2025, ICE detained me in the Baltimore Holding Rooms at ICE's Baltimore Field Office. They detained me in the holding cells there until the morning of May 10, 2025.
2. I was so confused when they detained me at my check-in. I had been attending check-ins faithfully since I won my immigration case in 2017. I had always done what I was supposed to and nothing had changed. I didn't get into any trouble, I take care of my two children (who are both U.S. citizens) and my mother (who has her green card), I have been working as a receptionist and a server with my work authorization, and I became very involved in my church (Iglesia Cristiana Columna de Fuego) after I re-dedicated my life to Christ in 2023.
3. When ICE detained me, I didn't know what was happening because they didn't explain anything. They just called my name, I said it was me, and the officer said I was being deported to Mexico. I asked why they were sending me there and said I had my withholding of removal and my work authorization here. The officer said my work authorization was not good anymore, but did not explain what that meant. No one told me anything else. They did not say I had broken any rules or done something I was not supposed to do.
4. I did not understand why they wanted to send me to Mexico when I am not from Mexico. In 2017, I was detained when I won withholding of removal to my home country of El Salvador. I won withholding on February 3, 2017, which was a Friday, and I was released on February 7, 2017, the next Tuesday. Even then, no one said anything about me being sent to another country; the judge did not say anything about another country and ICE did not do anything but release me after I won my case.
5. I did not get any paperwork while I was in Baltimore. The only thing I eventually received and signed was a paper that said I was going to be transferred to Colorado.
6. On May 10, 2025, ICE put me on a plane, and I flew to Louisiana, where I spent one night before ICE flew me to Arizona. I was only in Arizona for a few days before I was taken to Colorado. I was in Colorado until June 13, 2025, when I was taken back to Louisiana, which is where I am detained right now. On the way from Colorado to Louisiana, ICE took all my belongings, including all my immigration case papers, and lost them. Now I don't have any of my records or my personal belongings that I had with me when I was detained.
7. In all that time, nothing has happened with my immigration case. I have not seen a judge or had a fear interview about my fear of being deported to Mexico, even though I have talked to ICE about my fear and I know my attorney requested an interview for me.
8. I have a thyroid condition, and I take medicine every day for that condition. I was not able to take my medicine while I was at the Baltimore Holding Rooms, and I have not always received my medicine in the other ICE facilities. When I arrived in Colorado, the staff did a medical intake and my EKG came back abnormal, there was an irregularity with my heart rate. I have not had heart issues before my detention last month and I wonder if my heart rate irregularity is because I am not able to manage my thyroid condition in detention.

9. When I arrived in Louisiana on June 16, 2025, I was not given my thyroid medication. I requested my medication, and the nurse said I could not get it before I saw the doctor. But the wait to see the doctor was 1-2 weeks. I saw the doctor on June 27, 2025, and only started getting my medication the day before that (June 26, 2025). I went ten days without it, and I started having a lot of trouble breathing and speaking. I lost my voice, and it is hard to talk; I also cannot breathe well, which sometimes means I cannot sleep at night. For example, on the night of June 29, 2025, I could not sleep because I was having so much trouble breathing. The medical staff gave me an inhaler and told me I have asthma, even though I have never had asthma. In the past though, if my thyroid condition gets bad, I have trouble breathing, so I am confident my current breathing struggles are not asthma, but my thyroid condition.
10. Other nights, if I can sleep a bit, I wake up and my throat hurts so badly that I can't swallow. I am requesting another medical appointment, but I am worried that my condition is getting worse and ICE is not doing anything to figure out the problem and help me.

11. Beyond my physical health, my detention has also been devastating for my children and my mother. My son I.R.G. is 12 years old and a U.S. citizen. I.R.G.'s father has not had any contact with him since he was born. I have always taken care of I.R.G. – he has a hard time at school, and I always help him with understanding and completing his school assignments. I.R.G. also had a severe ear infection that meant he had to go to the hospital and have bilateral ear surgery a few weeks before I was detained at my check-in. I was supposed to take him to a post-surgical check-up with the surgeon three weeks after the surgery, but I was not able to take him because I was detained.
12. My older son, R.R.R., is 18 years old and a U.S. citizen. His father also has not had any contact with R.R.R. since he was born and I have always been the only one to take care of R.R.R. I am so proud of my son – he graduated from Parkdale High School on June 2, 2025. I was devastated that I could not attend his graduation because I was detained in Colorado at the time. Right now, he is looking for work. I had always been the only financial supporter for my sons and my mother, and now R.R.R. is forced to take care of his younger brother and my aging mother. Both of my boys have been so affected by my detention.
13. My mother, A.G.R., lives with me and my sons. She has severe arthritis, which means she can only stand or walk for a few minutes at a time. My mother also has diabetes, so I have been caring for her, monitoring her glucose levels, and making sure she has her insulin. She also cannot work, and so she is dependent on me for all her food and other needs.
14. I have always been the primary person supporting my sons and my mother and I am so worried about what they will do if I stay detained. I miss my family so much and I am worried that if I stay here, both my and their health and lives will never recover.

I declare under the penalty perjury that the above is true and correct to the best of my knowledge:

Signed: [signature]

Dated: July 2, 2025