**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. and V.R.G.<br>*Petitioners-Plaintiffs*,<br>v.<br>NIKITA BAKER, et al.<br>*Respondents-Defendants*. | Case No. 1:25-cv-1613 |

**[PROPOSED] ORDER**

Upon consideration of Petitioner-Plaintiffs' Motion for Expedited Bail Hearings, this Court ORDERS as follows:

1. Petitioners' bail hearings are scheduled consecutively for _____________, 2025 at ___________ am / pm;
2. Defendants will produce Petitioners to give testimony at the above-scheduled bail hearing.

Dated: ________________, 2025

__________________________
HON. JULIE REBECCA RUBIN
United States District Judge