**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**D.N.N, *et al.*,**

***Plaintiffs/Petitioners*,**

**v.**

**NIKITA BAKER, *et al.*,**

***Defendants/Respondents*.**

**Civil No.: 1:25-cv-01613-JRR**

**ORDER**

Pending before the court is Plaintiffs-Petitioners' Motion to Proceed under Initials or Pseudonyms. (ECF No. 7; the "Motion.") The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 23rd day of July 2025:

**ORDERED** that the Motion (ECF No. 7) shall be, and is hereby, **GRANTED IN PART** and **DENIED IN PART** as follows: **GRANTED** to the extent it seeks leave for Plaintiffs D.N.N. and V.R.G. to proceed by their initials; and **DENIED without prejudice** to the extent it seeks same as to any putative Class member; and further it is

**ORDERED** that Plaintiffs shall be identified only as D.N.N. and V.R.G. in all public filings; and further it is

**ORDERED** that any document that identifies either Plaintiff by name, in whole or in part, or contains other personally identifiable information, shall be redacted in the public file; to the extent a party needs to file a document that contains personally identifiable information without redactions, the document shall be filed under seal with an accompanying motion in accordance with Local Rule 105.11.

/s/
Julie R. Rubin
United States District Judge