IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. and V.R.G. *Petitioners-Plaintiffs*, v. NIKITA BAKER, et al. *Respondents-Defendants*. | Case No. 1:25-cv-1613 |

**STIPULATION ON PRELIMINARY INJUNCTION HEARING EXHIBITS**

In advance of the preliminary injunction/class certification hearing scheduled for July 29, 2025 (the "Hearing"), it is hereby stipulated by and between counsel for the respective parties as follows:

1. All declarations previously filed on the docket in this matter as of July 22, 2025 are deemed authentic and admissible for the purposes of the Hearing.

2. The parties reserve all arguments as to the weight or significance of the evidence on the issues before the court.

3. In light of this stipulation, Plaintiffs will not be introducing live testimony from the may-call witnesses listed on the parties' Joint Report (ECF No. 66), including Bradley Jenkins, Esq., Erin Argueta, Esq., Emma Yznaga, Katharine Gordon, Esq., and Marissa Tillman, Esq.

1

/s/ Jared A. Levine
Jared A. Levine (NY Bar No. 4897211)*
Daniella Schmidt (NY Bar No. 5186283)**
Luke Taeschler (NY Bar No. 5308325)*
Emily Werkmann (NY Bar No. 5750229)*
**CROWELL & MORING LLP**
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com
DSchmidt@crowell.com
LTaeschler@crowell.com
Ewerkmann@crowell.com

Jerome A. Murphy (D. Md. Bar No. 27678)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2895
JMurphy@crowell.com

Ian Austin Rose (D. Md. Bar No. 22079)
Daniel Melo (N.C. Bar No. 48654)*
Amelia Dagen (D.C. Bar No. 90004838)*
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 788-2509
Austin.rose@amicacenter.org
Dan.melo@amicacenter.org
Amelia@amicacenter.org

Sirine Shebaya (D. Md. Bar No. 07191)
Matthew Vogel (LA Bar No. 35363)*
Yulie Landan (CA Bar No. 348958)*
**NATIONAL IMMIGRATION PROJECT**
**NATIONAL LAWYERS' GUILD**
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org
matt@nipnlg.org
yulie@nipnlg.org

/s/ Brendan Moore
Brendan Moore
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 880-0330
brendan.t.moore@usdoj.gov

Thomas Corcoran
Nicole Nardone
**U.S. ATTORNEY'S OFFICE**
District of Maryland
26 S. Charles St. 4th Floor
Baltimore, MD 21201
(410) 209-4800
Thomas.corcoran@usdoj.gov
Nicole.nardone@usdoj.gov

*Counsel for Defendants*

2

*Pro bono counsel for Plaintiffs*

*\* Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Forthcoming*