IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**D.N.N**, *et al.*,

    *Petitioners-Plaintiffs*,

v.

**NIKITA BAKER,** *et al.*,

    *Respondents-Defendants.*

Civil No.: 1:25-cv-01613-JRR

## ORDER

The court has before it Petitioners-Plaintiffs' ("Plaintiffs") Motion for Class Certification (ECF No. 31; the "Class Certification Motion") and Motion for Preliminary Injunction (ECF No. 36; the "PI Motion"). The court has reviewed all papers filed in accordance with the parties' agreed-upon briefing schedule. As set forth in greater length in its accompanying memorandum opinion, it has determined that no hearing is necessary. Local Rule 105.6 (D. Md. 2025). Accordingly, for the reasons set forth in the accompanying memorandum opinion, it is this 25th day of July 2025:

**ORDERED** that Plaintiffs' Class Certification Motion (ECF No. 31) shall be, and is hereby, **DENIED without prejudice**; and further it is

**ORDERED** that Plaintiffs' PI Motion (ECF No. 36) shall be, and is hereby, **DENIED as moot and without prejudice**; and further it is

**ORDERED** that the hearing on the PI Motion scheduled for July 29, 2025, shall be, and is hereby, **CANCELED**; and further it is

**ORDERED** that, within seven days of this order, the parties shall confer and submit three agreed-upon dates/time for an in-person, on-the-record status conference; and further it is

**ORDERED** that all pending deadlines shall be held in abeyance pending further order of this court.

/S/
_____
Julie R. Rubin
United States District Judge