IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. and V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**[PROPOSED] ORDER**[1]

**Expedited Discovery**: For the reasons stated on the record at the August 6, 2025 status conference in this matter, the Court hereby grants, over Defendants' objection, Petitioners-Plaintiffs ("Plaintiffs") leave to engage in expedited discovery in support of renewed motions for class certification and a preliminary injunction as follows:

1. Plaintiffs may serve up to 15 requests for production and 15 interrogatories.

2. The scope of discovery is limited to Defendants' policies, practices, and protocols at the Baltimore Hold Rooms, as well as the actual conditions at the facility, as they pertain to (i) access to medical care and medications; (ii) access to food and water; (iii) access to exercise or recreation; (iv) access to bathroom facilities and hygiene supplies; (v) access to mattresses and sleeping supplies; and (vi) the number of individuals detained at the facility and durations of their detention.

---

[1] As directed by the Court, counsel for all parties have conferred and agreed to the language of this proposed order.

1

3. The time range for the requested discovery shall be from February 1, 2025 to present or, where warranted, from October 1, 2024 to present.

4. Plaintiffs shall serve discovery on or before August 8, 2025.

5. Respondents-Defendants ("Defendants") shall respond to Plaintiffs' discovery on or before September 8, 2025 and shall make any supplemental document productions on or before September 19, 2025.

6. Plaintiffs may take one deposition, which shall be completed on or before September 29, 2025.

**Motion for Bail Hearings Briefing Schedule**: As proposed by the Parties and approved by the Court during the status conference on August 6, 2025, Defendants will respond to Plaintiffs' Motion for Expedited Bail Hearings, ECF No. 53, on August 14, 2025. Plaintiffs will file their reply no later than August 21, 2025.

**Renewed Motions for Class Certification and Preliminary Injunction**: Plaintiffs shall file a combined renewed motion for class certification and preliminary injunction, with a combined memoranda of law limited to 45 pages, on or before October 20, 2025. Defendants shall file a combined opposition, with a combined memoranda of law limited to 45 pages, on or before November 10. Plaintiffs shall file a combined reply, with a combined memoranda of law limited to 25 pages, on or before November 24, 2025.

Dated: August__, 2025

_____
HON. JULIE REBECCA RUBIN
United States District Judge