IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613 |

**ORDER**

**Expedited Discovery:** For the reasons stated on the record at the status conference held August 6, 2025, the court hereby grants Petitioners-Plaintiffs ("Plaintiffs") leave to engage in expedited discovery in support of renewed motions for class certification and a preliminary injunction, to be filed, as follows:[1]

1. Plaintiffs may serve up to 15 requests for production and 15 interrogatories.

2. The scope of discovery is limited to Defendants' policies, practices, and protocols at the Baltimore Hold Rooms, as well as the actual conditions at the facility, as they pertain to (i) access to medical care and medications; (ii) access to food and water; (iii) access to exercise or recreation; (iv) access to bathroom facilities and hygiene supplies; (v) access to mattresses and sleeping supplies; and (vi) the number of individuals detained at the facility and durations of their detention.

3. The time range for the requested discovery shall be from February 1, 2025, to present or,

---

[1] Defendants-Respondents ("Defendants") objected to Plaintiffs' request for expedited discovery, which objection the court overruled on the record at the conference held yesterday. Subject to Defendants' objection, at the direction of the court, the parties conferred and jointly proposed the language of this order. (ECF No. 80.)

    where warranted, from October 1, 2024, to present.

4. Plaintiffs shall serve discovery on or before August 8, 2025.

5. Defendants shall respond to Plaintiffs' discovery on or before September 8, 2025, and shall make any supplemental document productions on or before September 19, 2025.

6. Plaintiffs may take one deposition, which shall be completed on or before September 29, 2025.

**Motion for Bail Hearings Briefing Schedule**: As proposed by the parties and approved by the court during the conference on August 6, 2025, Defendants will respond to Plaintiffs' Motion for Expedited Bail Hearings, ECF No. 53, on August 14, 2025. Plaintiffs will file their reply no later than August 21, 2025.

**Renewed Motions for Class Certification and Preliminary Injunction**: Plaintiffs shall file a combined renewed motion for class certification and preliminary injunction, with a combined memoranda of law limited to 45 pages, on or before October 20, 2025. Defendants shall file a combined opposition, with a combined memoranda of law limited to 45 pages, on or before November 10. Plaintiffs shall file a combined reply, with a combined memoranda of law limited to 25 pages, on or before November 24, 2025.

August 7, 2025

/S/
_____
HON. JULIE REBECCA RUBIN
United States District Judge