IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office,* et al.,<br><br>*Defendants*. | MOTION TO WITHDRAW AS COUNSEL<br><br>Civil Action No.: 1:25-cv-01613 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2(b)(1), Devin L. Barrett moves this Court to withdraw her appearance as counsel for Defendants in the above-captioned case. Defendants will continue to be represented by Brendan T. Moore, who will serve as lead counsel and whose appearance has been noticed. The proposed withdrawal will have no impact on any deadlines or court dates in this matter.

Dated: September 1, 2025        Respectfully submitted,

                                                        BRETT A. SCHUMATE
                                                       Assistant Attorney General

                                                       */s/ Devin L. Barrett*
                                                       DEVIN L. BARRETT
                                                       Senior Litigation Counsel

United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-8274
E-mail: devin.barrett@usdoj.gov

Attorneys for Defendants

1