IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office,* et al.,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

## [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Withdraw as Counsel, and hereby **GRANTS** the Motion and Devin L. Barrett is withdrawn as counsel for Defendants in this action.

It is **SO ORDERED** this day _____ of September, 2025.

_____
THE HONORABLE Julie Rebecca Rubin
United States District Judge