IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N., *et al.*, <br><br> *Petitioners-Plaintiffs* <br><br> v. <br><br> NIKITA BAKER., *et al.*, <br><br> *Respondents-Defendants*. | Case No. 25-cv-01613-JRR |

## ORDER

A hearing on Petitioners-Plaintiffs' Motion for Expedited Bail Hearings (ECF No. 53) shall be held on September 17, 2025, at 10:00AM in Courtroom 3A.[1]  Each side shall be allotted 60 minutes for presentation; and Plaintiffs shall have an additional 20 minutes for rebuttal.  No additional briefing shall be submitted without leave of court.

September 9, 2025

/S/
_____
Julie R. Rubin
United States District Judge

---

[1] For ease, Petitioners-Plaintiffs are referred to herein as "Plaintiffs"; Respondents-Defendants are referred to collectively as the "Government."