**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

D.N.N and V.R.G., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NIKITA BAKER, in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office, et al.,

Defendants.

Civil Action No.: 1:25-cv-01613

**DECLARATION OF JOSE GUERRERO**

Pursuant to 28 U.S.C. § 1746, I, Jose Guerrero, hereby declare under penalty of perjury as follows:

1. I am an Assistant Field Office Director in the Baltimore Field Office, Enforcement and Removal Operations, Immigration and Customs Enforcement, U.S. Department of Homeland Security. I have been with the U.S. Department of Homeland Security for approximately fifteen years.
2. In my role as Assistant Field Office Director, I have access to records maintained in the ordinary course of business by ICE, including information regarding Plaintiffs D.N.N. and V.R.G. This declaration is based upon my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, and other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. Plaintiff D.N.N. is currently detained at the Otero County Processing Center in Chaparral, New Mexico. D.N.N. is a native and citizen of Guatemala who claimed to have first entered the United States on or about December 24, 2007. On April 21, 2009, D.N.N. was encountered by DHS officials in Evansville, Wyoming during an investigation involving the sale and distribution of methamphetamine. D.N.N. was residing in a trailer belonging to an individual who was arrested on a conspiracy drug trafficking charge. D.N.N. was found to have used fraudulent documents to obtain employment. ICE issued D.N.N. an I-862 Notice to Appear in Immigration Court. She was detained in the Natrona County Jail in Casper, Wyoming from April 21 to April 23, 2009. On April 23, 2009, she was transferred to the Denver Contract Detention Facility in Aurora, Colorado. On May 6, 2009, an Immigration Judge in Aurora, Colorado ordered D.N.N. removed from the United States to Guatemala pursuant to section 212(a)(6)(A)(i) of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(6)(A)(i). On May 15, 2009, she was transferred to the Florence Service Processing Center (FSPC) in Florence, Arizona. On May 16, 2009, D.N.N. was transferred to the Pinal County Jail; she returned to the FSPC on May 18, 2009. On May 19, 2009, ICE removed D.N.N. to Guatemala.
4. On August 16, 2011, U.S. Customs and Border Patrol officials in Hidalgo, Texas apprehended D.N.N. and served her with an I-871 Notice of Intent/Decision to Reinstate Removal Order. She was detained at East Hidalgo Detention Center in La Villa, Texas. On August 20, 2011, she was transferred to the Eloy Federal Contract Facility in Eloy, Arizona. On August 31, 2011, ICE removed D.N.N. to Guatemala.

5. On November 3, 2011, D.N.N. was detained at the Laredo Processing Center in Laredo, Texas after unlawfully re-entering the United States on or about October 19, 2011. DHS officials served D.N.N. with an I-871 Notice of Intent/Decision to Reinstate Removal Order. D.N.N. expressed a fear of return to Guatemala and was referred to U.S. Citizenship and Immigration Services (USCIS) for a reasonable fear interview in accordance with 8 C.F.R. § 241.8(e). She was transferred to the Northwest Processing Center in Tacoma, Washington on November 25, 2011. On March 22, 2012, USCIS determined that D.N.N. had a reasonable fear of return to Guatemala and issued an I-863 Notice of Referral to Immigration Judge.
6. On May 2, 2012, an Immigration Judge in Tacoma, Washington granted D.N.N.'s application for withholding of removal pursuant to section 241(b)(3) of the Immigration and Nationality Act (8 U.S.C. § 1231(b)(3)). On May 4, 2012, ICE served D.N.N. with an I-220B, Order of Supervision and released her from custody.
7. On May 7, 2025, ICE took D.N.N. into custody, revoked the Order of Supervision pursuant to 8 C.F.R. §§ 241.4(1)(2)(iii) and 241.13(i), and served her with a notice of third country removal to Mexico. She was located at the Baltimore Holding Facility from approximately 8:45 a.m. on May 7, 2025 until 7:25 a.m. on May 10, 2025. On May 10, 2025, D.N.N. was transferred to the Delaney Hall Detention Facility in Newark New Jersey. On June 13, 2025, D.N.N. was transferred to the El Paso Service Processing Center in El Paso, Texas. On June 27, 2025, D.N.N. was transferred to the Otero County Processing Center in Chaparral, New Mexico. On August 13, 2025, D.N.N. expressed a fear of removal to Mexico. She will be referred to USCIS for a reasonable fear interview with respect to her fear of removal to Mexico.

8. Plaintiff V.R.G. is currently detained at the South Louisiana ICE Processing Center in Basile, Louisiana. V.R.G. is a native and citizen of El Salvador who claims to have entered the United States in 1999. USCIS granted her application for Temporary Protected Status (TPS) on February 18, 2002 and revoked her TPS status on December 4, 2009 based on her criminal convictions.
9. V.R.G. has a lengthy criminal history in the United States. On June 3, 2008, she was convicted of malicious destruction of property over $500 in the District Court of Maryland for Anne Arundel County; she received a sentence of sixty days. On July 29, 2008, she was convicted in the District Court of Maryland for Prince George's County of consuming alcoholic beverages in the passenger area of a vehicle; she received a $500 fine. On May 4, 2009, she was convicted of conspiracy to commit robbery, theft less than $500, and credit card theft in the Circuit Court for Calvert County, Maryland. She was sentenced to ten years. On June 4, 2009, she was convicted in the District Court of Maryland for Calvert County of credit card theft; she was sentenced to six months. On August 4, 2009, she was convicted in the Circuit Court for Anne Arundel County, Maryland for conspiracy to commit robbery; she was sentenced to thirty days. On March 26, 2010, she was convicted of second degree assault and theft under $500 in the Circuit Court for Prince George's County, Maryland; she received a sentence of ten years and eighteen months, respectively. On August 17, 2011, she was convicted of driving under the influence in the District Court for Anne Arundel County, Maryland; she received a probation before judgment.

10. On August 18, 2011, ICE arrested V.R.G. and issued an I-851A Final Administrative Removal Order ordering her removal pursuant to section 237(a)(2)(A)(iii) of the Immigration and Nationality Act, 8 U.S.C. § 1227(a)(2)(A)(iii). She was detained at the Worcester County Detention Facility in Snow Hill, Maryland. On August 29, 2011, she was transferred to the Central Louisiana ICE Processing Center. ICE removed V.R.G. from the United States to El Salvador on August 31, 2011.
11. On January 13, 2014, V.R.G. was arrested by ICE in Baltimore and detained at the Worcester County Detention Center in Snow Hill, Maryland. ICE issued an I-871 Notice of Intent/Decision to Reinstate Removal Order. On January 22, 2014, she was transferred to U.S. Marshalls custody and charged in U.S. District Court for the District of Maryland with illegal reentry, 8 U.S.C. § 1326. She pled guilty and was sentenced to thirty months.
12. On April 1, 2016, ICE detained V.R.G. at the Hudson County Jail in Kearney, New Jersey. She expressed a fear of return to El Salvador and was referred to USCIS for a reasonable fear interview in accordance with 8 C.F.R. § 241.8(e). USCIS determined that V.R.G. had a reasonable fear of return to Guatemala and issued an I-863 Notice of Referral to Immigration Judge. On February 3, 2017, an Immigration Judge in New York, New York granted her application for withholding of removal pursuant to section 241(b)(3) of the Immigration and Nationality Act (8 U.S.C. § 1231(b)(3)). ICE issued her an I-220B, Order of Supervision and released her from custody.
13. On May 8, 2025, ICE detained V.R.G. On May 9, 2025, ICE issued a Notice of Revocation of Release, revoked the Order of Supervision pursuant to 8 C.F.R. §§ 241.4(1)(2)(iii) and 241.13(i), and served her with a Notice of Removal to Mexico.

She was held at the Baltimore Holding Facility from approximately 8:30 a.m. on May 8, 2025 until 4:15 a.m. on May 11, 2025. She was transferred to the Alexandria Staging Facility in Alexandria, Louisiana on May 11, 2025. She was transferred to the Arizona Removal Operations Coordination Center in Mesa, Arizona on May 12, 2025 and to the Denver Contract Detention Facility on May 13, 2025. She was transferred to the South Louisiana ICE Processing Center through the Florence Staging Facility on June 14, 2025. On June 19, 2025, she expressed a fear of removal to Mexico. She will be referred to USCIS for a reasonable fear interview with respect to her fear of removal to Mexico.

JOSE L GUERRERO JR

Digitally signed by JOSE L GUERRERO JR
Date: 2025.09.09 18:39:24 -04'00'

Jose Guerrero
Assistant Field Office Director, Baltimore
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security