IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, *in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office,*<br><br><br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion to Dismiss, the parties' memorandums of law, and the entire record herein, it is hereby:

**ORDERED** that counts 1, 2, and 7-11 of the Plaintiffs' Motion are **DISMISSED.**

It is **SO ORDERED** this _____ day of _____, 2025.

_____
THE HONORABLE Julie Rebecca Rubin
United States District Judge