**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **D.N.N.**, *et al.*,<br><br>  *Petitioners-Plaintiffs*<br><br> **v.**<br><br>**NIKITA BAKER.**, *et al.*,<br><br>  *Respondents-Defendants*. | **Case No. 25-cv-01613-JRR** |

**<u>ORDER</u>**

For the reasons set forth on the record in open court on this 17th day of September 2025, having considered argument and evidence presented on Petitioners-Plaintiffs' Motion for Expedited Bail Hearings (ECF No. 53; the "Motion"), Petitioners-Plaintiffs' request for release as set forth in the Motion shall be, and is hereby, **DENIED**.

September 17, 2025          /S/

            _____

            Julie R. Rubin
            United States District Judge