IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. and V.R.G.<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>NIKITA BAKER, et al.<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-1613 |

**DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the parties' briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal DEFENDANTS. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal DEFENDANTS are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of discovery until Congress has restored appropriations to the Department.

4.   If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the parties' briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted,

    BRETT A. SCHUMATE
    Assistant Attorney General

    WILLIAM C. SILVIS
    Assistant Director

    */s/ Brendan T. Moore*
    BRENDAN T. MOORE
    Trial Attorney
    U.S. Department of Justice
    Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals
    Tel: (202) 880-0330
    E-mail: Brendan.t.moore@usdoj.gov

Dated: October 1, 2025                  Attorneys for Defendants