**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*,<br><br>*Plaintiffs*.<br><br>v.<br><br>NIKITA BAKER, *in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' *Motion for Temporary Stay of Discovery Pending Restoration of Appropriations*, and the entire record herein, it is hereby:

**ORDERED** that the Defendants' Motion is **GRANTED;** and it is further

**ORDERED** that discovery is temporarily stayed pending restoration of appropriations to the Department;

It is **SO ORDERED** this ______ day of ________________________, 2025.

_____________________________________
THE HONORABLE Julie Rebecca Rubin
United States District Judge