# Exhibit C

# CELL LOG

**Date:** 5/8/2025

Legend:
- Court/Interview (blue)
- Release/Transfer (green)
- New Detainee (black)
- Pending Arrest (light green)
- Pending Transport (yellow)
- Cleared From DD&P (gray)

| FILE # | LAST NAME | FIRST NAME | DOB | AGE | NATIONALITY | SEX | RECEIVED FROM | TIME IN | CELL | FUNDS | LANGUAGE | DISABILITY | SPECIAL CONCERN | MEAL TIME | LVL | RELEASED TO | TIME OUT | STATUS | PROCESSING OFFICER | COMMENTS | PT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 28 | Guatemala | M | Central Booking | 0000 hrs | 2 | $0.00 | Spanish | None | None | 545 1135 1755 | MH | | | Reinstate | (b)(6), (b)(7)(C) | CAP/Local | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 37 | Guatemala | F | Lobby | 0000 hrs | 3 | $20.00 | Spanish | None | Health | 545 1135 1755 | LO | | | F/O | (b)(6), (b)(7)(C) | Diabetes | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 50 | Mexico | M | Street | 0000 hrs | 2 | $143.00 | Spanish | None | None | 545 1135 1755 | ML | | | NTA | (b)(6), (b)(7)(C) | | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 19 | Nigeria | M | Balt Co | 0000 hrs | 1 | $0.00 | English | None | None | 545 1135 1755 | ML | | | NTA | | NCIC | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 49 | Honduras | M | Central Booking | 0000 hrs | 2 | $8.00 | Spanish | None | None | 545 1135 1755 | HI | | | NTA | | NCIC | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 43 | El Salvador | F | Lobby | 0835 hrs | 3 | $70.00 | Spanish | None | None | | | ATD | 1115 hrs | F/O | | NDU | |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 21 | Ecuador | M | Lobby | 0830 hrs | 2 | $0.00 | Spanish | None | None | 1135 1755 | LO | | | ER | (b)(6), (b)(7)(C) | NDU (EFO) | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 38 | El Salvador | F | Lobby | 0830 hrs | 3 | $140.00 | Spanish | None | None | 1135 1755 | HI | | | F/O | (b)(6), (b)(7)(C) | NDU | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 46 | El Salvador | M | NSA | 0920 hrs | 2 | $0.00 | Spanish | None | None | 1135 1755 | LO | | | F/O | (b)(6), (b)(7)(C) | CAP/Local (EFO) | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 32 | Mexico | M | Lobby | 0845 hrs | 2 | $0.00 | Spanish | None | Health | 1135 1755 | LO | | | F/O | (b)(6), (b)(7)(C) | NDU | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 27 | Colombia | M | Street | 0940 hrs | 1 | $551.30 | Spanish | None | None | 1135 1755 | LO | | | NTA | (b)(6), (b)(7)(C) | In Proceedings | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 43 | Honduras | F | Street | 1030 hrs | 3 | $560.00 | Spanish | None | None | 1135 1755 | LO | | | ER | (b)(6), (b)(7)(C) | ATD | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 43 | Guatemala | M | Lobby | 1015 hrs | 1 | $200.89 | Spanish | None | None | 1135 1755 | LO | | | Reinstate | (b)(6), (b)(7)(C) | NDU | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 45 | Mexico | M | Street | 1210 hrs | 1 | $113.00 | Spanish | None | None | 1755 hrs | ML | | | NTA | (b)(6), (b)(7)(C) | CAP/Local | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 43 | Guatemala | M | Street | 1210 hrs | 1 | $36.25 | Spanish | None | None | 1755 hrs | LO | | | Reinstate | (b)(6), (b)(7)(C) | CAP/Local | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 37 | Mexico | M | Street | 1210 hrs | 1 | $543.00 | Spanish | None | None | 1755 hrs | ML | | | Reinstate | (b)(6), (b)(7)(C) | CAP/Local | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 34 | Honduras | M | Street | 2010 hrs | 1 | $0.00 | Spanish | None | None | | | | | | (b)(6), (b)(7)(C) | NCIC | |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 48 | Honduras | M | Street | 2015 hrs | 1 | $70.00 | Spanish | None | None | | | | | | | NCIC | |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | | | Mexico | M | Street | 2015 hrs | 1 | | Spanish | | | | | | | | | NCIC | |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 26 | Mexico | M | Salisbury | 2105 hrs | 1 | $283.36 | Spanish | None | None | | LO | | | | (b)(6), (b)(7)(C) | | X |
| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 28 | Guatemala | M | Salisbury | 2105 hrs | 1 | $250.00 | Spanish | None | None | | LO | | | | (b)(6), (b)(7)(C) | | X |