**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. and V.R.G.<br>*Petitioners-Plaintiffs*,<br>v.<br>NIKITA BAKER, et al.<br>*Respondents-Defendants*. | Case No. 1:25-cv-1613 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Opposition to Defendants' Motion for Temporary Stay of Discovery, it is hereby **ORDERED** that:

1. Defendants' Motion is **DENIED**.
2. Parties will convene for a discovery conference on _____________, 2025 at ________.

Dated: ________________, 2025

___________________________
HON. JULIE REBECCA RUBIN
United States District Judge