**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,

*Petitioners-Plaintiffs*,

v.

NIKITA BAKER, *et al.*,

*Respondents-Defendants*.

Case No. 1:25-cv-01613

**[PROPOSED] ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Respondents-Defendants' Partial Motion to Dismiss Plaintiffs' Second Amended Complaint, is DENIED as to Counts I, II, and VII.

Dated: October __, 2025

_____________________________
HON. JULIE REBECCA RUBIN
United States District Judge