IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| D.N.N. and V.R.G.<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>NIKITA BAKER, et al.<br><br>*Defendants*. | Case No. 1:25-cv-1613 |

**STIPULATION DISMISSING COUNTS VIII–XI WITHOUT PREJUDICE**

Plaintiffs-Petitioners ("Plaintiffs") and Respondent-Defendants ("Defendants") (collectively, the "Parties"), by counsel, have conferred and hereby agreed as follows:

1. Pursuant to Fed. R. Civ. P. 41, the Eighth, Ninth, Tenth, and Eleventh Causes of Action in Plaintiffs' Second Amended Complaint (ECF No. 52), all of which were asserted as to the named Plaintiffs only, are hereby dismissed without prejudice.

Respectfully submitted,

*/s/ Amelia Dagen*
Amelia Dagen (D.C. Bar No. 90004838)*
Ian Austin Rose (D. Md. Bar No. 22079)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 788-2509
Amelia@amicacenter.org
Austin.rose@amicacenter.org

*/s/ Brendan Moore*
Brendan Moore
Daniel Schutrum-Boward
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 880-0330
brendan.t.moore@usdoj.gov
Daniel.r.schutrum-boward@usdoj.gov

| | |
|---|---|
| Jared A. Levine (NY Bar No. 4897211)* | Thomas Corcoran |
| Daniella Schmidt (NY Bar No. 5186283)** | Nicole Nardone |
| Luke Taeschler (NY Bar No. 5308325)* | **U.S. ATTORNEY'S OFFICE** |
| Emily Werkmann (NY Bar No. 5750229)* | District of Maryland |
| **CROWELL & MORING LLP** | 26 S. Charles St. 4th Floor |
| 375 9th Ave, 44th Floor | Baltimore, MD 21201 |
| New York, NY 10001 | (410) 209-4800 |
| (212) 223-4000 | Thomas.corcoran@usdoj.gov |
| JLevine@crowell.com | Nicole.nardone@usdoj.gov |
| DSchmidt@crowell.com | |
| LTaeschler@crowell.com | *Counsel for Defendants* |
| Ewerkmann@crowell.com | |

Jerome A. Murphy (D. Md. Bar No. 27678)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2895
JMurphy@crowell.com


Sirine Shebaya (D. Md. Bar No. 07191)
Yulie Landan (CA Bar No. 348958)*
**NATIONAL IMMIGRATION PROJECT**
**NATIONAL LAWYERS' GUILD**
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org
yulie@nipnlg.org

*Pro bono counsel for Plaintiffs*


\* *Admitted Pro Hac Vice*
\*\* *Pro Hac Vice Forthcoming*