**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**D.N.N, *et al.*,**

***Petitioners-Plaintiffs*,**

**v.**

**JEREMY BACON, *et al.*,**

***Respondents-Defendants*.**

**Civil No.: 1:25-cv-01613-JRR**

**<u>ORDER</u>**

This matter comes before the court on Respondent-Defendants' Partial Motion to Dismiss. (ECF No. 89; the "Motion.") The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). Accordingly, for the reasons set forth in the accompanying memorandum opinion, it is this 9th day of December 2025:

**ORDERED** that the Motion (ECF No. 89) shall be, and is hereby, **GRANTED IN PART and DENIED IN PART** as follows: **GRANTED** to the extent it seeks dismissal of Count II of the Second Amended Complaint; and **DENIED** in all other respects; and further it is

**ORDERED** that Count II of the Second Amended Complaint shall be, and is hereby, **DISMISSED without prejudice**; and further it is

**ORDERED** that, within fourteen days of entry of this order, the parties shall confer and submit a jointly proposed deadline for Respondent-Defendants to answer the Second Amended Complaint.

/s/
Julie R. Rubin
United States District Judge