**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JEREMY BACON, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-01613-JRR |

**DECLARATION OF JARED A. LEVINE**

I, Jared A. Levine, pursuant to 28 U.S.C. §1746, declare the following under penalty of perjury:

1.      I am a Partner in the law firm of Crowell & Moring LLP ("Crowell"), an active member of the New York State bar, and admitted *pro hac vice* to practice before this Court in the above captioned litigation.

2.      I submit this declaration attaching exhibits in support of Plaintiffs' Renewed Motion for Renewed Motion for Class Certification and Preliminary Injunction.

3.      The attached exhibits include several new declarations collected from individuals recently detained at the Immigration and Customs Enforcement ("ICE") Field Office in Baltimore, specifically in the holding cells ("Baltimore Hold Rooms").

4.      Legal professionals from both the Amica Center for Immigrant Rights ("Amica Center") and Crowell used the ICE Detainee Locator to track the detention location of known individuals who had previously been held at the Baltimore Hold Rooms.

5.      Once the noncitizen's location was determined, Amica Center staff would coordinate a legal phone call with the facility. During the phone call, Amica Center and/or Crowell

staff would gather information regarding the noncitizen's experience at the Baltimore Hold Rooms, using interpretation services if needed. Amica Center and/or Crowell staff would draft a declaration and read the declaration back to the noncitizen, word for word, and confirm its accuracy. Given the urgency of this litigation, the difficulty in sending legal documents to/from ICE facilities across the country, and the quick-moving nature of ICE detention, the Amica Center and/or Crowell staff member would obtain the noncitizen's verbal consent to sign on their behalf and attest to the accuracy of the declaration and the process used to obtain the declaration.

6.      Attached hereto as Exhibit 1 is a true and correct copy of a February 9, 2025 ICE memorandum from the Acting Field Officer Director of the Baltimore Field Office with the subject "Request for Medical Staffing on Blue Floor / Hold Room Waiver," which was produced at Bates Number REL0000204953.0001 by ICE in a FOIA litigation captioned *Amica Center for Immigrant Rights et al v. ICE*, 1:25-cv-2386 (D. Md. 2025).

7.       Attached as Exhibit 2 is a true and correct copy of the transcript of the deposition of Officer Jose Guerrero ("Guerrero Deposition"), taken in this action on December 4, 2025.[1]

8.      Attached as Exhibit 3 is a true and correct copy of the declaration of Dr. Joseph Goldenson, dated December 23, 2025.

9.      Attached as Exhibit 4 is a true and correct copy of the declaration of Dr. Graeme Blair, dated December 23, 2025.

10.      Attached as Exhibit 5 is a true and correct copy of ICE's 2011 Performance-Based National Detention Standards (Revised 2016), which is publicly available on ICE's website at https://www.ice.gov/detain/detention-management/2011.

---

[1] This exhibit contains redactions of certain personal identifying information that Defendants have designated as confidential pursuant to the Court's entered Protective Order. Plaintiffs reserve the right to challenge these designations at a later time.

11.    Attached as Exhibit 6 is a true and correct copy of ICE's 2025 National Detention Standards, which is publicly available on ICE's website at https://www.ice.gov/detain/detention-management/2025.

12.    Attached as Exhibit 7 is a true and correct copy of Defendants' Supplemental Responses to Plaintiffs' Interrogatories in this action, dated September 16, 2025.

13.    Attached as Exhibit 8 is a true and correct copy of the Declaration of Edward Doe, dated December 22, 2025.

14.    Attached as Exhibit 9 is a true and correct copy of the Declaration of Geoffrey Afamefuna Akaolisa, dated December 17, 2025.

15.    Attached as Exhibit 10 is a true and correct copy of the Declaration of Gustavo Adolfo Garcia-Vigil, dated December 17, 2025.

16.    Attached as Exhibit 11 is a true and correct copy of the Declaration of Yamileth Arely Martir de Medina, dated August 28, 2025.

17.    Attached as Exhibit 12 is a true and correct copy of the Declaration of Antonio Salazer Monge, dated December 5, 2025.

18.    Attached as Exhibit 13 is a true and correct copy of the Declaration of Angel Tlapanco Peralta, dated December 5, 2025.

19.    Attached as Exhibit 14 is a true and correct copy of Defendants' Responses to Plaintiffs' Interrogatories in this action, dated September 8, 2025.

20.    Attached as Exhibit 15 is a true and correct copy of a document titled "Emergency referrals – Baltimore Hold Room from Feb. 1, 2025, to present," dated September. 26, 2025 and produced by Defendants in this action at Bates number *DNN v. Baker*, 25-cv-1613-PROD DOC-000186.

21.    Attached as Exhibit 16 is a true and correct copy of a document titled "Book Ins to Baltimore Hold Room Detention Location by Day and Month, 02/01/2025 - 09/12/2025," produced by Defendants in this action at Bates number *DNN v. Baker*, 25-cv-1613-PROD DOC-000072.

22.    Attached as Exhibit 17 is a true and correct copy of the November 2015 Settlement Agreement entered in *Duvall et al. v. Hogan et al.*, 1:94-cv-02541, ECF No. 541-2 (D. Md. Dec. 23, 2015).

23.    Attached as Exhibit 18 is a true and correct copy of the supplemental Declaration of Plaintiff V.R.G., dated December 19, 2025.

24.    Attached as Exhibit 19 is a true and correct copy of the supplemental Declaration of Plaintiff D.N.N., dated December 22, 2025.

25.    Attached as Exhibit 20 is a true and correct copy of the Declaration of Ian Austin Rose, dated December 22, 2025.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2025                    */s/ Jared A. Levine*_____

4