**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

D.N.N. *and* V.R.G, *on behalf of themselves and all others similarly situated*,

*Petitioners-Plaintiffs*,

v.

JEREMY BACON, *et al.*,

*Respondents-Defendants*.

Case No. 1:25-cv-01613-JRR

**[PROPOSED] ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Petitioners-Plaintiffs' Motion for Class Certification and Preliminary Injunction, is GRANTED.

The Court accordingly CERTIFIES the following class: All persons who are now or in the future will be detained by U.S. Immigration and Customs Enforcement ("ICE") at the Hold Rooms of the ICE Baltimore Field Office (the "Baltimore Hold Rooms").

The Court hereby appoints Plaintiffs D.N.N. and V.R.G. as Class Representatives and appoints National Immigration Project, Amica Center for Immigrant Rights, and Crowell & Moring LLP as Class counsel.

Furthermore, the Court ORDERS that each of the Defendants, the officers, agents, employees, contractors, and attorneys of each of them, and all persons in active concert or participation with any of the foregoing are **ENJOINED AND RESTRAINED,** pending the final determination of this action, as follows:

I. Defendants shall ensure that no person detained by ICE at the Baltimore Hold Rooms (hereinafter "Detained Individual"), is held or detained in any hold room or other room, cell or other space (collectively referred to as a "Hold Room")

(a) having a floor area (exclusive of floor area within 8 feet from any toilet) less than 50 square feet multiplied by the number of such Detained Individuals held therein;

(b) that is not furnished with a clean bedding mat and blanket for sleeping for each Detained Individual held overnight. Additional blankets must be provided on request;

(c) that is not cleaned thoroughly at least once each day by ICE staff or ICE contracted employees; and

(d) that is not furnished with adequate supplies of hygiene products to give each Detained Individual adequate daily supplies of soap, towels, toilet paper, oral hygiene items (including toothbrushes and toothpaste), and feminine hygiene products. Individuals must be permitted to keep the provided hygiene products on their person.

II. Defendants will provide adequate medical care and screening to Detained Individuals in the Baltimore Hold Rooms. Specifically, Defendants

(a) will ensure that a medical professional or specially trained detention officer will conduct a basic medical screening on each Detained Individual within 12 hours and prior to placing them in a hold room with other detained individuals. Screening will be sufficient to identify and begin necessary treatment of those with mental or physical illness and injury; to provide access to prescription medication without interruption; to recognize, segregate, and treat those with communicable diseases; to provide medically necessary special diets; and to recognize and provide necessary services to Detained Individuals with physical disabilities;

(b) Provide prompt access to over-the-counter pain medication and, within 24 hours after intake, provide access to any prescription medications necessary to ensure continuity of treatment for Detained Individuals with a prescription for medication, and provide

Detained Individuals the right to possess, receive, and retain their prescribed medication on their person at all times, consistent with any prescription; and

(c) Provide prompt access to medical care when requested by a Detained Individual, regardless of the language spoken to make the request, including access to the services of licensed medical personnel, without charge, between the hours of 7 a.m. and 9:30 p.m. In the case of emergencies, respond immediately and provide access to emergency medical care at all times.

III. Within one hour of their arrival to the Hold Room, Defendants must provide written notice in English and Spanish to any Class member informing them of their right to the provisions and services noted herein. If a Class member is illiterate or has limited English or Spanish proficiency, Defendants must provide in-person or telephonic interpretation, including for all ICE- and facility-related information.

IV. Within 60 days of this Order, Defendants will adopt written procedures governing standards for the welfare, health, and safety of Detained Individuals, along with requirements for monitoring and ensuring compliance, consistent with ICE's Performance-Based National Detention Standards.

It is also ORDERED that Defendants shall, within 72 hours of the issuance of this order, transmit a copy of this Order to Defendants' officers, employees, agents, and contractors who have responsibilities related to the subject matter of this Order;

Defendants are also ORDERED not to retaliate in any manner against a Detained Individual for complaining about any alleged violation of this order.

Dated: February __, 2026

______________________________

HON. JULIE REBECCA RUBIN
United States District Judge