**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *et al.*,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>JEREMY BACON, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-01613-JRR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Physical Exhibit, it is hereby ORDERED that the Motion for Leave is GRANTED.

IT IS SO ORDERED.

______________________________
Date

______________________________
HON. JULIE REBECCA RUBIN
United States District Judge