IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **D.N.N**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **VERNON LIGGINS,** *et al.*, <br><br> **Defendants.** | Civil No.: 1:25-cv-01613-JRR |

### ORDER

It is this 9th day of February 2026, **ORDERED**:

The parties shall appear at **10:00 a.m. on February 19, 2026**, in Courtroom 3A, for a hearing on Plaintiffs' Renewed Motion for Class Certification and Preliminary Injunction. (ECF No. 127.)

Contemporaneous with the filing of briefs, the parties shall deliver three (3) courtesy copies to chambers assembled in binders. If one courtesy copy consumes more than one binder, binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2). Each binder shall include a full table of contents of all papers and exhibits.

The parties shall advise chambers as promptly as possible if they intend to call witnesses. By no later than **February 13, 2026**, the parties shall file a joint report setting forth the number and names/titles of any witnesses each side intends to call (to be categorized as "will call" and "may call"), and any other matters the parties wish to convey to the court. Further, by **February 18, 2026, at 12:00 p.m.**, the parties shall provide three (3) courtesy copies of any hearing exhibit binders for use by the courtroom deputy, witness stand, and the bench. The binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2), as necessary. Each binder shall include a full table of contents of all exhibits contained in all binders (be there more than one). All exhibits shall

be tagged and numbered prior to the hearing in accordance with Local Rule 106.7.a. The parties shall meet with one another prior to the hearing to review and make available for copying/electronic transmission one another's exhibits in accordance with Local Rule 106.7.b. Parties are advised that the court follows Local Rule 107.5.b regarding admission of exhibits in evidence.

The court will not hear opening statements. Closing arguments shall proceed as follows: Plaintiffs and Defendants shall each have 20 minutes to present closing argument. Plaintiffs shall then have 10 minutes to use as rebuttal closing argument following Defendants' arguments. The parties are entitled to present witness testimony as follows: Direct examination shall be limited to 30 minutes per witness; cross-examination shall be limited to 30 minutes per witness; re-direct examination shall be limited to whatever portion of time has been reserved by the party calling the witness on direct. There shall be no re-cross examination.

Except in the case of rebuttal witnesses, no witness shall be called to testify more than once. In the event Plaintiffs and Defendants plan to call the same witness, they shall coordinate before the hearing as to the timing of that witness as a courtesy among counsel and to the court; the court may allow cross-examination beyond the scope of direct accordingly, and will consider additional examination time if the court finds it necessary and appropriate.

/S/
_____
Julie R. Rubin
United States District Judge