**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**D.N.N,** ***et al.*****,**

***Petitioners-Plaintiffs*****,**

**v.**

**VERNON LIGGINS,[1]** ***et al.*****,**

***Respondents-Defendants*****.**

**Civil No.: 1:25-cv-01613-JRR**

## ORDER

Pending before the court is Petitioners-Plaintiffs' Motion to Seal at ECF No. 128 (the "Motion") in which they seek to seal Exhibit 15 (ECF No. 128-1) to their Motion for Class Certification and Preliminary Injunction because it contains unredacted personal health information. The court has reviewed the materials sought to be sealed and is satisfied that they contain sufficiently sensitive and confidential information, and that no alternatives to sealing would sufficiently protect the information from disclosure. Local Rule 105.11 (D. Md. 2025). Accordingly, it is this 10th day of February 2026,

**ORDERED** that the Motion (ECF No. 128) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that filings at ECF No. 128-1 shall be **SEALED**.[2]

/s/
Julie R. Rubin
United States District Judge

[1] Vernon Liggins was recently named Acting Field Office Director for Immigration and Customs Enforcement's Baltimore Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Vernon Liggins for Jeremy Bacon as a Defendant in this action.
[2] In the future, motions to seal and proposed sealed documents should be filed in accordance with the court's procedures on the filing of same, available at https://www.mdd.uscourts.gov/content/sealed-civil-documents.