DNN et al

vs.

Liggins et al

**Civil No. JRR-25-cv-1613**                                   **Plaintiff Exhibits**

**3/3/26 Motions Hearing**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 3 | 3/3/26 | 3/3/26 | Copy of Goldenson report |
| 4 | 3/3/26 | 3/2/26 | Expert report |
| 8 | 3/3/26 | 3/3/26 | Declaration from Ms. Durant |
| 9 | 3/3/26 | 3/3/26 | Second data expert report |
| 24 | 3/3/26 | 3/3/26 | Population report |