IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| D.N.N. et al<br>**Plaintiff** | * | |
| vs. | * | Case No.: JRR-25-cv-1613 |
| Liggins et al<br>**Defendant** | * | ✓ FILED ___ ENTERED<br>___ LOGGED ___ RECEIVED |
| | * | 3:40 pm, Mar 03 2026<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ___R.C.___ Deputy |
| | ****** | |

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S EXHIBITS**

ALL

All Plaintiff's exhibits
returned: 3/3/26

**DEFENDANT'S EXHIBITS**

ALL

All Defendant's exhibits
returned: 3/3/26

Received the above listed exhibits this date:

Counsel for Plaintiffs:
Jared Levine

Counsel for Defendants:
Brendan Moore

Date: March 3, 2026