# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D.N.N. and V.R.G., *on behalf themselves and all others similarly situated*,  *Petitioners-Plaintiffs*,  v.  VERNON LIGGINS, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office; JOSEPH C. BURKI, in his official capacity as Assistant Field Office Director of the Immigration and Customs Enforcement and Removal Operations Baltimore Field Office; MONICA BURKE, in her official capacity as Assistant Director of Custody Management in Immigration and Customs Enforcement and Removal Operations MARCOS CHARLES, in his official capacity as Executive Associate Director of the Immigration and Customs Enforcement and Removal Operations; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States, *Respondents-Defendants*. | Civil Action No.: 1:25-cv-01613 |

In response to the Court's March 3, 2026 oral request for updated information concerning the government personnel and officials holding the positions named in this lawsuit, Defendants state as follows:

1. Attorney General – Pamela Bondi

2. Secretary of the Department of Homeland Security – Kristi Noem

3. Assistant Director of Custody Management in Immigration and Customs Enforcement and Removal Operations – Monica Burke

4. Assistant Field Office Director of the Immigration and Customs Enforcement and Removal Operations Baltimore Field Office – Joseph C. Burki

5. Executive Associate Director of the Immigration and Customs Enforcement and Removal Operations – Marcos Charles

6. Interim Assistant Director of Custody Management in the Immigration and Customs Enforcement and Removal Operations – N/A

7. Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office – Vernon Liggins[1]

                                    Respectfully submitted,

                                    BRETT A. SCHUMATE
                                  Assistant Attorney General

                                    WILLIAM C. SILVIS

---

[1] The names and titles in nos. 1-7 also appear in the case caption.

Assistant Director

<u>/s/ Brendan T. Moore</u>
BRENDAN T. MOORE
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Tel: (202) 880-0330
E-mail: Brendan.t.moore@usdoj.gov


Attorneys for Defendants