**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**D.N.N, *et al.*,**

***Plaintiffs*,**

**v.**

**VERNON LIGGINS, *et al.*,**

***Defendants*.**

**Civil No.: 1:25-cv-01613-JRR**

**ORDER**

Pending before the court is Defendants' Motion to Seal at ECF No. 137 (the "Motion") in which they seek to seal Exhibit A (in its unredacted form) and Exhibit F (in its entirety) attached to their Opposition to Plaintiffs' Motion for Class Certification and Preliminary Injunction. Defendant contends these exhibits contain unredacted personal health information, names of government employees, and information that is "law enforcement sensitive." The court has reviewed the materials sought to be sealed and is satisfied that they contain sufficiently sensitive and confidential information, and that no alternatives to sealing would sufficiently protect the information from disclosure. Local Rule 105.11 (D. Md. 2025). Accordingly, it is this 30th day of March 2026,

**ORDERED** that the Motion (ECF No. 137) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that filings at ECF No. 136 shall be **SEALED**.

/s/
Julie R. Rubin
United States District Judge