**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **D.N.N**, *et al.*, | |
| *Plaintiffs,* | |
| v. | **Civil No.: 1:25-cv-01613-JRR** |
| **VERNON LIGGINS,** *et al.*, | |
| *Defendants.* | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Status Report at ECF No. 180, it is this 31st day of March 2026, **ORDERED** that the Scheduling Order at ECF No. 173 shall be amended as set forth herein.  The order at ECF No. 173 otherwise remains in full force and effect.

**Scheduling Order Deadlines**

| | |
|---|---|
| April 30, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| August 14, 2026: | Plaintiffs' Rule 26(a)(2) disclosures |
| September 14, 2026: | Defendants' Rule 26(a)(2) disclosures |
| September 28, 2026: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| October 5, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| October 23, 2026: | Discovery deadline; submission of status report |
| October 30, 2026: | Requests for admission |
| November 24, 2026: | Dispositive pretrial motions deadline |

**Deposition Hours (Scheduling Order Section III.B)**

Each side shall be limited to 21 hours of depositions of fact witnesses (including parties).

_____/s/_____
Julie R. Rubin
United States District Judge