# Exhibit E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# DECLARATION OF RODRIGO HERMOGENES GONZALEZ-VARGAS

I, Rodrigo Hermogenes Gonzalez-Vargas, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## My Background

1. I am Rodrigo Hermogenes Gonzalez-Vargas from Nicaragua. I have family members in the United States, including my parents, my wife and my two children - a girl who is seven years old and a boy who is sixteen years old.

2. Before my detention, I was unemployed for about a month, but before that I worked as a building cleaner in Maryland. My responsibilities included cleaning, brooming and moping. I financially supported my entire family with my job as a building cleaner.

3. I currently have a pending asylum application.

4. ICE arrested me on May 30, 2026, while I was driving on the Capital Beltway (Interstate 495). ICE did not show me a warrant for my arrest. I was taken to the Baltimore ICE Field Office holding room and detained for approximately three days. When ICE decided to detain me, they did not inform me of their decision or tell me where I would be held. I kept asking them questions as to where they would be taking me, but I was ignored. At the Baltimore Field Office, I was given documents in both English and Spanish during processing related to my detention.

## Conditions at the Baltimore ICE Field Office Holding Rooms

5. I was detained in the holding room at the Baltimore ICE Field Office from Saturday, May 30, 2026, at approximately 9:40 am until Monday, June 2, 2026, until approximately midnight, for approximately three days. The room I was in was not large in size.

6. When I was detained, I did not get any paperwork about my rights during my time in the Baltimore holding room.

7. I was asked screening questions about my current health and medical history. I was also asked if I take any medication. I was asked about my mental health, but I was not asked if I require any specific diets or food. During this health screening, the officers did not write the answers down, nor was I given a copy of my intake form.

8. In the holding room, I was held with only men. There were approximately 20 men in the room I was in. When laying down to sleep we were so close to each other that we touched each other's toes.

9. When I arrived to the Baltimore Field Office, the holding room and toilet were clean. However, during my detention, we ourselves cleaned the holding area and toilet. We were given only a broom to clean.

10. I was not able to take a shower while detained at the Baltimore Field Office holding room and was only given a small toothpaste, a toothbrush and toilet paper. Whenever we requested toothpaste, it was given to us, and we were allowed to keep these items with us.

11. On the first day of arrival to the Baltimore holding room, I was not given a mattress and had to sleep on the floor. On the second day, I was finally given a mattress at approximately 8:00 pm to sleep on. I was also given a Mylar blanket. The holding room was very cold and it was difficult to sleep in the holding room as a result.

12. I had access to a water fountain that was built-in as part of the toilet. I was never given bottled water during my detention in Baltimore.

13. In the mornings and also for dinner, we were given two slices of bread with mortadella and for lunch we were given a cup of noodle soup called Maruchan. The quality of the food was inadequate. I did not observe anyone else receive special meals based on religion or medical needs. I lost approximately 4 to 5 pounds during my detention in the Baltimore holding room.

14. I was only provided once with access to a phone to call my family. Neither I nor anyone else detained there were ever given access to clergy or consulate staff.

15. During my detention in Baltimore, I was never given access to legal representation. I have an attorney from Amica Center, but was never given access in person or by phone to talk to her while at the Baltimore holding room. I was never able to get documents from my attorney during my detention in Baltimore.

16. My native language is Spanish and the officers never provided me with a translator or another officer who could speak and translate from English to Spanish. The officers did not speak to me in Spanish. I did receive paperwork in Spanish during processing.

17. During my transportation to the Baltimore Detention Center the officers kept the air conditioning on high in the car and at times they would stop and get out of the car and would leave me inside with the cold air blasting through the vents.

18. I was transferred from the Baltimore ICE Field Office to the Farmville Detention Center in Virginia, where I arrived at approximately 4:30 am to 5:00 am on Tuesday, June 3, 2026. Neither I nor my legal counsel were informed of the transfer and when it would be taking place.

Executed this 25th day of June 2026, in Farmville, Prince Edward County, Virginia.

/s/ *Rodrigo Hermogenes Gonzalez-Vargas*
Rodrigo Hermogenes Gonzalez-Vargas

I, Louis Suazo, of Crowell & Moring LLP, affirm that Rodrigo Hermogenes Gonzalez-Vargas, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Rodrigo Hermogenes Gonzalez-Vargas in person to obtain his signature. I spoke with Rodrigo Hermogenes Gonzalez-Vargas by phone, documented his statement, and drafted this declaration accordingly. At 5:00 pm on June 25, 2026, I read the declaration back to Rodrigo Hermogenes Gonzalez-Vargas word for word to confirm its accuracy, and Rodrigo Hermogenes Gonzalez-Vargas affirmed that it was accurate.

Executed this 25th day of June, 2026, in Forney, Kaufman County, Texas.

*/s/ Louis Suazo*______
Louis Suazo
Crowell & Moring LLP