# Exhibit F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# DECLARATION OF JUAN ERASMO BERMUDEZ

I, Juan Erasmo Bermudez, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## My Background

1. I am Juan Erasmo Bermudez from El Salvador. I have family members in the United States, including my two children, my wife and two sisters. One of my sisters is a lawful permanent resident.

2. Before my detention, I owned a painting company and worked on residential and commercial properties. I was the owner/operator and my responsibilities included payroll, buying materials, contract negotiations and painting. I financially supported my wife through my work.

3. I have various medical conditions which have surfaced in the last few years. I have diabetes, gastritis, hypertension and have persistent sinus infections. I take medicine for all these conditions.

4. I am currently in removal proceedings. I understand that my attorney has filed a habeas corpus petition on my behalf.

5. ICE arrested me on the morning of June 12, 2026, in Frederick, Maryland. I was driving home after dropping off supplies for my employees at a worksite when I noticed that I was being followed and realized it was ICE. I pulled into my driveway, and the officers surrounded me. They did not show me a warrant. I told them I had a pending court date, but they said I had to go with them. When they handcuffed me, the handcuffs were very tight. I told them they were hurting me, but they told me to deal with it.

## Conditions at the Baltimore ICE Field Office Holding Rooms

6. I was detained in a holding room at the Baltimore ICE Field Office for approximately five days, from the morning of Friday, June 12, 2026, until the morning of Wednesday, June 17, 2026. When I went in, I saw a sign that said that the room was intended for eleven people, but at one point there were twenty-four people inside and at the lowest there were nineteen people. We were so crowded that we were nearly on top of one another.

7. When I was detained, I did not get paperwork about my rights during my time in the Baltimore hold rooms.

8. On Friday, I was not initially asked screening questions about my current health and medical history. I was not asked whether I required a specific diet or food. I had to tell them I had medical conditions and eventually went to the hospital that same day because my blood pressure dropped and blood sugar spiked because I didn't have my medicine.

9. At the hospital, I was given prescriptions, but they were not filled until Monday, three days later. I had been asking for my medication since I returned from the hospital on Friday. ICE did not fill the prescriptions until I repeatedly complained that I was feeling sick again.

10. In the holding room, I was held with only men.

11. Our cell was filthy and had only one toilet. We did our best to keep it clean ourselves. There were only two benches, so anyone who could not sit on a bench had to sit on the floor. I cannot imagine how bad the cell would have been if we had not worked together to clean it. On Monday and Wednesday, someone came in and sprayed liquid around the cell and did nothing more. They moved us to another cell while this was being done.

12. They did not provide us with toothbrushes, toothpaste, or soap. I was unable to bathe the entire time I was there, and I smelled terrible. After I repeatedly complained to a guard that I had not bathed in four days, he brought me a moist towelette and told me to clean myself with it. That was all I received. They gave us one roll of toilet paper at a time and only brought another roll when we asked. Even then, they took a long time to bring it. When they gave us toilet paper, they told us to use it wisely because they would not keep bringing more.

13. I was not given any sleeping materials or bedding, except for an aluminum blanket. I kept the same blanket for all five days. Some people asked for more than one blanket, but we were told that one was enough. The cell was very cold.

14. We mainly drank water from the same faucet we used to wash our hands. Once a day, they brought us a five-gallon container filled with water, but it smelled just like the faucet water. The smell was terrible.

15. For food, they would give us a sandwich with a cold cut, and a children's sized fruit juice. Some days I wouldn't eat the sandwich because it looked and smelled rotten. Sometimes you could only eat the little bit that wasn't bad. You had to be careful. In the afternoon, we were given ramen noodles. For dinner they gave us the same thing as breakfast but with water instead of fruit juice. Sometimes, the bread was moldy, and I had to take the mold off. From what I saw, everyone received the same meals. I lost a lot of weight. The week that I was detained, I went to the doctor and weighed 234 pounds, and when I left the holding room and weighed in during intake, I weighed 223 pounds.

16. When I arrived at the holding room, they gave me one three-minute phone call. I was not allowed to use the phone again. I did not have access to consulate staff or clergy.

17. I didn't have an attorney. My family sent a lawyer to see me on Tuesday. She told me that she could get me released from the holding room but if they moved me to Farmville it would be difficult for me to be released. She didn't take my case.

18. The guards would primarily only speak in English to us, but there was one guy who spoke a little Spanish. I would try to talk with him, but he couldn't talk to me long because he said he had to speak with everyone else.

19. Whenever we asked the staff for anything, they would threaten to send us somewhere worse than where we already were. Because of those threats, we tried not to ask for anything or say anything at all.

20. I was transferred from the Baltimore ICE Field Office to Chantilly, Virginia on the morning of Wednesday, June 17, 2026. I believed they wanted to move me out of the office quickly because the lawyer who spoke with me on Tuesday was surprised that I was still there. The lawyer told me that, under the law, I was only supposed to be held there for 72 hours and by then I had already been there for about 24 hours longer than that. Early Wednesday morning, staff came to the holding room and quickly transferred me in a private car instead of the usual transport van. As I was leaving, a guard walked up to the car, threw some papers onto the seat next to me and told me they were for me and to pick them up when I got out. I later realized those papers had a new court date on them.

Executed this 10th day of August 2026, in Farmville, Virginia.

/s/ Juan Erasmo Bermudez
Juan Erasmo Bermudez

I, Louis Suazo, of Crowell & Moring LLP, affirm that my client, Juan Erasmo Bermudez, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Juan Erasmo Bermudez in person to obtain his signature. I spoke with Juan Erasmo Bermudez by phone, documented his statement, and drafted this declaration accordingly. At 4:00 pm on August 10, 2026, I read the declaration back to Juan Erasmo Bermudez word for word to confirm its accuracy, and Juan Erasmo Bermudez affirmed that it was accurate.

Executed this 10th day of August 2026, in Forney, Texas.

/s/ Louis Suazo
Louis Suazo
Crowell & Moring LLP