# Exhibit G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF ESTANISLAO LORENZO CRUZ**

I, Estanislao Lorenzo Cruz, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Estanislao Lorenzo Cruz from Guatemala. I do not have family who live in the United States.

2. Before my detention, I worked as a landscaper in Maryland. My responsibilities included mulching and lawnmowing. I financially supported my family in Guatemala, including my wife and kids.

3. I have diabetes, hypertension and a heart condition. I take metformin and insulin as well as medication for hypertension and a heart condition. I don't remember the names of all the medications I take.

4. I am in removal proceedings and have an upcoming court date.

5. I was arrested by ICE on June 14, 2026, in Edgewood, Maryland. I was driving to work and was stopped and then handcuffed almost instantly. They did not have a warrant and was never told I had a warrant. During transport to the Baltimore ICE Field Office, I had a medical episode and was taken to the hospital before going to the Baltimore field office that same day. I was given a document with a court date and a document that talked about my rights in English and Spanish.

6. The cell I was in had approximately 20 people but I remember a sign saying that the cell capacity was 10 or 11 people.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

7. I was detained in the holding room at the Baltimore ICE Field Office from June 14, 2026, to June 18, 2026, for approximately three days. The room I was in was about 10 feet by 16 feet.

8. I did not receive a medical screening in the holding room. Shortly after my arrest in Edgewood, my body began shaking and I told the ICE agents that I was not feeling well. ICE then transported me directly to the hospital before taking me to the Baltimore ICE Field Office. I was asked screening questions at the hospital about my current health and medical history. I was asked if I take any medication. I was asked about my mental health. I was asked if I require any specific diet or food. The answers were written down. I did not get a copy of any intake forms from the hospital. I was given medicine at the hospital.

9. When I was detained, I got paperwork about my rights to appeal and legal representation, but that was it.

10. In the holding room, I was held with only men. There were 20 people in the room I was in. The cell was packed tight and there was no space to sit.

11. We were kept in a very cold cell that was not taken care of and it only had one toilet. I only saw them clean the cell once for about 20 minutes. They took us out of the cell while they cleaned it. We worked hard to keep it clean otherwise the cell would be filthy.

12. We received only toilet paper. We were not allowed to bathe. I spent three days without bathing. We were not given a toothbrush or toothpaste. Not even a bar of soap. Even for the toilet paper, when we ran out, it could take hours until they brought us a new roll. I heard staff make comments to people to stop asking for so much toilet paper because they would not bring anymore.

13. I was given one aluminum blanket and kept the same one the entire time. It was filthy and smelled. We all slept on the floor, packed in tightly.

14. The main access to water we had was a five-gallon cooler that was brought in daily. Besides that we received one small bottle of water with each meal. I would hear people ask for more water. Sometimes they would get it, sometimes they would not. Even when they did get it, it always took a long time.

15. Our breakfast was a sandwich with a slice of ham and a slice of American cheese. I believe we received an apple and also a small bottle of water. A lot of people complained that the ham slice had gone bad but I didn't care because I was happy to just receive my medicine. I thought it was better to cooperate and make sure I get my medicine then be left for dead without it. I would get an extra bottle of water a day so that I could take my medicine. When I entered the holding room, I weighed 180 lbs. and when I left, I weighed 169 lbs.

16. I was given one five-minute call.

17. I was transferred from the Baltimore ICE Field Office to board an airplane in Virginia on June 18, 2026, and I was transferred to another Detention Center in Texas. After approximately two weeks in Texas, I was transferred to another Detention Center in Louisiana and spent 3 days there. At the end of those 3 days in the Detention Center in Louisiana, I was transferred once again by airplane to the Imperial Regional Detention Facility in Calexico, California. That is where I am now.

Executed this 11th day of August 2026, in Calexico, California.

/s/ Estanislao Lorenzo Cruz
Name: Estanislao Lorenzo Cruz

I, Louis Suazo, of Crowell & Moring LLP, affirm that my client, Estanislao Lorenzo Cruz, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Estanislao Lorenzo Cruz in person to obtain his signature. I spoke with Estanislao Lorenzo Cruz by phone, documented his statement, and drafted this declaration accordingly. At 4:00 pm EST on August 11, 2026, I read the declaration back to Estanislao Lorenzo Cruz, word for word to confirm its accuracy, and Estanislao Lorenzo Cruz affirmed that it was accurate.
.

Executed this 11th day of August, 2026, in Forney, Texas.

/s/ Louis Suazo
Louis Suazo
Crowell & Moring LLP