# Exhibit I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF LUIS MOROCHO**

I, Luis Morocho, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Luis Morocho from Ecuador. I have a common-law wife, Mary, who is 1.5-months pregnant, here in the United States.

2. Before my detention, I worked as a day laborer in construction. My responsibilities included working on HVAC systems. I was the sole provider and financially supported my common-law wife, Mary.

3. I have no medical conditions.

4. ICE arrested me on Saturday, April 4, 2026 at the intersection of Patapsco Avenue and Washington Blvd. in Baltimore, Maryland. I was driving and ICE blocked me and pulled me out of my car and apprehended me. ICE never showed me a warrant for my arrest. I was taken to the Baltimore ICE Field Office holding room and was detained for approximately four days. When ICE decided to detain me, they did not inform me of their decision or tell me where I would be held.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

5. I was detained in the holding room at the Baltimore ICE Field Office from April 4, 2026 at approximately 9:00 am to Tuesday, April 7, 2026, at approximately 7:00 pm or 8:00 p.m., in total about four days The room I was in was small in size and was very cold inside.

6. When I was detained in the Baltimore hold rooms, I got paperwork in English about my rights to legal representation. That was the only paperwork I got.

7. I was asked screening questions about my current health and medical history. I was asked if I take any medication. I was asked about my mental health. I was not asked if I require a specific diet or food. When the screening happened, my responses were written down, but I did not receive a copy of the screening/intake form.

8. In the holding room, I was held with only men. There were 16 men in the room I was in. Every now and then they would bring in another 10-20 men, but they would be relocated to another holding room soon after.

9. Both the holding room and toilet were dirty as a result of the continuous use by the other men in the holding room. In the mornings, ICE would transfer us to another room while they were cleaning the toilet and the holding room where we were being held.

10. I had access to hygiene items, such as soap, toilet paper, and a toothbrush and small toothpaste. These items were available in the holding cell, but we were only allowed one per person. If I requested any additional pieces of these items, sometimes the officers would give them out and at other times, they would tell us to wait until the items were replenished as none were available. We were allowed to keep these items with us in our holding room.

11. I was given a small mattress to sleep in from about 8:30 pm to 5:30 am, at which time they would take the mattresses from us. I was never given a regular blanket or a foil one. I was given the mattress every night. The holding room I was in was very cold all the time.

12. In the holding room, we had access to a water bottle with paper cups. One day the water was taken away because we were told that we were using too much water to drink and brush our teeth.

13. We were given meals three times a day. In the mornings we were given a small packet of cookies, refried beans, and sliced plantains. For lunch, we were given a cup of noodles, and for dinner, we were given two slices of bread with a slice of ham. The quality of the food was very low and it was served cold and did not taste good. I did not receive or observe anyone else receive special meals based on religion or medical needs. I lost about three pounds while detained at the Baltimore hold room.

14. I was given access to one phone call to family. I did not see anyone talking to clergy or consulate staff.

15. I did not have an attorney before I was detained, and was never able to speak to one while I was detained at the Baltimore holding room. I was never visited by legal counsel at the Baltimore ICE detention center.

16. I am a native Spanish-speaking person, and there was a Spanish speaking interpreter available during detention in the holding room.

17. I was transferred from the Baltimore ICE Field Office to the Caroline Detention Facility in Virginia at approximately 7:00 or 8:00 pm on Tuesday, April 7, 2026. I was never informed of the transfer by the ICE officials prior to being transferred.

Executed this 21st day of April 2026, in Caroline County, Virginia.

/s/ Luis Morocho ____
Name: Luis Morocho

I, Louis Suazo, of Crowell & Moring LLP, affirm that my client, Luis Morocho, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Luis Morocho in person to obtain his signature. I spoke with Luis Morocho by phone, documented his statement, and drafted this declaration accordingly. At 3:46 pm EST on April 21, 2026, I read the declaration back to Luis Morocho word for word to confirm its accuracy, and Luis Morocho affirmed that it was accurate.

.

Executed this 21st day of April 2026, in Forney, Kaufman County, Texas.

/s/ Louis Suazo________
Louis Suazo
Crowell & Moring LLP