# Exhibit K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF EVERARDO ENRIQUE BARDALES PINEDA**

I, Everardo Enrique Bardales Pineda, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Everardo Enrique Bardales Pineda. I have a wife and three children (two daughters and a son) in the United States.

2. Before my detention, I worked in construction materials fabrication in Maryland. My responsibilities included casting cement and metal culvers for streets. I financially supported my whole family.

3. ICE arrested me on Sunday, June 7, 2026 at Annapolis, Maryland. ICE never showed me a warrant for arrest. I was taken to Baltimore ICE Field Office holding room and processed for approximately 24 hours. When ICE decided to detain me, they did not inform me of their decision or tell me where I would be held. I received English documents, which I could not understand, during processing related to my detention.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

4. I was detained in the holding room at the Baltimore ICE Field Office from Sunday, June 7, 2026 to Monday, June 8, 2026, for approximately 24 hours. The room I was in was approximately 11' x 11' in size.

5. When I was detained, I did not get paperwork about my rights during my time in the Baltimore hold rooms.

6. I was asked screening questions about my current health and medical history. I was asked if I take any medication. I was not asked about my mental health. I was not asked if I require any specific diets or food. During my health screening, my responses to their health screening questions were being typed into a computer. I was not given a copy of any intake form.

7. In the holding room, I was held with only men. There were 20 men in the room I was in. Since there were too many people crammed into the holding cell, I was mostly confined to a small area near the toilet facility which was very uncomfortable and unsanitary.

8. The holding room and toilet were uncleaned when I arrived. No one ever showed up to clean the holding room while I was being detained there.

9. I was only given a toothbrush and soap to brush my teeth and one of the other detainees suffered an allergic reaction to having to use a soap bar to brush his teeth. Once we were given a toothbrush and a bar of soap, we were told not to ask for anymore because there were none to distribute.

10. I was given a 2-inch mattress to sleep on the floor I was not given a regular blanket and instead was given a Mylar blanket. The holding room I was in was very cold and I could not sleep due to the coldness in the holding room.

11. We had access to water, but the water tasted rancid and I did not drink from it. The water was already there when I arrived in an Igloo plastic container.

12. I was only given a cup of noodle soup (Maruchan) when I arrived and then I was not given any other food until the next day at 6:00 am I was given another cup of noodle soup (also Maruchan). I did not observe anyone else receive special meals based on religion or medical needs.

13. Depending upon the officer on duty, I was given access to call my wife. I did not observe anyone that was detained having access to clergy and/or consulate staff.

14. I have an attorney representing me from Amica Center. I was given access to speak to my attorney, in person or via phone, while I was at the Baltimore holding room. I did ask to talk to my attorney, and one officer in particular was helpful while he was on duty, but the other officers ridiculed me and were not helpful at all. I was able to get documents from my attorney while being held at the Baltimore holding room.

15. My native language is Spanish and I was never provided with a Spanish-speaking translator or immigration officer during my detention in Baltimore. I also never received paperwork in Spanish, and the documents that I was given were printed in English only.

16. I was mistreated during the transportation to the Baltimore Detention Center as the handcuffs were very tight and I was under extreme pain.

17. I was transferred from the Baltimore ICE Field Office to Pennsylvania at approximately 7:00 pm on Monday, June 8, 2026. A few hours before being transferred I was told that I would be transferred to Virginia, but I ended up being transferred to Pennsylvania. My legal counsel was never informed of the transfer and when.

Executed this 25th day of June 2026, in Philipsburg, Pennsylvania.

/s/ *Everardo Enrique Bardales Pineda*
Everardo Enrique Bardales Pineda

I, Louis Suazo, of Crowell & Moring LLP, affirm that Everardo Enrique Bardales Pineda, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Everardo Enrique Bardales Pineda in person to obtain his signature. I spoke with Everardo Enrique Bardales Pineda by phone, documented his statement, and drafted this declaration accordingly. At 11:30 am on June 25, 2026, I read the declaration back to Everardo Enrique Bardales Pineda word for word to confirm its accuracy, and Everardo Enrique Bardales Pineda affirmed that it was accurate.

.

Executed this 25th day of June, 2026, in Forney, Kaufman County, Texas.

*/s/ Louis Suazo*______
Louis Suazo
Crowell & Moring LLP