# Exhibit L

**AFFIDAVIT OF THE PETITIONER**

1. My name is RTMG. I am currently in the custody of Immigration and Customs Enforcement at the Baltimore Hold Room in Baltimore, Maryland.

2. On Wednesday, April 15, 2026, I was on my way to work with some coworkers when the vehicle was stopped by ICE officials. My first thought was panic: my five children depend on me and would have no one to support them if I was detained, so I ran. However, I only got a couple steps – maybe two or three yards – before I realized that I wouldn't be able to *ever* do *anything* for my children ever again if I am shot dead, so I stopped running, put up my hands, and got on my knees.

3. ICE officials handcuffed me and brought me to an office in Sailsbury, Maryland. I spent a couple of hours at the Sailsbury office before they brought me to Baltimore. At that first office, one of their staff asked me if I take any medication or if I see a doctor. Around 4:30 or 5 that afternoon on April 15, I arrived to the Baltimore Hold Room. No one there asked me any questions about my health or wellbeing. The only questions I ever got on that topic were the two questions in Sailsbury.

4. That first evening, I got two sandwiches to eat for dinner. At night there were a lot of us in the room and it was very cold. Since I was arrested on my way to work, I was detained in my work clothes: it was just some work pants and a thin white tee shirt, but the rooms are really cold. They gave me a thin sheet of silver plastic to use as a blanket, and I keep that in my pants pocket.

5. I've been at the hold room two nights now. There were about 15 of us in the cell overnight. We had enough space for each of us to lay down, but we huddled close together for warmth. They shut off half the lights at night time and we did our best to sleep that way. My the next day there were around 23 of us in the cell at once.

6. The cell contains a toilet out in the open and a sink. Sometimes the sink works, and sometimes it doesn't, but the water pressure is, at best, enough to wet my hands but not wash them. The room was too crowded for us to avoid the toilet, so at least someone always had to be close to it. None of us has soap or a towel, or access to either. It wasn't until the next day, April 16, that I got a toothbrush and toothpaste, so the first day I went without completely. My hands are dirty and unsanitary though.

7. Yesterday, April 16, I had such a terrible, painful headache that I thought I was going to vomit. I asked for pain medication around 2 pm on April 16. Today is April 17, around 4:30 pm, and I still have not gotten any pain medication. I have not asked again today because I know that it will be a waste of my time. My cellmate has blood pressure problems and they have not even given him medication.

8. The rooms are thankfully fairly clean, even though we are not. I think they have been cleaned every day. The food is mixed: that first night they gave me two sandwiches but the next day for lunch all they gave me was two cookies and two pieces of candy. One of my meals was some sort of soup cup.

9. We have access to clean water when we want it, because it comes out of a large water jug. To drink the water, we were given a 4-ounce paper cone cup. I keep mine in my pocket. It is crumbled and soft now from use, but it is better than nothing.

I, RTMG, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.
Executed this 17th day of April 2026, in Baltimore, Maryland.
/s/ R.T.M.G. ____
R.T.M.G.

I, Rachel Girod, of Eldridge Crandell, LLC, affirm that my client, R.T.M.G., authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I was not able to visit R.T.M.G. in person to obtain his signature. I spoke with R.T.M.G. by phone, documented his statement, and drafted this declaration accordingly. At 4:30 pm EST on April 17, 2026, I read the declaration back to R.T.M.G. to confirm its accuracy, and R.T.M.G. affirmed that it was accurate.
Executed this 17th day of April 2026, in Baltimore, Maryland.

/s/ Rachel Girod
Rachel Girod
Eldridge Crandell, LLC