**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N., et al.,<br>*Plaintiffs*,<br>v.<br>VERNON LIGGINS, *et al.*,<br>*Defendants*. | Civil Action No.: 1:25-cv-01613-JRR |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion to Enforce Preliminary Injunction, the supporting Memorandum and exhibits, and the entire record herein, the Court FINDS and ORDERS as follows:

The Court FINDS that Defendants have violated the March 6 Preliminary Injunction Order (ECF No. 171) (the "PI Order") by exceeding the court-imposed cell capacity limits, failing to provide adequate access to medication, and failing to provide detained individuals with the required statement-of-rights.

It is hereby ORDERED that Defendants shall immediately comply with all provisions of the PI Order**,** including but not limited to the following:

a) Defendants shall immediately comply with the cell-capacity limits established by the PI Order, which requires that each Detained Individual have personal space of not less than 31 square feet (exclusive of floor area within eight feet of any toilet), resulting in the following maximum occupancy limits: Cell 1 (Male Hold Room #1): 16 persons; Cell 2 (Female Hold Room #2): 11 persons; Cell 3 (Male Hold Room #3): 14 persons; Cell 4 (ISO Hold Room #4): 2 persons; and Cell 5 (ISO Hold Room #5): 2 persons.

b) Defendants shall immediately comply with the medication access provisions of the PI Order, which require providing prompt access to over-the-counter pain medication upon request and, within 24 hours following intake, providing access to any prescription medications necessary to ensure continuity of treatment for Detained Individuals with a prescription for medication, and providing Detained Individuals the right to possess any personal inhaled medication on their person, in accordance with the PI Order.

c) Defendants shall immediately comply with the statement of rights provision of the PI Order, which requires providing written notice in English and Spanish to each Detained Individual, within one hour of arrival at the Baltimore Hold Rooms, informing them of their right to the provisions and services set forth in the PI Order. If a Detained Individual is illiterate or has limited English or Spanish proficiency, Defendants must provide in-person or telephonic interpretation.

And it is further ORDERED that, within fourteen (14) days of the entry of this Order, Defendants shall submit a sworn declaration from the Field Office Director or his designee certifying that written compliance procedures have been adopted and implemented, and specifically identifying those compliance procedures with respect to: (i) daily monitoring of cell-level occupancy; (ii) the provision of prompt access to over-the-counter and prescription medications in accordance with the PI Order's requirements; and (iii) the provision of written notice of rights to each Detained Individual within one hour of arrival, as required by the PI Order.

And it is further ORDERED that Defendants shall comply with the following prospective monitoring and reporting requirements:

a) Defendants shall submit weekly sworn declarations from the Field Office Director or his designee, certified to the Court under penalty of contempt, reporting: (i) the daily maximum population of each cell during the preceding week; (ii) the number of Detained Individuals who requested over-the-counter or prescription medication during the preceding week, the time of each request, and the time at which medication was provided; and (iii) the number of Detained Individuals who arrived at the Baltimore Hold Rooms during the preceding week and whether each was provided written notice of rights within one hour of arrival.

b) Defendants shall continue to produce cell data sheets to Plaintiffs on a weekly basis to enable independent verification of compliance.

c) Within fourteen (14) days of the entry of this Order, Defendants shall file a sworn declaration from the Field Office Director or his designee certifying that

Defendants are in full compliance with all other provisions of the PI Order, including but not limited to: (a) cleaning each Hold Room thoroughly at least once each day; (b) furnishing each Detained Individual with adequate daily supplies of soap, towels, toilet paper, oral hygiene items, and feminine hygiene products; (c) conducting a basic medical screening on each Detained Individual within 12 hours of entry; and (d) providing prompt access to emergency or hospital medical care as needed.

Dated: August __, 2026

_____________________________
HON. JULIE REBECCA RUBIN
United States District Judge