FILED: August 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6580
(1:25-cv-01613-JRR)

D.N.N.; V.R.G., on behalf of themselves and all others similarly situated

Plaintiffs - Appellees

v.

VERNON LIGGINS, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office; JOSEPH C. BURKI, in his official capacity as Assistant Field Office Director of the Immigration and Customs Enforcement and Removal Operations Baltimore Field Office; KENNETH GENALO, in his official capacity as Executive Associate Director of the Immigration and Customs Enforcement and Removal Operations; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; MONICA BURKE, in her official capacity as Assistant Director of Custody Management in the Immigration and Customs Enforcement and Removal Operations; THOMAS GILES, in his official capacity as Interim Assistant Director of Custody Management in the Immigration and Customs Enforcement and Removal Operations

Defendants - Appellants

O R D E R

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk