FILED: August 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6580
(1:25-cv-01613-JRR)

---

D.N.N.; V.R.G., on behalf of themselves and all others similarly situated

Plaintiffs - Appellees

v.

VERNON LIGGINS, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Baltimore Field Office; JOSEPH C. BURKI, in his official capacity as Assistant Field Office Director of the Immigration and Customs Enforcement and Removal Operations Baltimore Field Office; KENNETH GENALO, in his official capacity as Executive Associate Director of the Immigration and Customs Enforcement and Removal Operations; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; MONICA BURKE, in her official capacity as Assistant Director of Custody Management in the Immigration and Customs Enforcement and Removal Operations; THOMAS GILES, in his official capacity as Interim Assistant Director of Custody Management in the Immigration and Customs Enforcement and Removal Operations

Defendants - Appellants

---

RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*