IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**D.N.N, *et al.*,**

**Plaintiffs,**

**v.**

**VERNON LIGGINS, *et al.*,**

**Defendants.**

**Civil No.: 1:25-cv-01613-JRR**

**ORDER**

It is this 27th day of August 2026, **ORDERED**:

The parties shall appear at **10:00 a.m. on September 17, 2026**, in Courtroom 3A, for a hearing on Plaintiffs' Motion to Enforce Preliminary Injunction.[1] (ECF No. 197.)

**The parties shall file a joint report by 12:00 p.m., September 10, 2026**, advising as to whether the hearing will proceed solely by way of oral argument and submission of exhibits (to include affidavits as needed), or whether live witness testimony will be necessary. Well in advance of September 10, counsel shall meet and confer in person, by live remote means, or by telephone (*i.e.*, not solely in writing) in an effort to reach stipulations as to exhibits and the like, including submission of affidavits in lieu of live testimony for purposes of party and judicial efficiency.

In the event witnesses will be called, the joint report shall set forth the number, names and titles of witnesses each side intends to call (to be categorized as "will call" and "may call"), and any other matters the parties wish to convey to the court. Further, **by 12:00 p.m., September 14, 2026, the parties shall provide** three (3) copies of hearing exhibit binders for use by the court,

[1] While the hearing will be on the Motion to Enforce Preliminary Injunction at ECF No. 197, the parties shall be prepared to discuss Defendants' Motion to Strike Plaintiffs' Improperly Disclosed Expert Report at ECF No. 201, to the extent the court has not ruled on same prior to the hearing.

the courtroom deputy, and for the witness stand.[2] The binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2). Each binder shall include a full table of contents of all exhibits contained in all binders (be there more than one). All exhibits shall be tagged and numbered prior to the hearing in accordance with Local Rule 106.7.a. The parties shall meet with one another prior to the hearing to review and make available for copying/electronic transmission one another's exhibits in accordance with Local Rule 106.7.b. **Parties are advised that the court follows Local Rule 107.5.b regarding admission of exhibits in evidence.**

The court will hear opening statements of no more than 10 minutes. The parties are entitled to present witness testimony as follows: Direct examination shall be limited to 30 minutes per witness; cross-examination shall be limited to 30 minutes per witness; re-direct examination shall be limited to whatever portion of time has been reserved by the party calling the witness on direct. There shall be no re-cross examination. Except in the case of rebuttal witnesses, no witness shall be called to testify more than once. If the parties plan to call the same witness, they shall coordinate before the hearing as to the timing of that witness as a courtesy among counsel and to the court; the court may allow cross-examination beyond the scope of direct, accordingly, and will consider additional examination time if the court finds it necessary and appropriate. Cross-examination of each witness shall be conducted by one lawyer for each side (*i.e.*, multiple parties on the same side will not be entitled to cross-examine one witness multiple times).

/S/

__________________________

Julie R. Rubin
United States District Judge

[2] If live testimony will not be taken, the parties need only provide two (2) courtesy copies of exhibit binders for use by the court.