**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **D.N.N, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**VERNON LIGGINS, *et al.*,**<br><br>**Defendants.** | **Civil No.: 1:25-cv-01613-JRR** |

**ORDER**

Pending before the court is Plaintiffs' Motion to Enforce Preliminary Injunction at ECF No. 197 (the "Motion"). The parties appeared on September 17, 2026, for an evidentiary hearing on the Motion. For the reasons set forth on the record in open court on September 28, 2026, it is this 28th day of September 2026:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED IN PART** as follows and otherwise **DENIED**:

1) Within five (5) days of entry of this order, the Government shall submit a copy of the notice of rights required by the preliminary injunction issued March 6, 2026 (ECF No. 171; the "PI Order"), and certify that it will be deployed as required by the PI Order;

2) Within fourteen (14) days from entry of this order and every fourteen (14) days thereafter while the PI Order remains in effect, the Government shall submit a sworn declaration from the Field Office Director for the Baltimore Hold Room, or his designee, certifying under penalty of perjury the following for the previous two (2) week period: (a) daily maximum cell counts for each of the Baltimore Hold Room cells; (b) data regarding provision of prescription medications to detained individuals relative to the book-in date of the receiving detained individual; (c) data regarding provision of

over-the-counter medications to detained individuals; (d) confirmation that complete and timely medical screenings have been conducted as required by the PI Order; and (e) attestation as to provision of the notice of rights to each detainee in accordance with the PI Order.

It is further **ORDERED** that at 12:00 PM, October 13, 2026, the parties shall file briefs of no more than five (5) pages setting forth their respective positions as to court appointment of a master pursuant to Federal Rule of Civil Procedure 53(a)(1)(C) to monitor the Government's compliance with the PI Order. In their briefs, the parties may suggest candidates for appointment in the event the court decides to invoke its Rule 53 authority. There shall be no responses or replies.

Finally, the parties are on notice that further violation of the PI Order, or violation of this order, may be subject to a *sua sponte* show cause order and associated contempt proceeding.

/S/
____________________________
Julie R. Rubin
United States District Judge