**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT GAUDIAN, et al.<br><br>*Defendants*. | Case No. 1:25-cv-1613-JRR |

**SECOND AMENDED JOINT DISCOVERY SCHEDULE**

Plaintiffs, D.N.N. and V.R.G., and Defendants, Robert Guadian, Joseph Burki, Kenneth Genalo, Markwayne Mullin, and Todd Blanche (collectively "Parties") hereby submit this second amended joint discovery schedule, amending the first amended discovery schedule. ECF No. 181. The Parties respectfully request the following modifications to the discovery schedule:

| Discovery Event | Current Deadline | Proposed Amendment |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) Disclosures | August 14, 2026 | January 22, 2026 |
| Defendants' Rule 26(a)(2) Disclosures | September 14, 2026 | February 22, 2027 |
| Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures | September 28, 2026 | March 8, 2027 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | October 5, 2026 | March 15, 2026 |
| Discovery Deadline, Submission of Status Report | October 23, 2026 | April 1, 2027 |
| Requests for Admission | October 30, 2026 | April 8, 2027 |
| Dispositive Pretrial Motions Deadline | November 24, 2026 | May 3, 2027 |

Dated: October 2, 2026

Respectfully submitted,

*/s/ Jared A. Levine*
Jared A. Levine (NY Bar No. 4897211)*
Daniella Schmidt (NY Bar No. 5186283)*
**CROWELL & MORING LLP**
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com
DSchmidt@crowell.com

Jerome A. Murphy (D. Md. Bar No. 27678)
Kenneth Dintzer (DC Bar No. 90031556)*
**CROWELL & MORING LLP**
600 Fifth Street NW
Washington, DC 20001
(202) 624-2895
JMurphy@crowell.com
KDintzer@crowell.com

Ian Austin Rose (D. Md. Bar No. 22079)
Amelia Dagen (D. Md. Bar No. 32279)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Ave. NW
Suite 701
Washington, DC 20036
(202) 788-2509
Austin.rose@amicacenter.org
Amelia@amicacenter.org

Sirine Shebaya (D. Md. Bar No. 07191)
Yulie Landan (CA Bar No. 348958)*
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Rd. NW
Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org
yulie@nipnlg.org

*Pro bono counsel for Plaintiffs*

*/s/ Brendan Moore*
Brendan Moore
Andrew Abrams
Aniello DeSimone
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 880-0330
brendan.t.moore@usdoj.gov
andrew.c.abrams@usdoj.gov
aniello.desimone@usdoj.gov

*Counsel for Defendants*

* *Admitted Pro Hac Vice*