**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *et al.*,<br>*Plaintiffs*,<br>v.<br>Vernon Liggins, *et al.*,<br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

I, Joseph C. Burki, do hereby declare and state the following:

1. I hereby certify that within one hour following arrival of a Detained Individual to the Baltimore Hold Rooms, the individual will receive a copy of the attached Notice in English and Spanish informing them of their right to the provisions and services noted within the Court's Preliminary Injunction Order of March 6, 2026. Any individual who is illiterate or has limited English or Spanish proficiency will be provided in-person or telephonic interpretation services.

JOSEPH C BURKI
Digitally signed by JOSEPH C BURKI
Date: 2026.10.02 16:07:58 -04'00'

Joseph C. Burki
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security