**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE MARYLAND**

**D.N.N, et al.**

***Demandantes,***

**v.**

**VERNON LIGGINS, *et al.*,**

***Acusados.***

**N.° civil: 1:25-cv-01613-JRR**

**ORDEN**

El tribunal tiene pendiente la nueva moción de certificación de clase y medida cautelar solicitada por los demandantes D.N.N. y V.R.G..[1] (ECF n.° 127; la «Moción»). Tras la exposición de las partes, el tribunal convocó una audiencia sobre la moción el 3 de marzo de 2026. Por los motivos expuestos en el dictamen adjunto, en este día 6 de marzo de 2026:

**ORDENA** que la Moción sea, y por la presente se **CONCEDE** en la medida en que solicita la certificación de clase; concretamente, se **CERTIFICA** la siguiente clase de conformidad con la Norma Federal de Procedimiento Civil 23(b)(2): Todas las personas que se encuentran o se encontrarán detenidas en las salas de detención de Baltimore; y además se

**ORDENÓ** que D.N.N. y V.R.G. sean **DESIGNADOS** representantes de la clase; y además se

**ORDENÓ** que el Centro Amica para los Derechos de los Inmigrantes, el Servicio Nacional de Inmigración Project y Crowell & Moring LLP han sido **NOMBRADOS** abogados de la demanda colectiva; y además se **ORDENA** que la Moción sea, y por la presente se **CONCEDE** en la medida en que solicita una medida cautelar preliminar de la siguiente manera:

[1] [1] El tribunal utiliza los términos definidos en su dictamen adjunto.

Iniciales: ______

1. Los demandados y sus directivos, agentes, empleados, contratistas y abogados, así como todas las personas que colaboren o participen activamente con cualquiera de los anteriores, tienen **PROHIBIDO Y RESTRINGIDO**, hasta que se dicte la resolución definitiva sobre esta acción, lo siguiente:

a. Detención de cualquier persona en las salas de detención de Baltimore (en adelante, «persona detenida») en cualquier sala, celda u otro espacio (denominados colectivamente «sala de detención») de tal manera que:

ii. Cada persona detenida dispone de un espacio personal inferior a 31 pies cuadrados.

(excluyendo el área del piso dentro de los ocho pies de cualquier inodoro);

ii. El personal de ICE o los empleados contratados por ICE no limpian a fondo la sala de espera al menos una vez al día; y

iii. La sala de retención no está equipada con suministros adecuados de productos de higiene para proporcionar a cada persona detenida suministros diarios adecuados de jabón, toallas, papel higiénico, artículos de higiene bucal (incluidos cepillos de dientes y pasta de dientes) y productos de higiene femenina (para las personas detenidas de sexo femenino), con personas detenidas; y las personas recibieron productos de higiene para llevar consigo; y

b. Detención de una persona detenida en las salas de retención de Baltimore sin la atención médica y los exámenes adecuados. Los demandados deberán:

i. Asegúrarse de que un profesional médico o un funcionario de prisiones especialmente formado realice un examen médico básico a cada persona detenida en un plazo de 12 horas desde su ingreso y antes de colocarla en una sala de espera con otras personas detenidas. El examen deberá

Iniciales: ______

Caso 1:25-cv-01613-JRR Documento 171 Presentado el 06/03/26 Página 3 de 4

ser suficiente para identificar y comenzar tratamiento necesario de las personas con enfermedades o lesiones mentales o físicas; proporcionar acceso a medicamentos recetados sin interrupción; reconocer,

2

Segregar y tratar a las personas con enfermedades contagiosas; proporcionar dietas especiales médicamente necesarias; y reconocer y proporcionar los servicios necesarios a las personas detenidas con discapacidades físicas.

ii. Proporcionar acceso inmediato a medicamentos analgésicos de venta libre cuando se soliciten y, en las 24 horas siguientes a la admisión, proporcionar acceso a cualquier medicamento recetado necesario para garantizar la continuidad del tratamiento de las personas detenidas con receta médica, y proporcionar a las personas detenidas el derecho a poseer y llevar consigo cualquier medicamento inhalado; y

iii. Proporcionar acceso rápido a atención médica de emergencia o hospitalaria según sea necesario; y además

2. Se **ORDENA** que, en el plazo de una hora tras la llegada de una persona detenida a las salas de detención de Baltimore, los demandados deben proporcionar una notificación por escrito en inglés y español informándoles de su derecho a las prestaciones y servicios aquí indicados. Si una persona detenida es analfabeta o tiene un dominio limitado del inglés o del español, los demandados deben proporcionar interpretación presencial o telefónica, incluyendo toda la información relacionada con el ICE y las instalaciones; y además

Iniciales: ______

3. Se **ORDENA** que, en un plazo de 60 días a partir de la fecha de emisión de la presente orden, los demandados adopten procedimientos escritos para garantizar el cumplimiento de la misma y presenten ante el tribunal un documento que lo certifique; y además

4. Se **ORDENA** que los demandados, en un plazo de 72 horas a partir de la emisión de la presente orden, transmitan una copia de la misma a todos sus directivos, empleados, agentes y contratistas



que tengan responsabilidades relacionadas con los asuntos objeto de la presente orden, y deberán presentar un escrito ante el tribunal en el que certifiquen lo mismo; y además

5. Se **ORDENA** que los demandados no tomen represalias contra una persona detenida por denunciar cualquier presunta violación de esta orden; y además se

**SE ORDENA** que la Moción de los Demandantes para Proceder bajo Seudónimo (ECF No. 151) sea, y por la presente se **CONCEDE** lo siguiente: Edward Doe podrá proceder bajo seudónimo y será identificado en todos los documentos públicos únicamente como Edward Doe.

/S/_____________________________
Julie R. Rubin
Jueza de Distrito de los Estados Unidos



Número De Extranjero:____________________

Nombre:_____________________________

Firma:________________________

Fecha: __________

Tiempo: __________