**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **D.N.N, *et al.*,** | |
| ***Plaintiffs*,** | |
| **v.** | **Civil No.: 1:25-cv-01613-JRR** |
| **VERNON LIGGINS, *et al.*,** | |
| ***Defendants*.** | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' proposed Second Amended Joint Discovery Schedule at ECF No. 233, it is this 6th day of October 2026, **ORDERED** that the Scheduling Order at ECF No. 173, as amended by the order at ECF No. 181, shall be further amended as set forth herein. The order at ECF No. 173 otherwise remains in full force and effect.

**Scheduling Order Deadlines**

| | |
|---|---|
| January 22, 2027: | Plaintiffs' Rule 26(a)(2) disclosures |
| February 22, 2027: | Defendants' Rule 26(a)(2) disclosures |
| March 8, 2027: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| March 15, 2027: | Rule 26(e)(2) supplementation of disclosures and responses |
| April 1, 2027: | Discovery deadline; submission of status report |
| April 8, 2027: | Requests for admission |
| May 3, 2027: | Dispositive pretrial motions deadline |

/s/
Julie R. Rubin
United States District Judge