**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Vernon Liggins, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

I, Joseph C. Burki, do hereby declare and state the following:

1. I submit this declaration in accordance with this Court's order of September 28, 2026. *See* ECF No. 231.

2. The data stated below covers the previous 14 days, from September 28, 2026, to October 11, 2026.

**DAILY MAXIMUM CELL COUNTS**

| Date | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 |
|---|---|---|---|---|---|
| 09/28/2026 | 2 | 3 | 0 | 0 | 1 |
| 09/29/2026 | 3 | 3 | 0 | 0 | 0 |
| 9/30/2026 | 2 | 1 | 0 | 0 | 1 |
| 10/01/2026 | 2 | 3 | 0 | 0 | 0 |
| 10/02/2026 | 1 | 2 | 0 | 0 | 0 |
| 10/03/2026 | 3 | 1 | 0 | 0 | 0 |
| 10/04/2026 | 2 | 1 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 10/05/2026 | 5 | 0 | 0 | 0 | 0 |
| 10/06/2026 | 9 | 1 | 0 | 0 | 0 |
| 10/07/2026 | 6 | 1 | 0 | 0 | 0 |
| 10/08/2026 | 5 | 1 | 0 | 0 | 1 |
| 10/09/2026 | 10 | 3 | 0 | 0 | 0 |
| 10/10/2026 | 5 | 2 | 0 | 0 | 0 |
| 10/11/2026 | 4 | 0 | 0 | 0 | 0 |

## PRESCRIPTION MEDICATIONS

| A-Number | Book-in-date | Medication | Provision Date |
|---|---|---|---|
| AXXX-XX6-004 | 10/9/2026 | 1 Tablet -Glimepiride | 10/9/2026 |
| AXXX-XX6-004 | 10/9/2026 | 1 Tablet -Metformin | 10/9/2026 |
| AXXX-XX6-054 | 10/11/2026 | 4 ml- Novolin | 10/11/2026 |
| AXXX-XX6-054 | 10/11/2026 | 1 tablet-Glipizide | 10/11/2026 |
| AXXX-XX6-054 | 10/11/2026 | 1 tablet-Lisinopril | 10/11/2026 |

## OVER-THE-COUNTER MEDICATIONS

| A-Number | Over-the-Counter Medication |
|---|---|
| AXXX-XX1-808 | 2 tablets -200mg ibuprofen |
| AXXX-XX0-206 | 2 tablets-200mg ibuprofen |

## MEDICAL SCREENINGS

3. Each individual detained in the Baltimore Hold Room, from September 28, 2026 to October 11, 2026, has received a complete, basic medical screening within 12 hours of being placed in the hold room.

## NOTICE OF RIGHTS

4. Each individual detained in the Baltimore Hold Room has received notice of their rights in accordance with the terms and provisions of this Court's March 6, 2026 preliminary injunction order.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the information contained in this declaration is true and correct to the best of my knowledge and belief.

Date: October 12, 2026

JOSEPH C BURKI

Digitally signed by JOSEPH C BURKI
Date: 2026.10.12 16:08:53 -04'00'

Joseph C. Burki
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security