**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| D.N.N. *et al.*,<br>*Plaintiffs*,<br>v.<br>Vernon Liggins, *et al.*,<br>*Defendants*. | Civil Action No.: 1:25-cv-01613 |

I, Joseph C. Burki, do hereby declare and state the following:

1. I submit this declaration in accordance with this Court's order of September 28, 2026. *See* ECF No. 231.

2. The data stated below covers the previous 14 days, from October 12, 2026, to October 25, 2026.

**DAILY MAXIMUM CELL COUNTS**

| Date | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 |
|---|---|---|---|---|---|
| 10/12/2026 | 14 | 3 | 0 | 0 | 0 |
| 10/13/2026 | 14 | 1 | 7 | 0 | 1 |
| 10/14/2026 | 8 | 0 | 10 | 0 | 0 |
| 10/15/2026 | 0 | 0 | 0 | 0 | 0 |
| 10/16/2026 | 8 | 0 | 0 | 0 | 0 |
| 10/17/2026 | 0 | 0 | 0 | 0 | 0 |
| 10/18/2026 | 8 | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2026 | 10 | 1 | 4 | 0 | 0 |
| 10/20/2026 | 13 | 1 | 12 | 1 | 0 |
| 10/21/2026 | 0 | 0 | 0 | 0 | 0 |
| 10/22/2026 | 0 | 0 | 0 | 0 | 0 |
| 10/23/2026 | 14 | 1 | 0 | 0 | 0 |
| 10/24/2026 | 3 | 3 | 0 | 0 | 0 |
| 10/25/2026 | 9 | 0 | 0 | 0 | 0 |

## PRESCRIPTION MEDICATIONS

| A-Number | Book-In-Date | Medication | Provision Date |
|---|---|---|---|
| AXXX-XX4-851 | 10/16/2026 | Insulin 18mg | 10/16/2026 |
| AXXX-XX1-285 | 10/16/2026 | Methocarbamol 500mg | 10/16/2026 |
| AXXX-XX5-525 | 10/20/2026 | Metformin 500mg | 10/20/2026 |
| AXXX-XXX6-374 | 10/20/2026 | Glipizide 1,000mg | 10/20/2026 |
| AXXX-XXX6-374 | 10/20/2026 | Metformin 1,000mg | 10/20/2026 |
| AXXX-XXX6-374 | 10/20/2026 | Atorvastatin 20mg | 10/20/2026 |

## OVER-THE-COUNTER MEDICATIONS

| A-Number | Over-the-Counter Medication |
|---|---|
| AXXX-XX5-525 | Tylenol 500mg |

**MEDICAL SCREENINGS**

3. Each individual detained in the Baltimore Hold Room, from October 12, 2026, to October 25, 2026, has received a complete, basic medical screening within 12 hours of being placed in the hold room.

**NOTICE OF RIGHTS**

4. In accordance with this Court's March 6, 2026, preliminary injunction order, Defendants have provisioned the required notice of rights to each individual detained in the Baltimore Hold Room during the preceding 14 days.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the information contained in this declaration is true and correct to the best of my knowledge and belief.

Date: October 26, 2026

JOSEPH C BURKI
Digitally signed by JOSEPH C BURKI
Date: 2026.10.26 16:34:13 -04'00'

Joseph C. Burki
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security