**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

D.N.N. *et al.*,

*Plaintiffs*,

v.

Vernon Liggins, *et al.*,

*Defendants*.

Civil Action No.: 1:25-cv-01613

I, Joseph C. Burki, do declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the information contained in this declaration is true and correct to the best of my knowledge and belief.

1. I submit this declaration in accordance with this Court's order on September 28, 2026. *See* ECF No. 231.

2. The data stated below covers the past 14 days, from October 26, 2026, to November 8, 2026.

**DAILY MAXIMUM CELL COUNTS**

| Date | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 |
|---|---|---|---|---|---|
| 10/26/2026 | 10 | 3 | 0 | 0 | 0 |
| 10/27/2026 | 11 | 5 | 9 | 2 | 0 |
| 10/28/2026 | 13 | 1 | 10 | 0 | 0 |
| 10/29/2026 | 12 | 5 | 1 | 0 | 0 |
| 10/30/2026 | 14 | 0 | 2 | 1 | 0 |
| 10/31/2026 | 10 | 1 | 0 | 0 | 0 |
| 11/01/2026 | 3 | 4 | 0 | 0 | 0 |
| 11/02/2026 | 10 | 4 | 0 | 0 | 0 |
| 11/03/2026 | 2 | 2 | 0 | 0 | 0 |
| 11/04/2026 | 8 | 2 | 5 | 0 | 0 |
| 11/05/2026 | 8 | 7 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 11/06/2026 | 12 | 4 | 4 | 1 | 0 |
| 11/07/2026 | 10 | 0 | 0 | 0 | 0 |
| 11/08/2026 | 10 | 2 | 0 | 0 | 0 |

**PRESCRIPTION MEDICATIONS**

| A-Number | Book-In-Date | Medication | Provision Date |
|---|---|---|---|
| AXXX-XX7-611 | 11/02/2026 | Amlodipine Besylate 10mg | 11/02/2026 |
| AXXX-XX7-611 | 11/02/2026 | Trazodone 50mg | 11/02/2026 |
| AXXX-XX3-638 | 11/04/2026 | Amlodineipine 5mg | 11/04/2026 |
| AXXX-XX3-638 | 11/04/2026 | Metoprolol 50mg | 11/04/2026 |

**OVER-THE-COUNTER MEDICATIONS**

3. Between October 26, 2026, and November 8, 2026, no detainee has requested OTC medication.

4. During the previous reporting periods, requested over-the-counter medications were procured through emergency room visits or could be dropped off by family members, and thereafter stored on the premises of the hold room to ensure immediate access as needed for detainees. ICE is currently waiting for OTC medications to be purchased and will be kept in the Baltimore Hold Rooms and given to detainees upon request.

**MEDICAL SCREENINGS**

5. Each individual detained in the Baltimore Hold Room from October 26, 2026 to November 8, 2026 has received a basic medical screening within 12 hours of being placed in the Hold Room.

**NOTICE OR RIGHTS**

6. Each individual detained in the Baltimore Hold Room has received notice of their rights in accordance with the terms and provisions of this Court's preliminary injunction.

JOSEPH C BURKI

Digitally signed by JOSEPH C BURKI
Date: 2026.11.09 18:29:12 -05'00'

Joseph C. Burki
Assistant Field Office Director
Enforcement and Removal Operations

U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security